IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

v.     Crim. No. 96-60022

JEFFREY WILLIAM PAUL     DEFENDANT

### ORDER

NOW on this 8 day of November, 1996, comes on for consideration the Report and Recommendation filed on November 6, 1996, by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas, and the Court, being well and sufficiently advised, finds and orders as follows:

1. The Court has reviewed the Report and Recommendation and finds that the Magistrate Judge's findings, conclusions and recommendations are sound. The Court hereby adopts the same in its entirety.

2. The Court therefore orders that defendant's motion for continuance (document # 20) be, and it hereby is, granted and this matter is rescheduled for trial during the week of February 24, 1997.

3. Furthermore, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial and accordingly, the period of delay occasioned by the continuance should be excluded for "speedy trial" purposes. 18 U.S.C. § 3161(h)(8)(A).

ACCORDINGLY, defendant's motion for continuance is granted.

IT IS SO ORDERED.

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

NOV 08 1996

CHRIS R. JOHNSON, CLERK
BY _____
DEPUTY CLERK

JIMM LARRY HENDREN
U. S. DISTRICT JUDGE

This document entered on docket in compliance with Rule 32(b)(1) and Rule 58 FRCrP

on 11/8/96 by J Cline.

AO 72A
(Rev. 8/82)