**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
POST OFFICE BOX 1523
FORT SMITH, ARKANSAS 72902
(501) 783-6833 FAX (501) 783-6308

CHRISTOPHER R. JOHNSON
CLERK

P.O. BOX 1566
EL DORADO, ARKANSAS 71730

P.O. BOX 2746
TEXARKANA, ARKANSAS 75501

P.O. BOX 6420
FAYETTEVILLE, ARKANSAS 72702

DRAWER I
HOT SPRINGS, ARKANSAS 71901

Hot Springs, AR 71902
September 29, 1998

U. S. DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

SEP 29 1998

CHRIS R. JOHNSON, CLERK
BY: [signature]
DEPUTY CLERK

Mr. Michael E. Gans
Clerk, U.S. Court of Appeals
511 U.S. Court & Custom House
1114 Market Street
St. Louis, MO 63101

Criminal No. 6:96CR60022-001, United States of America v. Jeffery William Paul - Hot Springs Div.

Dear Mr. Gans:

Enclosed in duplicate are certified copies of each of the following: Notice of Appeal, Judgment and Order of Sentence, Order denying motion for new trial, and clerk's docket entries. Also enclosed find NOA Supplement in duplicate. Appellant is proceeding in forma pauperis.

Yours very truly,

CHRISTOPHER R. JOHNSON, CLERK

By [signature]
Deputy Clerk

Enclosures

cc: Mr. Lynn Williams
Mr. Steven Oliver
Mr. William Cromwell
Mr. Steven Snyder
Mrs. Dianne Hubbs

251

U. S. COURT OF APPEALS -- EIGHTH CIRCUIT

**NOA SUPPLEMENT**

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

________________________________

________________________________

________________________________

________________________________

Length of Trial: 7 Days

Financial Status: Fee Paid? Yes ____ No x

If NO, has IFP been granted? Yes x No ____

Is there a pending motion for IFP? Yes ____ No x

Are there any other pending post-judgment motions? Yes ____ No x

Is there keen local interest in this case? Yes x No ____

Do you recommend a simultaneous opinion release? Yes ? No ____

Please identify the court reporter: If no court reporter please check ____

Name Mrs. Dianne Hubbs

Address P.O. Box 1586

Fort Smith, AR 72902

Telephone Number ( 501 ) 783-1466

Criminal cases only:

Is the defendant incarcerated? Yes x No ____

Please list all other defendants in this case if there were multiple defendants.

________________ ________________

________________ ________________

________________ ________________

Special Comments: