# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

U. S. DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

OCT 9 1998

CHRIS R. JOHNSON, CLERK
BY: [signature]
DEPUTY CLERK

## CRIMINAL APPEAL BRIEFING SCHEDULE

Appeal No. 98-3497 United States v. Jeffery Paul

Date: October 5, 1998

The Court's PLAN TO EXPEDITE CRIMINAL APPEALS makes a distinction between cases which were not tried or tried in three days or less and cases tried in four days or more. Note carefully the parts of the plan which apply to this particular appeal and govern this schedule.

### REQUIREMENTS

1. Designation of the record is not required. The **clerk of the district court** will automatically prepare the record on appeal according to Section III A (1) (b) of the Plan. **Counsel** who wish to supplement the record must abide by the time limits set out in that section or prepare an appendix.

2. **Counsel** may rely solely on the designated record or file an addendum to the brief to highlight relevant portions of the record (III A (1) (c)). An appendix is not required, however, if counsel did not timely supplement the record on appeal per III A (1) (b), the alternatives are to include the relevant material in an addendum, limited to 15 pages, or prepare an appendix. Refer to 8th Cir. R. 30A. **In all** cases, a copy **of the judgment and commitment/order appealed shall be attached to the appellant's brief.**

3. **The clerk of the district court** shall order the transcript from the court reporter within two days after the notice of appeal is filed. **Counsel** shall insure that the transcript is timely ordered and financial arrangements are made/CJA form 24 is filed in compliance with Section III A (1) (a) and (2) of the Plan.

4. The **court reporter** shall file the transcript within 20 days after the notice of appeal is filed in cases not tried or tried in three days or less. In all other cases the transcript shall be filed within 40 days after the filing of the notice of appeal.

### FILING DATES:

Transcript/Transcript of Sentence............................**11/4/98**
Record on appeal (per Section IIIA)........................**11/6/98**
  including PSI Report (3 copies)...........................**11/6/98**
Brief Appellant with addendum (and optional Appendix).........**11/20/98**
Brief Appellee.................................................**12/11/98**
Reply Brief (optional).........................................**12/18/98**

**ALL BRIEFS AND APPENDICES SHOULD BE FILED WITH THE ST. LOUIS OFFICE**

252