# EXHIBIT 2

County of Fulton

State of Georgia

DECLARATION OF ROBERT L. MCGLASSON

1. My name is Robert L. McGlasson, and I am over the age of eighteen and am competent to attest to the matters set forth herein.

2. I am an attorney licensed to practice law in the states of Florida, Georgia, and Texas. In the fall of 1998 I was appointed by the United States Court of Appeals for the Eighth Circuit to represent Mr. Jeffery William Paul in his federal capital direct appeal. I acted as lead counsel at all times during the pendency of his appeal, reviewing the entire available record, writing all of the briefing, and presenting oral argument to the Court. I also prepared and filed certiorari pleadings with the United States Supreme Court.

3. During the course of my representation of Mr. Paul I have interviewed him on a number of occasions. I have kept in direct contact with him up to the present. At all times while representing Mr. Paul I have made clear my willingness and intention, subject to the Court's approval, to represent Mr. Paul in any post-conviction proceedings should they become necessary. Within the past month I have spoken with Mr. Paul on the telephone, and confirmed with him his desire to have me continue representing him in any and all post-conviction

proceedings that are available to him.

4. When I accepted the appointment from the Eighth Circuit, I was then in private practice. In January, 2000, I became employed with the Federal Defender Program in Atlanta, Georgia, in the Capital Habeas Unit. I am serving as the supervisory attorney for that Unit.

5. I am willing to continue representing Mr. Paul in any and all post-conviction proceedings. However, due to my current employment with the Federal Defender, I cannot do so unless I am appointed as a part of this office.

Under penalty of perjury I hereby swear that the foregoing is true and correct to the best of my information and belief.

Robert L. McGlasson