IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA PLAINTIFF

v. Criminal No. 96-60022-001

JEFFREY WILLIAM PAUL DEFENDANT

**ORDER**

NOW on this 30 day of January, 2002, comes on for consideration a Motion for Appointment of Counsel to Pursue Post-Conviction Remedies (document #264) filed on January 14, 2002, and the Court, being well and sufficiently advised, finds as follows:

1. Defendant, Jeffrey William Paul, is under sentence of death by this Court pursuant to 18 U.S.C. § 3591, *et seq*. Paul's direct appeal to the Court of Appeals for the Eighth Circuit was unsuccessful, *United States v. Paul*, 217 F.3d 989 (8th Cir. 2000), and on October 1, 2001, the United States Supreme Court denied review on certiorari. *Paul v. United States*, 122 S.Ct. 71 (Oct. 1, 2001). Paul now moves this Court to appoint his appellate counsel, Robert L. McGlasson, to assist him in pursuing all available post-conviction remedies, including a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2255 and clemency.

2. The Court finds that Paul qualifies to proceed *in forma pauperis*. *See* documents #2, 3 (sealed) and 4. Paul has previously been declared a pauper by this Court and the Eighth Circuit Court of Appeals. Paul has remained continuously incarcerated since his 1997 conviction, and thus, there is no reason for the Court to believe his financial circumstances have improved.



265

3. The Court has reviewed Mr. McGlasson's submissions and believes that Mr. McGlasson's experience and qualifications would satisfy the requirement of 21 U.S.C. § 848(q)(6) that counsel be "qualified" to represent persons convicted of capital crimes. The Court also notes that Mr. McGlasson was appointed by the Eighth Circuit to represent Paul on his direct appeal and continues to have an on-going attorney-client relationship with him. Furthermore, appointment of McGlasson - a supervising attorney with the Capital Habeas Unit of the Federal Public Defender's Office - will enhance the quality and efficiency of the representation as McGlasson will have access to the resources and personnel of that office. After review of the Motion and its exhibits, the Court finds that Mr. McGlasson should be appointed to represent Paul in his post-conviction proceedings.

IT IS THEREFORE ORDERED AND ADJUDGED that the Motion for Appointment of Counsel be, and it hereby is, **granted** and **Robert L. McGlasson** be, and he hereby is, appointed to represent Jeffrey William Paul pursuant to 21 U.S.C. § 848(q)(4)(B) in all available post-convictions proceedings, including a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2255 and clemency. This appointment shall be, and is, effective immediately.

IT IS SO ORDERED.

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JAN 30 2002

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE



AO 72A
(Rev.8/82)