SUPREME COURT OF THE UNITED STATES
OFFICE OF THE CLERK
WASHINGTON, D. C. 20543

February 19, 2002

Clerk
United States Court of Appeals for the Eighth Circuit
511 U.S. Court & Customs House
1114 Market Street
St. Louis, MO 63101

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
MAR 1 1 2002
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

Re: Jeffrey William Paul
v. United States
No. 00-8635
(Your No. 98-3497)

Dear Clerk:

The Court today entered the following order in the above entitled case:

The petition for rehearing is denied.

Sincerely,

William K Suter

William K. Suter, Clerk

RECEIVED
FEB 25 2002
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

266