IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA PLAINTIFF

v. Civil No. 96-60022-001

JEFFREY WILLIAM PAUL DEFENDANT

ORDER

Now on this 26 day of August 2002, comes on for consideration Defendant's Unopposed Motion for Equitable Tolling of Statute of Limitations (document #269) and the Court, being well and sufficiently advised and having conducted two (2) conference calls on the same, finds that the Motion should be, and it hereby is, **granted** and defendant's period for filing his 28 U.S.C. §2255 petition extended to the **close of business on Tuesday, December 17, 2002.**

IT IS SO ORDERED.

JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
AUG 26 2002
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

AO 72A
(Rev.8/82)

27