U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

DEC 17 2002

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA §
§
v. § CRIMINAL NO. 96-60022-001
§
JEFFERY WILLIAM PAUL §
§
§

# MOTION FOR A NEW TRIAL AND TO VACATE, SET ASIDE AND CORRECT CONVICTION AND DEATH SENTENCE, AND FOR RELIEF FROM JUDGMENT, MADE PURSUANT TO 28 U.S.C. § 2255 AND RULE 33 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

## APPENDIX
## VOLUME I

**ROBERT L. MCGLASSON**
Attorney at Law
Federal Defender Program, Inc.
100 Peachtree St. NW, Suite 200
Atlanta, Georgia 30303
(404) 688-7530

**ATTORNEY FOR MR. PAUL**

272

# APPENDIX
## U.S. v. JEFFERY WILLIAM PAUL, CRIMINAL NO. 96-60022-001

## VOLUME ONE

ARREST WARRANT (R. 9) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

MOTION FOR DISCLOSURE OF 404(B) EVIDENCE (R. 45) . . . . . . . . . . . . . . 2

GOVERNMENT'S RESPONSE TO 404(B) DISCLOSURE REQUEST (R.64) . 4

INDICTMENT (R. 86) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6

MOTION TO SUPPRESS 404(B) EVIDENCE
AND BRIEF IN SUPPORT (R. 91-92) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

MOTION TO PROHIBIT INTRODUCTION OF
VICTIM IMPACT EVIDENCE (R. 93) . . . . . . . . . . . . . . . . . . . . . . . . . . 13

GOVERNMENT'S NOTICE OF INTENT
TO SEEK DEATH PENALTY (R. 124) . . . . . . . . . . . . . . . . . . . . . . . . . . 18

MAGISTRATE'S RECOMMENDATION ON
DEFENSE 404(B) SUPPRESSION MOTION(R. 172) . . . . . . . . . . . . . . . 22

MAGISTRATE'S RECOMMENDATION ON DEFENSE MOTION
TO PROHIBIT USE OF VICTIM IMPACT EVIDENCE (R. 180) . . . . . 25

MOTION FOR PRE-TRIAL HEARING ON AGGRAVATING EVIDENCE
AND BRIEF IN SUPPORT (R. 190-191) . . . . . . . . . . . . . . . . . . . . . . . . . 31

AMENDED MOTION TO ELECT AND BRIEF IN SUPPORT (R. 194-95) . . . 38

MOTION TO STRIKE NON-STATUTORY AGGRAVATORS
AND BRIEF IN SUPPORT(R. 196-97) . . . . . . . . . . . . . . . . . . . . . . . . . . 51

MOTION TO STRIKE AGGRAVATING FACTORS
AND BRIEF IN SUPPORT (R. 198-99) . . . . . . . . . . . . . . . . . . . . . . . . . . 58

COURT ORDER ADOPTING MAGISTRATE'S RECOMMENDATION ON

DEFENSE MOTION TO PROHIBIT USE OF VICTIM IMPACT TESTIMONY (R. 202) . . . . . 68

COURT ORDER ADOPTING MAGISTRATE RECOMMENDATION ON DEFENSE MOTION TO SUPPRESS 404(B) EVIDENCE (R. 211) . . . . 70

MINUTE ENTRIES DURING TRIAL (R. 213, 214, 230-32, 235-36) . . . . . . . . 73

SPECIAL [SENTENCING] VERDICT FORM (R. 237) . . . . . 81

TRIAL TRANSCRIPT – GOVERNMENT'S GUILT-INNOCENCE OPENING ARGUMENT . . . . . 97

TRIAL TRANSCRIPT – COURT'S GUILT-INNOCENCE INSTRUCTIONS 119

TRIAL TRANSCRIPT – GOVERNMENT'S GUILT-INNOCENCE CLOSING ARGUMENT . . . . . 141

TRIAL TRANSCRIPT – GOVERNMENT'S GUILT-INNOCENCE REBUTTAL CLOSING ARGUMENT . . . . . 166

TRIAL TRANSCRIPT – GOVERNMENT'S SENTENCING OPENING ARGUMENT . . . . . 176

TRIAL TRANSCRIPT – COURT'S SENTENCING INSTRUCTIONS . . . . . . 180

TRIAL TRANSCRIPT – GOVERNMENT'S SENTENCING CLOSING ARGUMENT . . . . . 199

TRIAL TRANSCRIPT – GOVERNMENT'S SENTENCING REBUTTAL CLOSING ARGUMENT . . . . . 208

MOTION FOR NEW TRIAL AND BRIEF IN SUPPORT (R. 244-45) . . . . . . 215

COURT ORDER DENYING MOTION FOR NEW TRIAL (R. 248) . . . . . . . . 222

NOTICE OF APPEAL (R. 249) . . . . . 249