# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA
v.
JEFFERY WILLIAM PAUL

WARRANT FOR ARREST

CASE NUMBER: HA. 96.4

TO: **The United States Marshal**
**and any other Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest JEFFERY WILLIAM PAUL

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with: Murder within the confines of Hot Springs National Park, a place within the special maritime and territoral jurisdiction of the United States, pursuant to 18 U.S.C. §7(3),

in violation of Title 18 United States Code, Section(s) 1111.

Bobby Shepherd
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Bobby Shepherd
Signature of Issuing Officer

March , 1996, at ,Arkansas
Date and Location

Doris M. Cilchke
(By) Deputy Clerk

Bail fixed at Detention

By Bobby Shepherd
Name of Judicial Officer

U. S. DISTRICT COURT
WESTERN DIST. ARKANSAS
FILED
SEP 16 1996

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at Water Valley, MS | | |
| DATE RECEIVED 8/22/96<br>DATE OF ARREST 8/22/96 | NAME AND TITLE OF ARRESTING OFFICER<br>Dennis SPENCER<br>Deputy U.S. MARshal | SIGNATURE OF ARRESTING OFFICER<br>Dennis Spencer |

9