U. S. DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

NOV 6 1996

CHRIS R. JOHNSON, CLERK
BY: [signature]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA )
)
vs. ) Cr. No. 6:96CR60022-001
)
JEFFERY WILLIAM PAUL )

RESPONSE OF UNITED STATES TO DEFENDANT'S REQUEST FOR EVIDENCE PURSUANT TO RULE 404(b) FEDERAL RULES OF EVIDENCE

Comes now the United States, by and through its attorneys for the Western District of Arkansas and for its response states:

(1) Approximately two weeks before the homicide Jeff Paul possessed a .38 caliber handgun.

(2) Approximately one week before the murder Jeff Paul was asked about the .38 caliber handgun. Paul said he and Ingle were going to rob two individuals at the Tri-Lakes Liquor store on Highway 70, but could not do it because the door was locked. Paul said they were going to shoot the two individuals and leave town.

Respectfully submitted,

P.K. Holmes, III
United States Attorney

By: [signature]
Steven N. Snyder
Senior Litigation Counsel
Assistant U.S. Attorney
Arkansas Bar No. 72101
P.O. Box 2624
Fort Smith, AR 72902



6

CERTIFICATE OF SERVICE

This is to certify that I have mailed a copy of the forgoing Response of United States to Defendant's Request for Evidence Pursuant to Rule 404(b) Federal Rules of Evidence to Mr. Lynn Williams, Wood, Smith, Schnipper & Clay, 123 Market Street, Hot Springs, Arkansas 71901, and Mr. Steven D. Oliver, Bachelor, Newell & Oliver, P.O. Box 1620, Hot Springs, AR 71902, this 5th day of November, 1996.

Steven N. Snyder
Senior Litigation Counsel
Assistant U.S. Attorney