U. S. DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

DEC 10 1996

CHRIS R. JOHNSON, CLERK
BY: [signature]
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**UNITED STATES OF AMERICA,** )
**Plaintiff** )
**vs.** ) **No. 6:96CR60022-001**
)
**JEFFERY WILLIAM PAUL,** )
**Defendant** )

**MOTION TO SUPPRESS F.R.E. 404(b) MATERIAL**

Comes now the defendant, by and through his attorneys, Lynn Williams and Steven D. Oliver and for his Motion to Suppress F.R.E. 404(b) material states that:

1. In paragraph one of the government's notice of 404(b) material (Court document #64) that government states: "Approximately two weeks before the homicide Jeff Paul possessed a .38 caliber handgun." In paragraph two of that same motion, the government stated: "Approximately one week before the murder Jeff Paul was asked about the .38 caliber handgun. Paul said he and Ingle were going to rob two individuals at the Tri-Lakes Liquor store on Highway 70, but could not do it because the door was locked. Paul said they were going to shoot the two individuals and leave town."
2. It is defendant's position that these "statements" are insufficient to be admissible under F.R.E. 404(b).

Wherefore, the defendant prays for any order excluding any evidence to be present



9

under the present 404(b) response by the government.

Respectfully submitted,
Jeffery William Paul, Defendant

By:________________________
Lynn Williams #83183

Wood, Smith, Schnipper & Clay
123 Market Street
Hot Springs National Park, Arkansas 71901
(501) 624-1252

Steven D. Oliver, #83138
Bachelor, Newell & Oliver
P.O. Box 1620
Hot Springs National Park, Arkansas 71902
(501) 321-2222

Attorneys for the Defendant

**CERTIFICATE OF SERVICE**

I, Lynn Williams, do hereby certify that I have served a copy of the foregoing motion on Mr. Steve Snyder, Assistant United States Attorney for the Western District of Arkansas, P.O. Box 1524, Fort Smith, Arkansas 72902-1524 by placing same in the United States Mail with sufficient postage prepaid, this 10th day of December, 1996.

________________________
Lynn Williams