U. S. DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

JUN 9 1997

CHRIS R. JOHNSON, CLERK
BY: [signature]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA PLAINTIFF

VS. CRIMINAL NO. 6:96CR60022-001

JEFFERY WILLIAM PAUL DEFENDANT

MOTION FOR PRETRIAL HEARING
TO DETERMINE ADMISSIBILITY OF
NONSTATUTORY AGGRAVATING CIRCUMSTANCES

Comes now the Defendant, JEFFERY WILLIAM PAUL, by and through his attorneys, Steven D. Oliver, of Bachelor, Newell & Oliver, and Lynn Williams, of Wood, Smith, Schnipper & Clay, and for his Motion for Pretrial Hearing to Determine Admissibility of Nonstatutory Aggravating Circumstances, states:

1. That the Government proposes to present evidence of the following nonstatutory aggravating factors to justify the imposition of the death penalty in the penalty phase at trial:

(a) Low rehabilitative potential;

(b) Lack of remorse;

(c) Future dangerousness of the Defendant;

(d) Other acts of violence;

(e) Successfully eluding capture;

(f) Obstruction of justice.

2. That a pretrial hearing is necessary to determine the admissibility of any evidence to support these nonstatutory aggravating circumstances. A hearing is necessary to assure that safeguards are in place to insure the necessary heightened

19

reliability and offset the risk of undue prejudice, confusion of the issues and/or misleading of the jury.

3. That the purpose of the hearing should be two-fold: first, to assess the reliability of the evidence; and secondly, to evaluate the time and complexity involved in its presentation.

WHEREFORE, the Defendant, JEFFERY WILLIAM PAUL, requests this Court grant his Motion for Pretrial Hearing to Determine Admissibility of Nonstatutory Aggravating Circumstances.

Respectfully submitted,

JEFFERY WILLIAM PAUL, Defendant

WOOD, SMITH, SCHNIPPER & CLAY
Lynn Williams
123 Market Street
Hot Springs, Arkansas 71901
(501) 624-1252
State Bar No. 83183

BACHELOR, NEWELL & OLIVER
211 Hobson Avenue
P. O. Box 1620
Hot Springs, Arkansas 71902
(501) 321-2222

By: Steven D. Oliver
STEVEN D. OLIVER
State Bar No. 83138

Attorney for Defendant

CERTIFICATE OF SERVICE

The undersigned attorney certifies that the foregoing has been served upon the attorneys of record for all other parties in this proceeding and upon parties not represented by attorneys by delivering a copy of this pleading to the attorney or party personally, or to the offices of such attorney or party, or by placing a copy in the U.S. Mail addressed to such attorney or party at his/her office with sufficient prepaid postage on this 9 day of June, 1997.

Steven D. Oliver

STEVEN D. OLIVER

Mailed or Hand Delivered To:

Steven Snyder, Esq.
Assistant U.S. Attorney
P. O. box 1524
Fort Smith, Arkansas 72902-1524