U. S. DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

JUN 9 1997

CHRIS R. JOHNSON, CLERK
BY: [signature]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA PLAINTIFF

VS. CRIMINAL NO. 6:96CR60022-001

JEFFERY WILLIAM PAUL DEFENDANT

## MOTION TO STRIKE THE NONSTATUTORY AGGRAVATING FACTORS OF LOW REHABILITATIVE POTENTIAL AND LACK OF REMORSE IN THE PENALTY PHASE

Comes now the Defendant, JEFFERY WILLIAM PAUL, by and through his attorneys, Lynn Williams of Wood, Smith, Schnipper & Clay, and Steven D. Oliver, of Bachelor, Newell & Oliver, and for his Motion to Preclude the Government from Using Non-statutory Aggravating Factors of Low Rehabilitative Potential and Lack of Remorse in the Penalty Phase, states:

1. That the Government proposes to present evidence of the following non-statutory aggravating factors to justify the imposition of the death penalty in the penalty phase at trial:

(a) Low rehabilitative potential;

(b) Lack of remorse.

2. That the Defendant's lack of remorse is not a permissible non-statutory aggravating factor in a Capital Murder case: lack of remorse is a subjective state of mind, difficult to gage objectively.

3. That the Defendant's low rehabilitative potential is too vague to be a separate non-statutory aggravating factor in a Capital Murder case.

WHEREFORE, the Defendant prays that this Court grant his



196

WHEREFORE, the Defendant prays that this Court grant his Motion to Strike the Non-statutory Aggravating Factors of Low Rehabilitative Potential and Lack of Remorse in the Penalty Phase.

Respectfully submitted,

JEFFERY WILLIAM PAUL, Defendant

WOOD, SMITH, SCHNIPPER & CLAY
Lynn Williams
123 Market Street
Hot Springs, Arkansas 71901
(501) 624-1252
State Bar No. 83183

BACHELOR, NEWELL & OLIVER
211 Hobson Avenue
P. O. Box 1620
Hot Springs, Arkansas 71902
(501) 321-2222

By: Steven D. Oliver
STEVEN D. OLIVER
State Bar No. 83138

Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that the foregoing has been served upon the attorneys of record for all other parties in this proceeding and upon parties not represented by attorneys by delivering a copy of this pleading to the attorney or party personally, or to the offices of such attorney or party, or by placing a copy in the U.S. Mail addressed to such attorney or party at his/her office with sufficient prepaid postage on this 9 day of June, 1997.

Steven D. Oliver

STEVEN D. OLIVER

Mailed or Hand Delivered To:

Mr. Steven Snyder
Mr. Mark Webb
Assistant U.S. Attorneys
P. O. box 1524
Fort Smith, Arkansas 72902-1524