U. S. DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

JUN 9 1997

CHRIS R. JOHNSON, CLERK
BY: [signature]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA PLAINTIFF

VS. CRIMINAL NO. 6:96CR60022-001

JEFFERY WILLIAM PAUL DEFENDANT

MOTION TO STRIKE THE AGGRAVATING
FACTORS OF INTENTIONAL KILLING
AND PECUNIARY GAIN IN THE PENALTY PHASE

Comes now the Defendant, JEFFERY WILLIAM PAUL, by and through his attorneys, Steven D. Oliver, of Bachelor, Newell & Oliver, and Lynn Williams, of Wood, Smith, Schnipper & Clay, and for his Motion to Strike the Aggravating Factors of Intentional Killing and Pecuniary Gain in the Penalty Phase, states:

1. That the Government proposes to present evidence of the following statutory aggravating factors to justify the imposition of the death penalty in the penalty phase of trial:

(a) Intentional killing;

(b) Pecuniary gain.

2. That these two statutory aggravating factors are duplicative of elements found in count 1 of the Indictment and this factor unfairly tips the sentencing balance by permitting the Government to argue something in aggravation that really adds nothing new to the crime of conviction.

WHEREFORE, the Defendant, JEFFERY WILLIAM PAUL, prays this Court grant his Motion to Strike the Aggravating Factors of Intentional Killing and Pecuniary Gain in the Penalty Phase.



198

JEFFERY WILLIAM PAUL, Defendant

WOOD, SMITH, SCHNIPPER & CLAY
Lynn Williams
123 Market Street
Hot Springs, Arkansas 71901
(501) 624-1252
State Bar No. 83183

BACHELOR, NEWELL & OLIVER
211 Hobson Avenue
P. O. Box 1620
Hot Springs, Arkansas 71902
(501) 321-2222

By: [signature]
STEVEN D. OLIVER
State Bar No. 83138

Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that the foregoing has been served upon the attorneys of record for all other parties in this proceeding and upon parties not represented by attorneys by delivering a copy of this pleading to the attorney or party personally, or to the offices of such attorney or party, or by placing a copy in the U.S. Mail addressed to such attorney or party at his/her office with sufficient prepaid postage on this 9 day of June, 1997.

[signature]
STEVEN D. OLIVER

Mailed or Hand Delivered To:

Steven Snyder, Esq.
Assistant U.S. Attorney
P. O. box 1524
Fort Smith, Arkansas 72902-1524