IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA PLAINTIFF

v. Crim. No. 96-60022

JEFFERY WILLIAM PAUL DEFENDANT

**ORDER**

NOW on this 11 day of ~~April~~ June, 1997, comes on for consideration the Report and Recommendation filed on May 20, 1997, by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas, and the Court, being well and sufficiently advised, finds and orders as follows:

1. On December 10, 1996, the defendant, Jeffery William Paul, filed a motion to prohibit introduction of "victim impact" testimony and to declare the statute permitting the same unconstitutional (document #93); the government responded on December 24, 1996.

2. The matter was referred to Magistrate Judge Shepherd and his Report and Recommendation was filed on May 20, 1997.

3. There has been no objection by defendant to the Report and Recommendation.

4. For reasons set forth by the United States Supreme Court in *Payne v. Tennessee*, 501 U.S. 808 (1991), and those contained in the Magistrate Judge's Report and Recommendation, the Court finds that 18 U.S.C. § 3593(a) is not unconstitutional and that the defendant's motion should be denied.

IT IS THEREFORE ORDERED AND ADJUDGED that the Report and Recommendation filed on May 20, 1997, by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District



AO 72A

of Arkansas, be, and it hereby is, adopted in toto; and

IT IS FURTHER ORDERED that defendant's motion to prohibit introduction of "victim impact" testimony and to declare the statute permitting the same unconstitutional introduction of (document ~~#95), be, and it hereby,~~ is denied.

IT IS SO ORDERED.

JIMM LARRY HENDREN
U. S. DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

JUN 11 1997

CHRIS R. JOHNSON, CLERK
BY: DEPUTY CLERK