U.S. DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED
JUN 19 1997
CHRIS R. JOHNSON, CLERK
By: Sue Ramsey
Deputy Clerk

Case No: 96-60022-001

Date: June 19, 1997

Page No: Day 3

| Time | |
|---|---|
| 8:35 | Court convenes |
| | Testimony begins on behalf of the USA with: |
| | (1) Mary McKuin (2) Marie Bosson |
| | (3) Alan Ritchie (4) Irene Ethridge |
| | (5) Bill Cooley (6) James O'Donnell |
| | (7) Tom Ross (8) Roger Purtee |
| | (9) Jim Wearin (10) Billy Bars |
| | (11) Dr. Frank Perotti (12) Berwin Monroe |
| | (13) Dick Ream (14) Sam Maples |
| | (15) Floyd Hayes (16) Steve Cooley |
| 11:50 | Lunch recess |
| 1:21 | Reconvene |
| | Testimony continues on behalf of USA with: |
| | (17) Rebecca Pingle (18) Suzie Arbuckle |
| | (19) Chris Rogers (20) Tom Turner |
| | (21) Chris LaPaglia (22) Mark Gregory |
| | (23) Cindy Wallace (24) Dan Coughlin |
| | Jury released until 8:30 am tomorrow. |
| 4:35 | Court adjourned. |

23