U. S. DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

Case No: 96-60022-001

Page No: Day 4

Date: June 20, 1997

JUN 20 1997

CHRIS R. JOHNSON, CLERK
by: Dale Ramsey
Deputy Clerk

| Time | |
|---|---|
| 8:35 | Court convenes |
| | Testimony continues on behalf of USA with: |
| | (25) Ruby Ross (26) Jason Paul |
| | (27) John Lavoie |
| | Plaintiff rests. |
| | Defendant moves for judgment as a matter of law - denied. |
| | Defendant rests without presenting testimony. |
| 10:15 | Jury released until 8:30 am Monday. |
| | Court and counsel confer re: jury instructions. |
| 1:45 | Court adjourned. |



2
3
1