U. S. DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

JUN 24 1997

CHRIS R. JOHNSON, CLERK
by: Kari Ramsey Deputy Clerk

Case No: 96-60022-001

Date: June 24, 1997

Page No: Day 6

| Time | |
|---|---|
| 8:30 | Court convenes |
| | Testimony begins on behalf of defendant with: |
| | (1) Paula Paul (2) Video testimony of Trinity Ingle |
| | Defendant rests |
| 12:00 | Lunch recess |
| 1:55 | Reconvene |
| | Jury instructed according to the law. |
| | Closing arguments by counsel. |
| 3:40 | Jury retires to begin deliberations. |
| 4:00 | Communication from jury (Court's Ex. 5) and response |
| | from court (Court's Ex. 6) |
| | Jury released until 8:30 am |
| 5:02 | Court adjourned. |



2
3
5