U. S. DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

JUN 25 1997

CHRIS R. JOHNSON, CLERK
by: Dave Ramsey
Deputy Clerk

Case No: 96-60022-001

Date: June 25, 1997

Page No: Day 7

| Time | |
|---|---|
| 8:30 | Jury returns; deliberations continue |
| 10:15 | Jury returns with its verdict of death. |
| | Jury polled at request of defendant. Court finds |
| | jury poll confirms verdict |
| | Court proceeds to impose sentence as follows: |
| | Death on counts 1 & 2 |
| | $100.00 special assessment on each count |
| | Defendant remanded to custody of USMS |
| | Defendant advised of right to appeal. |
| 10:40 | Court adjourned. |

236