# TRIAL TRANSCRIPT – GOVERNMENT'S GUILT-INNOCENCE OPENING ARGUMENT

gentlemen: There's nobody that wants you all more comfortable and not annoyed anymore than these attorneys do. So this is my point: I'm the one that's making this a point about trying to get both these in today because the attorneys absolutely do not want you to be annoyed by being kept late. So if it's a problem for anybody, just tell me and we'll start up tomorrow. Is it?

One lady has told me. We'll take a -- I think what we'll do right now is take a recess right now and let you make those calls and then we'll come back and try to hear these opening statements and get you out of here as quick as we can. Is that okay?

Now please, ladies and gentlemen, I won't break faith with you. I'm very serious. If anybody's got the slightest problem, just tell me and we'll do something different. Well, you're either very bashful or very cooperative so I want to take --

Let's take a recess and let's try to do this in ten minutes and ma'am, if you want to step back in chambers and anybody else if you need to make a phone call you let us know. Let Ms. Ramsey or myself know, we'll get you on a phone very quickly. And then we'll come back out and hear these opening statements and then we'll be through for the day. So we'll be in recess.

[Recess taken at 4:20 p.m.- Jury Out]

[Open Court - 4:32 p.m. - Jury Present]

BY THE COURT: Mr. Snyder, please?

BY MR. SNYDER: May it please The Court? Ladies and gentlemen? My name is Steve Snyder. I'm the assistant U. S.

attorney and I work for the Department of Justice. My office is in Fort Smith, Arkansas, and my job is to present cases in federal court against individuals who have been charged with violating the laws of the United States.

As Judge Hendren told you in this case, the defendant, Jeffery William Paul, has been charges in a two count indictment. The first count charges Mr. Paul with killing Sherman Williams with malice aforethought during a robbery. He's charged with aiding and abetting in that murder.

The second count in the indictment charges the defendant, Jeffery William Paul, with using a firearm during and in relation to a crime of violence and that, ladies and gentlemen, was a robbery.

On June 22, 1995, almost two years ago to the day Sherman Williams was 82 years old. Mr. Williams was a retired former State Director for the Farmers Home Administration. Almost two years ago to this very day, Mr. Williams lived in Hot Springs, Arkansas. He liked to fish, he liked to jog, and he liked to walk along the hiking trails in the Hot Springs National Park.

Also on June 22, 1995, the defendant, Jeffery William Paul and Trinity Edward Ingle, were planing to commit a robbery in Hot Springs, Arkansas.

Now in the morning, as he normally did, the morning of June 22, 1995, Sherman Williams went to a newsstand across the street from the Arlington Hotel and he bought a newspaper. This was

around 8 o'clock in the morning. Mr. Williams bought his newspaper, he walked down the street a few doors to the Pancake House where he had breakfast as he usually did every morning.

When Mr. Williams finished eating breakfast the morning of June 22, 1995, and when he had finished reading his newspaper, he went home. And he went home and he changed clothes so he could go to the hiking trails in the National Park early that afternoon.

Around noon on June 22 of 1995, Jason Paul, who was the defendant's brother, drove Trinity Ingle and Jeff Paul to downtown Hot Springs and he dropped them off in the vicinity of Monty's Pawn Shop on Ouachita Avenue.

Now even though it was a warm June day, both Jeffery Paul and Trinity Ingle were dressed in long sleeved shirts with the shirt tails out. They were also carrying guns that were loaded with both hollow points and what's commonly referred to as rat shot.

Now after Jason Paul had dropped the defendant and Trint Ingle off downtown, he went back home to where the Paul's lived on Highway 70 west in Hot Springs, just off Airport Road.

Now after the defendant and Trint Ingle had been dropped off downtown, they eventually made their way to Fountain Street. Fountain Street runs directly in front of the Arlington Hotel. It runs eastward towards Happy Hollow Spring and on to the National Park and the hiking trails that wind around the north

slope of Hot Springs Mountain.

When the defendant and Trint Ingle got to the area of the National Park on Fountain Street near Happy Hollow Spring, they went to a parking lot in the area; and they went to a parking lot to scope it out to look for somebody to rob.

Ladies and gentlemen, after 82 year old Sherman Williams had changed into his running shorts and his running shoes, put on a short sleeved sport shirt and a hat, he drove his brand new 1995 gold-colored Oldsmobile Delta 88 to that parking lot the defendant and Trint Ingle were watching. He parked his car and he got out.

When the defendant and Trinity Ingle saw that 82 year old Sherman Williams was alone, when they saw him park a brand new Oldsmobile and proceed up towards the hiking trails, they decided to follow him. They followed Sherman Williams up the hiking trails on Hot Springs Mountain and approximately halfway up the trail, when no one was around, the defendant and Trinity Ingle walked up to Mr. Williams and they asked him for the time; what time is it?

When Mr. Williams looked down at his watch to see what time it was, guns were pulled and they were pointed at him. When the guns were pulled, a demand was made for Mr. Williams to give them his money, his money and his keys. When Mr. Williams resisted and said I don't have any money, he was hit in the face, he was knocked to the ground, and he was kicked.

When they finished kicking Mr. Williams, Jeff Paul took his billfold and the approximately $98 that was inside together, with his car keys. When they had Mr. Williams' money and when they had his car keys, Trinity Ingle produced a roll of duct tape out of his pocket and gave it to the defendant. And there was a conversation with Mr. Williams at that time about whether or not he would talk about what was happening to him. Mr. Williams told the defendant and Trinity Ingle he wouldn't say anything - please don't kill me.

Mr. Williams' wrists were bound behind his back in such a manner [indicating], his ankles were tightly taped and duct tape was wrapped around his mouth.

After Mr. Williams had been robbed of his money and his keys, after his hands were bound behind his back, after his ankles were taped and after his mouth was taped, he was left in the woods and the defendant and Trinity Ingle started to walk off. After they gone just a very short distance, the two robbers, Trint Ingle and Jeffery Paul, realized Mr. Williams could, in fact, identify them.

At that point, they walked back to Mr. Williams to kill him. And when they walked back to where Sherman Williams lay bound and gagged, Jeffery William Paul kicked Sherman Williams in the head with such force it knocked an eye out of its socket. The barrel of a .38 caliber handgun was then placed just behind Mr. Williams' left ear and the trigger was pulled and a bullet went

through Mr. Williams' head and it came out in the area of his right temple. Mr. Williams was also shot in the left chest area with Number 9 pellets, which our ballistics expert will tell you are commonly referred to as "rat shot."

After Mr. Williams had been kicked and shot, the defendant and Trinity Ingle dragged Mr. Williams further into the woods and they threw him and dumped him in some dead leaves in a clear cut area on the side of Hot Springs Mountain. Mr. Williams body, which was lying face down; at that time, the defendant and Trinity Ingle placed tree limbs over his legs and threw some dead leaves on the body.

When they had finished, the defendant and Trinity Ingle walked on down the mountain and they stopped at a stone pump house, which is down the street a little ways coming towards Hot Springs by the Floral Trail which is a trail which winds around Hot Springs Mountain.

When they got to this stone pump house, which is by Happy Hollow Spring, they walked down into a drainage area which was right by the pump house and Jeffery William Paul picked up a rock and put Mr. Williams' billfold under the rock and he then placed a rock on top of the billfold, after having removed all the money.

After Mr. Williams' billfold was hidden under a rock at Happy Hollow Spring, the defendant and Trinity Ingle walked to the parking lot, they located Mr. Williams' car, they got in it

and they drove to the Paul residence on Highway 70 west.

Instead of driving directly up to the front door of the Paul residence, they parked Mr. Williams' car in the parking lot of the Runway Cafe which is at the bottom of a small hill in front of the house. After they had parked the car, the defendant and Trinity Ingle walked approximately 25 yards up this small hill to the Paul residence.

When they arrived at the Paul residence, it was around 3 o'clock in the afternoon. And Jason Paul was inside and he heard his brother and Trinity Ingles' voices, so he came outside on the porch to see them, see what was going on.

Well, when Jason Paul came out on the porch and saw the defendant and Trinity Ingle, there was a discussion about the fact that Trinity Ingle and the defendant wanted to get something to eat; they were hungry, and they asked Jason Paul to go with them.

Transportation wasn't a problem. They informed Jason Paul they had Trint Ingle's mother's car down at the bottom of the hill parked at the Runway Cafe. So the three - Jeff Paul, Jason Paul and Trint Ingle - walked down the hill to the Runway Cafe and they got in that 1995 gold Oldsmobile Delta 88. Trint Ingle drove, the defendant Jeff Paul was in the passenger seat, Jason Paul was in the back seat.

They decided that they would go to the Tastee Freeze, which was on down Highway 70, going west, but on the way to the Tastee

Freeze, they decided to stop at Skip's Body Shop to see a person who worked there by the name of Kris Rogers.

So Trint Ingle, who was driving, pulled up in front of the body shop. He and Jeff Paul got out. Kris Rogers was inside and he saw this car pull up and he saw people in it who he knew, so he walked outside to see Jeff Paul and Trint Ingle. And he asked them where the car came from. He asked Jeff Paul, where did this car come from, this oldsmobile? Jeff Paul told Kris Rogers that he had borrowed the car and he wouldn't have it by tomorrow.

Now after Kris Rogers talked to Jeff Paul and Trint Ingle for a few minutes at the body shop, the three of them got back in the car. Jason Paul got out and kind of wandered around a little bit. Jason Paul, Jeff Paul and Trint Ingle got back in the oldsmobile and they did drive to the Tastee Freeze where Trint Ingle treated everybody to frito chili pie and milk shakes. And after they had eaten their frito chili pies and milk shakes, Trint Ingle decided he was going to drive over and see Rebecca Pingle, who he knew from work at the SunBay Resort here in Hot Springs.

And at that time, Rebecca Pingle was staying with a friend named Wendy Birchfield and she lived in a mobile home going west towards Fort Smith, just almost on the Hot Springs City Limits.

Well, they drove the car up to the front of the mobile home. Rebecca Pingle looked out the window and she was surprised to see that the three had arrived in what she'll describe to you as a

new family-type car because she'd never seen that car before and she'd never seen Jeff Paul in that car before.

Well, when Jeff Paul, Trint Ingle and Jason Paul walked into the mobile home, it was obvious to Rebecca Pingle that Jeff Paul was limping. So she asked him what happened; why are you limping? Paul told her he had hurt his foot playing basketball.

Well, the three only stayed there a few minutes and they left; that is, Jason Paul, Jeff Paul and Trint Ingle. And when the three left, Trint Ingle and Jeff Paul decided they wanted Jason to rent a motel room for the two of them for the night.

Now Jason was the only one who was 21 years old and had I.D., so Jason had to be the one to rent the room. So on the evening of June 22, 1995, hours after the murder of Sherman Williams, Trinity Ingle and Jeff Paul provided Jason Paul with $26.70 in cash to rent Room 115 at the Fountain Motel on Central Avenue in Hot Springs.

After Jason Paul got the money and rented the room, Jeff Paul and Trint Ingle drove Jason back home. That same evening, the evening of June 22, 1995, Jeff Paul made a telephone call to Chris LaPaglia at her home here in Hot Springs. Jeff Paul told Chris LaPaglia that he was upset and he wanted to see her, wanted her to come down to the Fountain Motel and see him.

Well Chris LaPaglia told Jeff Paul that she probably couldn't come down; but when he persisted, Chris LaPaglia said, you know, I'll see what I can do. But she asked Jeff Paul, you know,

why do you want me to come down? Why are you upset? Jeff Paul told Chris LaPaglia the evening of June 22, 1995, that he had killed somebody.

Well, Chris LaPaglia told Jeff Paul that, you know, if she couldn't come down, she'd page him; otherwise, she'd be here. Well, she didn't come down.

So the next morning, Jeff Paul called Chris LaPaglia to find out why she hadn't come down and during that call the morning of June 23, 1995, Jeff Paul told Chris LaPaglia that his mother was upset with him. And his mother was upset with him because she found some clothes and shoes and they had blood on them. Chris LaPaglia said how in the world did you get blood on your shoes and clothes? The defendant Jeff Paul told her that he had kicked a man in the head and killed him. He told Chris Lapaglia that Trint Ingle was with him when it happened.

That same day, June 23, 1995, Kris Rogers spoke to the defendant and asked him if he wanted to go out and do something. Jeff Paul told Kris Rogers he wasn't leaving the house because his foot hurt too bad, he was staying home.

Two days after the murder, June 24, 1995, Kris Roger who is the same Kris Roger that worked at Skip's Body Shop, and his girl friend, Crystal Davis, drove over to the Paul residence and they picked Jeff Paul up. Before they got to their final destination, which was the home of Crystal Davis' parents, they stopped to buy some beer in Pearcy, Arkansas, and they went to Crystal Davis'

parent's home.

And after a short time, Jeff Paul looked at Kris Rogers and he said, "I need to talk to you." So the two of them, Kris Rogers and Jeff Paul, went outside and they sat down at the table. Jeff Paul told Kris Rogers that he needed to tell somebody what had happened. And during this conversation, Jeff Paul told Kris Rogers that he and Trint Ingle had been in the National Park looking to get some money real fast; that they saw an old man get out of an oldsmobile near the mountain downtown.

Jeff Paul told Kris Rogers their plan was to follow the old man and if he went to the mountain, they were going to follow him and take his "shit." Jeff Paul told Kris Rogers they followed the old man up the mountain where they demanded his money and his keys and when the old man refused, they hit him, knocked him down and they kicked him.

Jeff Paul told Kris Rogers they taped the old man up and Jeff Paul also told Kris Rogers that he had kicked the old man in the head, knocked his eye out of the socket, and he'd shot him in the head. And Jeff Paul's description to Kris Rogers was he had never kicked any mother fucker that hard before and that's why his foot hurt.

Jeff Paul told Kris Rogers that after they got the old man's wallet and keys and dragged him into the woods, they covered him up and left him on the side of a mountain.

Several days after that conversation, Kris Rogers read about

a murder in the National Park in a local newspaper and when he read about that murder in the National Park, he called Jeff Paul and asked him if he'd seen it. During this conversation when they were discussing the news story, Kris Rogers was asking the defendant if he'd read the story about the murder on the mountain, Jeff Paul laughed.

Now on June 25, three days after the murder, Sam Maples and his wife were out driving dune buggies in an abandoned gravel pit off Mill Creek Road in rural Garland County. And while they were driving over that extremely, extremely rough terrain, they saw a car at the bottom of a gravel pit about 100 feet below them. It was a gold Oldsmobile Delta 88.

Now, rightly or wrongly, when Sam Maples saw that car at the bottom of a gravel pit, he didn't call the police to report it, he didn't call the FBI to report it, he didn't call anybody to report it until his wife read an article in the newspaper about the murder on the mountain along with the description of a missing automobile; a missing Oldsmobile.

So on June 30, 1995, Sam Maples took the FBI out to the gravel pit and he showed them where this car was. And that car was, in fact, the automobile owned by Sherman Williams.

After the car was pulled out of the gravel pit, it was examined for what we call latent finger prints by Ruby Ross who is a fingerprint examiner with the State of Arkansas. Ruby Ross found a fingerprint on the ash tray of Mr. Williams' car which

matches that of Trinity Edward Ingle.

The day after Alan Ritchey [sic] found the car and four days after the murder, a man by the name of Alan Ritchey, who was a tourist from Ohio, was walking and hiking along the north slope of Hot Springs Mountain. Well, about halfway down the mountain coming down from where the tower is on the mountain, he decided that he would leave the hiking trail and he'd go off on his own, hoping to find some quartz.

Well, as Alan Ritchey walked through the undergrowth looking for his rocks, he could look down the hill at an angle and he saw a form in front of him down the hill. Well, Alan Ritchey will tell you that from where he was, he thought it was a doll. But as he walked closer and closer, he could tell it definitely wasn't a doll. What he was looking at were human remains.

When Alan Ritchey realized he was looking at a dead body, he hurried down that trail just as fast as he could, he found a telephone, and he called the police.

The police responded to Mr. Ritchey's call and as soon as they got to the area where Mr. Ritchey was, it was evident to them this was the National Park, and the FBI and the Park Service have exclusive jurisdiction over the National Park.

So Ranger Jim O'Donnell with the Park Service was called and Tom Ross with the FBI were called. They responded immediately and arrived at the crime scene within minutes. Roger Purtee, who was at the time the Deputy Coroner for Garland County, was also

called and he responded.

Now Mr. Purtee will tell you that without moving or disturbing the body in any way, he could tell it was a male, he could tell the hands were bound behind the back with duct tape, he could tell the ankles were bound with duct tape, and he could tell that there was duct tape which had fallen down and was around the victim's neck. He could also tell that there was a large gaping wound in the right side of the victim's skull.

Tom Ross and the other officers did a crime scene investigation when they got there and they could not find one piece of identification either on or around the body. So at that point, the victim was what we call "John Doe."

Now during the crime scene investigation, Agent Ross did find a brimmed hat fairly close to the body. An analysis of stains on that hat show that the stains were, in fact, human blood.

On June 27, an autopsy was performed on the body which was found on Hot Springs Mountain on June 26, and it was determined during the course of the autopsy that a gunshot entrance wound was found on the left side of the head just behind the ear, and the gunshot wound resulted in a path through the skull, exiting in the right temple area.

Based upon an examination of the body, it was determined by the Medical Examiner that the cause of death was a gunshot wound to the head. It was also determined by the Medical Examiner's

Office that the manner of death was a homicide.

And ladies and gentlemen, based upon the size of the entrance and exit wounds, it was also determined that that wound was caused by a .38 caliber bullet.

During the examination of the body, it was also determined that shot pellets were present in the left chest area. Those pellets were delivered to Berwin Monroe, who is a ballistics expert with the State Crime Laboratory, and Mr. Monroe determined that those are Number 9 shot pellets and could have been fired from either a .38 caliber or a .357 caliber handgun.

Now the same day, the very same day the autopsy was being performed on the body in Little Rock, Arkansas, Billy Bars, who is a restoration and construction worker with the Park Service, was working near that pump house at Happy Hollow Spring. He was working on the drainage area. Billy Bars walked down into the drainage area, was moving some rocks around, he reached down, he picked up a rock, and he saw a billfold directly under the rock he had picked up. He laid the rock down, picked up the wallet, looked inside, and it had the identification for Sherman Williams. He'll tell you there was all kinds of identification in that billfold, but there wasn't a cent. All the money, if there had been any in it, was gone.

Now when Billy Bars found the billfold, he took it to the Ranger Station and he turned it in and Agent Jim O'Donnell took custody of the billfold. Well, there were emergency phone

numbers to call in the billfold, so Agent O'Donnell agreed he had Sherman Williams' billfold, called Sherman Williams' residence to tell him I've got your billfold, come down and get it.

Well, nobody answered the phone. When Ranger O'Donnell was unsuccessful, there was another number to call; his daughter, Carole Sherman. Ranger O'Donnell called Carole Sherman in Little Rock and said, hey, I've got this billfold, I've tried to call Sherman Williams, I can't get him.

Carole Sherman tried to call her dad; nobody answered the phone. At that point, the family started to become alarmed because this was not usual for Sherman Williams to leave and not tell somebody.

Later that evening, the family met Ranger O'Donnell at Sherman Williams' residence here in Hot Springs. When they arrived at Sherman Williams' residence, they found three things: They found newspapers stacked up at the front door, they found Mr. Williams car was gone, and they found Mr. Williams was gone.

At that point, a decision was made to go in the home. They looked around, no one was inside and again, another decision was made to obtain the dental records of Sherman Williams and cause them to be delivered to the State Medical Examiner's Office to see if there was a possibility the body that had been found on June 26 was that of Sherman Williams.

The dental records were sent to the State Crime Laboratory and there was a positive match. The body that was found on the

mountain and delivered to the State Crime Laboratory was, in fact, 82 year old Sherman Williams.

On July 3, 1995, Kris Rogers went to see Jeff Paul to see if he wanted to go to a concert the next day, which was the fourth of July. Jeff Paul told Chris Rogers, nope, I'm leaving town and I'm going to join the foreign legion because if you're in trouble, they can't come and get you.

That same day, July 3, 1995, Jeff Paul called Chris LaPaglia to tell her he was leaving town and he was going to join the foreign legion. When she said why are you thinking about joining the foreign legion, Jeff Paul told Chris LaPaglia they give you a gun and they let you kill people, and that's all I'm good at anyway.

Well, Chris LaPaglia told Jeff Paul she still didn't know what he was talking about and he said they found his car. Think about it.

Well, ladies and gentlemen, on July 1, 1995, the following article appeared in the "Sentinel Record" here in Hot Springs, Arkansas: "FBI recovers stolen car of elderly murder victim."

Around the fourth of July of 1995, Jeff Paul and his brother, Jason Paul, left Hot Springs, Arkansas. Jeff Paul never had any intention of returning to Hot Springs.

That summer, Jeff Paul and Jason Paul eventually made their way to Key West, Florida. There Jeff Paul got a job in a T-shirt shop and worked for quite a while. He met a man by the name of

Dan Coughlin, who was in the Coast Guard in Key West; and he also met a girl by the name of Cindy Wallace.

In March of 1996, Jeff Paul had a conversation with Cindy Wallace about an incident that he said had occurred in Arkansas. Jeff Paul told Cindy Wallace that he'd been having a recurring dream where he and his partner were outside a park with nature trails. He told her that he and his partner had seen an old man walk up a trail and they followed him to take his money. He told her that they confronted the old man and they beat him up and while the old man was on the ground, Jeff Paul told Cindy Wallace that he and his partner discussed what are we going to do with him. Jeff Paul told Cindy Wallace that he and his partner asked the old man if he was going to talk. Jeff Paul told Cindy Wallace the old man begged for his life and said he wouldn't say anything. Well, they decided they'd have to kill him. Jeff Paul told Cindy Wallace that he shot the old man while his eye was hanging out of it's socket. He said they took the old man's money and they left.

Two months later in May of 1996, Jeff Paul obtained a false Florida identification card and a false social security card in the name of Dan Coughlin.

A month later, June of 1996, Jeff Paul - still in Key West, Florida - told Cindy Wallace that the FBI was looking for him for things he had told her about in this recurring dream. He told Cindy Wallace that both he and Trint Ingle had shot the old man.

One month later, still in Key West, Florida, around the fourth of July, 1996, Jeff Paul's father, Dennis Paul, traveled from Mississippi to Key West, Florida, to relocate Jeff Paul. Dennis Paul took Jason and Jason's cousin with him on the trip.

After the three - Jason Paul, Dennis Paul and the cousin - arrived in Key West and spent several days getting Jeff Paul ready to leave, the four of them drove to Myrtle Beach, South Carolina. And when they arrived in Myrtle Beach, South Carolina, Jason Paul and Jeff Paul got out of the car and they stayed in South Carolina for about a month. And after a month, Jason Paul and Jeff Paul got on the bus and went back to Mississippi.

On August 22, 1996, Jeffery William Paul was located and arrested by Special Agent John LaVoie of the Federal Bureau of Investigation. He was arrested for the murder of Sherman Williams.

On the day of his arrest, Agent John LaVoie advised the defendant, Jeffery William Paul, of his constitutional rights. Jeffery Paul signed a form acknowledging that he understood his rights and he agreed to waive his rights and he agreed to talk to Agent LaVoie.

On August 22, 1996, Jeff Paul was interviewed by Agent LaVoie about the Hot Springs murder. During that interview with Agent LaVoie, Jeff Paul told him that on June 22, 1995, he and Trint Ingle walked to his mother's home in Hot Springs and that when they got there, Jeff Paul's brother Jason was watching TV;

that Jeff Paul convinced Jason to drive he and Trint Ingle to downtown Hot Springs; that after arriving downtown, Jeff Paul and Trint Ingle walked to the area of the National Park, and on the way they discussed, "Taking someone off."

They eventually reached the parking lot area of the National Park. They saw an old man get out of champagne colored 1994 or 1995 Oldsmobile. Trint Ingle looked at Jeff Paul and said, let's roll this fool. They followed him into the National Park. Jeff Paul described the old man as wearing a hat, shorts, socks and tennis type shoes.

Jeff Paul said when the old man was on the trail inside the park, he and Trint Ingle walked up to him and asked him for the time. Jeff Paul said that while the old man was looking at his watch, Trint Ingle pulled out a .38 and demanded money. Jeff Paul said the old man gave him his billfold and it had $98 and car keys in it. Jeff Paul said that Trint Ingle handed him a role of duct tape and he, Jeff Paul, taped the old man's wrists and ankles and Trint Ingle taped his mouth.

Jeff Paul said at some point, Ingle hit the old man in the face with the gun and that while the old man was lying on the ground, they kicked him in the face and the chest. Jeff Paul said that when they started to walk away, Ingle said we're going to have to kill the old man because he can identify us. Jeff Paul said they walked back to the old man and Jeff Paul said, after being captured by the FBI, that Trint Ingle shot the old

man once in the head with a hollow point and once in the shoulder with rat shot. He said when the old man was dead, they dragged him about 30 feet off the trail.

And Jeff Paul told Agent John LaVoie that he hid the old man's billfold under a rock close to a spring of water. Jeff Paul added that they walked to the parking lot where the old man's oldsmobile was parked and that Trint Ingle then drove them to a Taste Freeze.

The next day, which was August 23, 1996, Agent LaVoie went back to Jeff Paul to see if he wanted to talk some more. Jeff Paul told Agent LaVoie that he didn't want to say anything else, he had probably screwed himself by being interviewed.

Ladies and gentlemen, I don't need to reiterate the fact that sitting in judgment of somebody is hard, particularly in a case like this. And I'm going to tell you right now, I'm going to thank you in advance for the attention I know you're going to show throughout the course of this trial because to say it's an important trial would be really a misnomer.

And ladies and gentlemen, I'm confident that after you have heard all of the witnesses testify, after you've looked at all of the exhibits, you will, in fact, return verdicts of guilty against the defendant for the murder of Sherman Williams.

Thank you.

BY THE COURT: All right. Thank you, Mr. Snyder.

Mr. Oliver are you ready to proceed?