# TRIAL TRANSCRIPT – GOVERNMENT'S GUILT-INNOCENCE CLOSING ARGUMENT

another recess after that closing.

So we'll be in recess.

[Recess taken at 9:28 a.m. - Jury Out]

[Open Court - 9:15 a.m. - Jury Present]

BY THE COURT: All right. Counsel, let me remind you that Ms. Ramsey is our timekeeper. She'll tell you when you have five minutes left and when you have one minute left and if you don't stop when she calls time, there's a trap door there and you know the rest of the story, so please give attention to the time. [Laughter]

Mr. Snyder, please?

BY MR. SNYDER: Please the Court, ladies and gentle-men?

The first thing I want to do is thank you for the attention that you've shown throughout the course of this trial. I really appreciate it, Mr. Webb appreciates it, and I want to thank you.

Ladies and gentlemen, it's hard to imagine a more important case that could come before 12 jurors and two alternates than the one we have today. It's important because it involves the murder of an individual who lived in your community; who until June 22, 1995, Sherman Williams was an 82 year old man who enjoyed hiking, fishing, and his retirement from the Farmers Home Administration.

Ladies and gentlemen, I'm going to tell you how we've proved the facts of our case and how Sherman Williams was

murdered, but before I get into the facts in the case, there are a few things I would like to discuss with you.

The first thing I want to talk about is the issue of trust. If you have a deep dark secret like Jeff Paul had on June 22, 1995 and you need to tell somebody, who do you tell? Tell somebody you trust, somebody you love, or somebody who's going to run and tell your deep dark secret?

Ladies and gentlemen, the answer to that is really pretty simple. You tell somebody you know and you tell somebody you trust. Who was the very first person that Jeff Paul told his dark secret to the evening of June 22, 1995? It was Chris LaPaglia, who came in this courtroom last Thursday, sat on that witness stand and cried and told you she still loves the defendant.

Now what did Chris LaPaglia say the defendant told her the night of June 22, 1995, which was two years ago yesterday? He said, "I just killed someone." What did the defendant tell Chris LaPaglia the morning of June 23, 1995? The defendant told Chris LaPaglia that his mother was upset because he had come home and he had blood on his clothes and his shoes. He told Chris LaPaglia that he had kicked a man in the head and heard his neck snap. He told Chris LaPaglia he thinks Trint's scared because he won't return his page.

What did the defendant tell Chris Lapaglia around July 3, 1995 just before he left Hot Springs, Arkansas? The defendant

told Chris LaPaglia that he was going to join the Foreign Legion and he told her he was going to join the Foreign Legion because they give you a gun and they let you kill people and that's all I'm good at anyway.

He also told Chris LaPaglia on July 3, 1995, they'll find out; they found his car. Did Chris LaPaglia run to the FBI when she had that information? No. She kept Jeff Paul's dark secret as long as she could.

The defendant trusted Kris Rogers enough to give him a loaded .38 gun to hold for him the night of June 8, 1995. The defendant trusted Kris Rogers enough to tell him about an aborted liquor store robbery. Did Kris Rogers go to the police and tell them about the gun and the aborted robbery? No. Jeff Paul trusted him. Paul trusted Kris Rogers with his dark secret the night of June 24, 1995, when he looked at Kris Rogers and said, "I need to talk to you."

They went outside, just the two of them, and Jeff Paul told Kris Rogers that he had shot an old man in the head, he'd kicked him the head, and his took his money and car keys. Did Kris Rogers run to the FBI about the gun, the aborted liquor store robbery, or the murder? No. The FBI came to Kris Rogers.

Jeff Paul told Kris Rogers about those things because he trusted him. When Crystal Davis came outside while Jeff Paul was telling Kris Rogers about the murder, Jeff Paul quit talking. He didn't trust Crystal Davis.

When Jeff Paul got to Key West, who did he tell his dark secret to? His two roommates: One was Cindy Wallace, and the other one was Dan Coughlin. The defendant told Cindy Wallace that he beat and kicked an old man and shot him in the head. I'm on the run from the FBI. Cindy Wallace even went to see the defendant after he had been arrested. She told you Thursday she still loves him. Paul trusted Cindy Wallace with his dark secret, and did she go to the FBI? No. And when the FBI went to her, she tried to conceal that secret.

Paul told his secret to Dan Coughlin, his roommate who loaned Jeff Paul his birth certificate so Jeff Paul could get a phony Florida I.D. Did Dan Coughlin run to the FBI when Jeff Paul told him he'd murdered a man in Arkansas, taken his car? No. Jeff Paul trusted Dan Coughlin; that's why he told him.

Did anybody testify who wasn't a friend? Chris LaPaglia and Cindy Wallace said they still love the defendant. Kris Rogers said he just want this to be over. Jeff Paul called Dan Coughlin and apologized for getting him involved in this.

Now who else does Jeff Paul tell about the murder? He tells John LaVoie, Special Agent with the FBI in Oxford, Mississippi. By the time John LaVoie interviews Jeff Paul, Jeff Paul had been on the run from the FBI for 14 months. He knew the FBI was closing in on him when he left Key West, Florida.

Jeff Paul had 14 months to make up a story for the FBI. When he was arrested, Jeff Paul knew his friends had eventually

talked to the FBI because he told Cindy Wallace they had. So Jeff Paul, when he was arrested, already knew the FBI knew most of the facts.

And there's something else that's real important that Jeff Paul knew when he was interviewed by John LaVoie. Jeff Paul knew that his partner, Trint Ingle, had already been arrested but he didn't know if Trint Ingle was cooperating with the FBI and he didn't know what, if anything, Trint Ingle had told the FBI about the murder.

Now would Jeff Paul tell the FBI, his enemy who he'd been running from for 14 months, his secret? Well, he'd tell them the part they already knew but he'd change something. This time he put the gun in Trint Ingle's hand. You see, Jeff Paul thought he had it all figured out -- I'll admitted the robbery to the FBI, they probably know about it; the murder, no way.

But you see, ladies and gentlemen, under the law that doesn't work because under Jeff Paul's theory, he's just as guilty as if he pulled the trigger. And that may be why he told John LaVoie on August 23, after having already talked to John LaVoie -- I don't want to talk to you anymore, I've already screwed myself.

Ladies and gentlemen, Jeff Paul is supposed to tell tall tales to impress people but when he talked about this murder to his friends, it was one on one. He wasn't talking to a big group. He was talking to his friends and was talking in pri-

vate.

He was upset when he told Chris LaPaglia, Kris Rogers, Cindy Wallace and Dan Coughlin. Ladies and gentlemen, he wasn't telling tall tales; he was telling the truth.

A few other areas I want to touch on very quickly -- Jeff Paul's limp. Rebecca Pingle came in here to testify that on the early or - excuse me - late afternoon of June 22, 1995, Jeff Paul came to see her. And she said when Jeff Paul came in that mobile home, he was limping to the point she asked him what was wrong.

I ask you, ladies and gentlemen, what is Rebecca Pingle's motive for coming in here and lying about his limp? None, absolutely none. That's basically all she testified to. She saw a car and she saw him limp.

The next day, June 23, the defendant told Chris LaPaglia he kicked a man in the head. The same day, June 23, Kris Rogers called him to see -- you want to go out and do something? The defendant says, "I'm not leaving the house. My foot hurts too bad."

The next day, June 24, the defendant told Kris Rogers, "I kicked a man in the head and kicked his eye out."

March, 1996, the following year, he told Cindy Wallace he'd kicked a man in the head.

Blood. June 23, the day after the murder, the defendant told Chris LaPaglia, "Mom's upset. I've got blood in my clothes

and on my shoes."

The next day, June 24, he shows Kris Rogers blood on his shoes.

Right after the murder and before the murder, Jason Paul testified he dropped his brother and Trint Ingle off downtown and they were wearing flannel shirts. Jason Paul said when they got home, they were wearing T-shirts.

Ladies and gentlemen, the facts in this case have shown that on June 8, 1995 Kris Rogers saw the defendant and Trint Ingle at Foster's Foods. They were armed, they were wearing long sleeve flannel shirts, and when Jeff Paul's parents drove up to pick them up and take them home or wherever, what did Jeff Paul do? He took a loaded .38, he wrapped it in his flannel shirt, and he gave it to Jeff Paul [sic] to keep for him. And Jeff Paul [sic], like a good friend, kept his gun. And a week later, which would have been approximately June 15, one week before the murder, Jeffery William Paul went to Kris Rogers and got his gun back. Kris Rogers said; why did you give me a loaded .38? What's the deal? Jeffery William Paul, at that point, told Kris Rogers that he and Trinity Edward Ingle, his partner in the murder, had planned on robbing the Tri-Lakes Liquor Store which was just down the street from the grocery store where he gave him the gun but they couldn't get in. The door was locked.

Tom Turner, who owns the Tri-Lake Liquor Store, got on that

witness stand and he told you that on weekdays at 10 o'clock at night, we lock the front door, we sit by the front door and we count the receipts and if somebody comes to the front door that we don't know, we don't let them in. And Tom Turner told you from that witness stand he doesn't know Jeffery William Paul and he doesn't know Trinity Edward Ingle.

Ladies and gentlemen, on June 22, 1995 around 8 o'clock, Sherman Williams bought his paper, ate his breakfast, went home, changed clothes so he could walk along the hiking trails in the National Park. Looks pretty peaceful, doesn't it? The sun's out, the leaves are out; nice, quite, wooded walk in the park. Who would ever think it would end up in a murder? Irene Eth-ridge and Marie Bosson told you the last time they saw Sherman Williams alive on this planet was June 22, 1995.

Well, on June 22, 1995 the defendant, Jeffery William Paul, wearing his flannel shirt, armed with a .38, and Trint Ingle, who was also armed, decided they were going to commit a robbery. They needed money fast and they were looking for an easy target.

So they walked down Fountain Street, found a parking lot, and scoped it out. That afternoon, Sherman Williams drove his brand new gold Delta 88 into that parking lot, parked his car, and got out. He walked north into the hiking trails. When they saw him, they had their easy target. An 82 year old man who was all alone.

They followed Mr. Williams up that hiking trail and where

it came to a point where Mr. Williams was all alone, Jeffery William Paul and Trinity Edward Ingle walked up to him and they asked him for the time. Guns were drawn, Mr. Williams resisted, they knocked him down and they kicked him and when they were through beating that 82 year old man who was there for a walk in the park, they took his money. They took his $98 and they took his car keys.

When they had what they wanted, when they had their $98, when they had their quick money from their easy target, they taped him up. Jeffery William Paul's handy work taped the old man's ankles together. Then Jeffery William Paul proceeded to tape Mr. Williams' hands behind his back. Then there was a discussion; Mr. Williams lying there in the National Park all alone, is he going to tell or isn't he going to tell? What do you think? You going to tell, Mr. Williams? I won't tell anybody anything. You know, I don't think we believe you, Mr. Williams. Please don't kill me. Please don't kill me.

Well, Mr. Williams' pleads for his life didn't mean a thing. They shot him in the head, they dragged him off into the woods, and they threw him into some leaves. But before they shot him in the head, Jeffery William Paul kicked that old man in the head, knocked his eye out of the socket.

Well, Mr. Williams is dead. They got their money, they got their car, they got everything they wanted. They drag him into the woods, they lay some logs across his legs, throw some leaves

on the body, walk down the mountain. But before they get to Mr. Williams' car, they stop at the pump house at Happy Hollow Spring where they hide Mr. Williams' billfold under a rock, and then they go home.

They go home to Jeff Paul's house where they run into Jason Paul and they're so upset about having just murdered an 82 year old man, they need to get something to eat. So they go to Tastee Freez. Before they get to the Tastee Freez, they stop at Skip's Body Shop, talk to Kris Rogers for a few minutes, get back in the car, go to the Tastee Freez, eat frito chili pies and milk shakes.

After they've eaten their little snack, they drive over to see Rebecca Pingle. They're there for a few minutes, maybe five or ten minutes, and when they leave Rebecca Pingle's house, it's party time. Let's have Jason rent a room for us so we can have a party.

So Jason Paul rented room 115 at the Fountain Motel for $26.70, which was given to him by the defendants. Jason Paul later that night bought some beer for Trint Ingle and Jeff Paul for their party.

Well, that night Jeff Paul called Chris LaPaglia and he wanted her to come down to the motel. He told Chris LaPaglia that he wanted to see her, he had killed somebody. Well, she didn't go down to the motel that night, so he called her the next morning. He said, "Mom's upset, she found my clothes,

there's blood on my clothes, there's blood on my shoes."

Chris LaPaglia said how did you get blood on your clothes? And he said, "I kicked and old man in the head. I think I scared Trint because he won't answer my page."

That very same day that Jeff Paul told that to Chris LaPaglia, he told Kris Rogers I'm not going out with you to-night; my foot hurts, I'm staying home.

Well, Jeff Paul did go out the next night, June 24, 1995. Crystal Davis and Kris Rogers picked him up and they went over to this house on Tenor Place in Pearcy, Arkansas. And when they got to the house, Jeff Paul had a pair of gloves and Suzy Arbuckle apparently liked them because she put them on. And when Suzy Arbuckle put those gloves on, Jeff Paul looked at her and he said, "If you knew where those gloves came from, you wouldn't be wearing them."

Later that evening is when Jeff Paul looked at Kris Rogers and he said, "We need to talk, we need to go outside." So they went outside, just the two of them, nobody else. There were other people there at the party, nobody else was invited out-side.

Jeff Paul invited Kris Rogers because he trusted him. He didn't want anybody else outside. So when they got outside, they sat down at a table. Jeff Paul explained that he and Trint Ingle needed money real fast, they saw the old man, and they picked him out because he was an easy target. He explained to

Kris Rogers they followed him up a trail, they demanded his money and keys, and when the old man refused, they hit him. They hit the old man and they knocked him down. They taped him up and Jeff told Kris Rogers, "I haven't ever kicked any mother-fucker that hard in my life." That's how he referred to the old man.

He told Kris Rogers after they had the money and the keys, they dragged the old man off into the woods and they left him there.

Now several days after the murder and several days after this conversation between Jeff Paul and Kris Rogers, Kris Rogers picked up the newspaper and he read about the murder in the park. Well, when he read about the murder in the park, he decided he'd call Jeff Paul. So Kris Rogers called Jeff Paul, hey, you seen this article in the paper about the man being murdered on the mountain? Not only murdered, but brutally murdered? What did Kris Rogers tell you Jeff Paul's response was? He laughed.

June 25, Sam Maples finds the victim's car in the bottom of a gravel pit. The State Crime processes the car for finger-prints and we've got the fingerprint of Trinity Edward Ingle inside the vehicle owned by Sherman Williams; the gold 1995 Oldsmobile.

On June 26, Alan Ritchey found Mr. Williams' body on the side of Hot Springs Mountain. There was no way to identify the

body at that time because there was no identification either on or around the body.

The next day, Billy Bars found Mr. Williams' billfold under the rock at Happy Hollow Spring. One thing led to another and the medical examiner was able to identify the body that he autopsied as that of Sherman Williams. The autopsy showed that Mr. Williams had been shot in the head with a large caliber bullet which entered just behind his left eye, exited his right temple.

The medical examiner also found Number 9 shot in the left chest area of Mr. Williams. A ballistics expert testified Number 9 shot is commonly refereed to as "Rat Shot."

On July 3, 1995, Jeff Paul told Kris Rogers he was leaving Hot Springs. And during a telephone call with his girlfriend, Chris LaPaglia, the defendant told Chris LaPaglia that he was leaving town to join the Foreign Legion because they give you a gun, they let you kill people, and that's all I'm good at anyway.

When Chris LaPaglia said what are you talking about? I don't understand? The defendant told Chris LaPaglia, "I'm sure they'll find out now. They've found his car, think about it."

Well, ladies and gentlemen, two days earlier on July 1, 1995, there was an article that appeared in the "Sentinel Record". And that article bore the headline: "FBI recovers stolen car of elderly murder victim."

Two days later, the defendant told Chris LaPaglia they found his car. Around the fourth of July, Jeff Paul and Jason Paul left Hot Springs, Arkansas, and Jeff Paul never had any intention of coming back to this city again. The FBI wanted him for questioning.

They eventually made their way to Key West, Florida, where the defendant met Cindy Wallace. He met her in September of 1995 and he lived with her during the spring and early summer of 1996. Kind of an off and on relationship.

In March of 1996, the defendant told Cindy Wallace that he and his partner had followed an old man into the park on a hiking trails - it was in Arkansas - they robbed the old man and after they had robbed him, Jeff Paul told Cindy Wallace that he and his partner had a discussion about what to do with the old man. Is he going to talk or isn't he going to talk? They walked away a few feet, had the discussion between themselves, went back to the old man, are you going to tell -- huh-uh, not me, I'm not telling. She said Jeff Paul told her they then walked back, talked amongst themselves and decided, huh-uh, we don't believe him. He's going to tell.

Jeff Paul told Cindy Wallace that old man on the hiking trail begged for his life to no avail. Jeff Paul told Cindy Wallace he shot the old man in the head. He also told Cindy Wallace he didn't feel bad about it.

The defendant went to New Jersey for a little while and

when he came back in June of 1996, he told Cindy Wallace that he and Trint had both shot the old man and that he left Arkansas because the FBI was talking to his friends.

By July of 1996, the defendant, Jeff Paul, had a false Florida I.D. card. He also had a book entitled "New I.D. in America".

Around the fourth of July of 1996, Jeff Paul left town but before he left town, he went to his employer and picked up his wages. And at that time, he again told Cindy Wallace he had committed a murder and the victim had been shot.

The defendant also met Dan Coughlin. He shared a room with him, they were roommates, they were friends. Dan Coughlin loaned the defendant his birth certificate because he thought the defendant wanted to buy some beer, get into a bar. At that point, Dan Coughlin did not know the defendant was a wanted fugitive by the FBI for first degree murder. But he found out. He found out the FBI was looking for Jeff Paul. Jeff Paul told his friend, the one who supplied his with the birth certificate, that he and his partner had killed a man in Arkansas for his car.

Jeff Paul left Key West, went to Myrtle Beach, South Carolina, and then on to Mississippi. And on August 22, 1996, the defendant was arrested by FBI Agent John LaVoie. He'd been on the run for 14 months. He had managed to evade the FBI in Key West, Florida, but they finally tracked him down in Missis-

sippi.

And when the defendant was arrested, he agreed to talk and he talked a lot. He talked about having Jason drive them downtown. He talked about coming downtown and looking for somebody to take off, which he said means commit a robbery. He talks about going to the parking lot and seeing the old man. He even describes his car, make, model, color - Gold Delta 88 - 1995. He describes what the victim was wearing: hat, jogging shorts, socks up to the knees, tennis shoes. He talks about going up onto the hiking trails. He said it was an old man. They robbed the old man, they get his keys, they get his money, they get his billfold.

He talks about the duct tape and you've seen the pictures and you know Mr. Williams had his hands taped behind his back. The defendant, Jeffery William Paul, told the FBI agent, "I taped the old man's hands behind his back. I taped his feet together."

He talks about how the old man was beaten, how he was kicked, how he was hit. He talks about how they decided to kill the old man because they weren't going back to prison. He talks about the fact that the gun was loaded with hollow points and rat shot. He talks about how the old man was shot in the head with a hollow point and in the chest with rat shot.

He talks about how he hid the victim's billfold under a rock by running water, by spring water. He talks about how

after the murder, they go down and they get in the old man's car and they drive to the Tastee Freez. But after he had been arrested by the FBI, who he knew was looking for him, and he knew Trinity Edward Ingle had been arrested and he knew Trinity Edward Ingle was in custody and he knew his friends had been talking to the FBI -- At this point, Jeff Paul decides I'm going to put the gun in the hand of Trint Ingle.

Ladies and gentlemen, up until the time Jeff Paul was arrested, Jeff Paul was in custody, he told all of his friends, one on one, in the secrecy of his confidence, "I shot the old man."

There are a number of points of corroboration directly from the mouth of Jeff Paul. Jeff Paul has stated to numerous people that he had his brother, Jason Paul, drive him downtown to Hot Springs on June 22. Jason Paul testified to that fact -- I took my brother and Trint Ingle downtown on June 22.

Jeff Paul told John LaVoie -- my brother took us downtown on June 22 and the motel receipt from the Fountain Motel reflects that room was rented June 22, 1995.

Jeff Paul has stated he saw an old man in the park. Jeff Paul told Agent LaVoie that he and Ingle walked towards the National Park, they saw an old man, and they followed him into the park.

Jeff Paul told Kris Rogers they followed and old man in the park. Jeff Paul told Cindy Wallace about the old man in the

park. Jeff Paul has made statements about what the old man was wearing. He told John LaVoie what he was wearing. And ladies and gentlemen, at the time the body of Sherman Williams was found on that mountain, he was wearing jogging shorts, tennis shoes, socks and a hat with blood on it was found near the body.

Jeff Paul has made numerous statements that the old man walked up a trail. Jeff Paul told Kris Rogers, Cindy Wallace and John LaVoie he followed and old man up the trail.

Ranger O'Donnell and Agent Ross testified the body was found about 87 feet off the trail. You've seen photographs of the trail from which the body was found.

Jeff Paul has made numerous statements about the victim being an old white male. Paul described the victim to Kris Rogers as an old man, he described the victim to John LaVoie as an elderly white male, he described the victim as an old man to Cindy Wallace. And Mr. Williams, at the time of his death, was 82 years old.

Jeff Paul told Agent LaVoie that when they approached the old man, they asked him for the time. Ladies and gentlemen, the autopsy of Sherman Williams reflected that he was wearing a Hamilton watch which, at the time of the autopsy, displayed the correct time and date.

With respect to the murder, Jeff Paul told Kris Rogers he shot the old man first while he was on the ground. On the evening of June 22, 1995, the defendant told Chris LaPaglia he

had killed somebody. Jeff Paul told Cindy Wallace he shot an old man so they couldn't identify him. Doctor Peretti has told you the cause of death was a large caliber bullet.

Ladies and gentlemen, two weeks before the murder, Jeff Paul had a .38 at the grocery store. One week before the murder, Kris Rogers gave that loaded .38 back to Jeff Paul.

Jeff Paul told John LaVoie the murder occurred on June 22; that's the last day Marie Bosson and Irene Ethridge saw the defendant.

Jason Paul rented the room on June 22, 1995. Jeff Paul told John LaVoie the body was tied with duct tape. The body was tied with duct tape. He talked about kicking the old man. He told Kris Rogers he kicked the old man. He said his foot hurt. There are numerous witnesses that corroborate the fact the defendant said he kicked the old man. There are numerous people who have said the defendant's foot hurt immediately prior to the murder.

Jeff Paul stated the motive for the murder was money. He told Kris Rogers they followed an old man because they needed money fast and they picked an easy target and they got his money. Jeff Paul told Agent LaVoie they spotted and old man looking for somebody to take off. When Mr. Williams' billfold was discovered on June 27, there wasn't one dime in the bill-fold.

Jeff Paul was also able to remember and completely describe

the car. Jeff Paul described the car to Agent LaVoie as a gold 1995 Oldsmobile Delta 88. Ladies and gentlemen, that is the car owned by Sherman Williams.

Ladies and gentlemen, with respect to Count 1 of the indictment, Judge Hendren has instructed you that we've got to prove, first of all, the act of killing Sherman Williams without lawful justification. That's the first thing we've got to prove.

The second thing we've got to prove is the act of killing was done with malice aforethought.

Third, we've got to prove the killing was done in the perpetration of a robbery.

With respect to that first element, it's clear there was absolutely no justification at all for the murder of Sherman Williams. An 82 year old man was just out trying to enjoy his day in the park who ended up getting beaten, kicked, begging for his life, and shot in the head.

Jeff Paul told Kris Rogers, Chris LaPaglia, Cindy Wallace and Dan Coughlin the old man was shot. And after he was arrested by the FBI, he said, well, I only helped. I did everything but shoot him. I helped, tied him up, took his money, hid his billfold, helped drag him off. I helped. I didn't pull the trigger. I just helped.

Ladies and gentlemen, he helped to the extent that he is just as guilty as if he had pulled the trigger which he told his

friends he had done.

Ladies and gentlemen, the second element is the killing was done with malice aforethought and Judge Hendren told you in deciding whether or not a murder is committed with malice aforethought, that means it was committed in a callous, wanton disregard for the consequences of human life. And he told you that you could consider such things which shed light upon the heart and mind of the killer before and at the time of the murder.

Now what happened before the murder? The defendant told Kris Rogers that he and Trint Ingle had planned another murder/robbery of the liquor store. It just didn't work -- the door was locked.

Well, guess what? Try, try again. This one worked. On the day of the murder, Jeff Paul and Trint Ingle were armed and they were looking for a robbery to commit and in the immortal words of Jeff Paul, they were looking for an easy target. But why just rob the 82 year old man? That's easy. Why not knock him down and beat him up and kick him a little bit first. And Jeff Paul, and I'm going to remind you again, said "he never kicked any mother fucker harder in his life." A quote from Kris Rogers.

Not only did they decide to rob him, they decided to apparently have a discussion with him about whether or not he was going to tell on them. And they didn't believe him. And then

he begged for his life. What do you imagine went through an 82 year old man's mind while he was there on the side of a mountain in a forest all alone and there are two people with guns? Do you think maybe he was praying somebody like Jim O'Donnell would walk up that trail and rescue him? Do you thing maybe he thought I'll never see my children, I'll never see my grand-children, I'm never getting off this mountain alive? He was taped by the ankles, so he couldn't run. His hands were taped behind the back. He couldn't defend himself if he wanted to. His mouth was taped, so he couldn't even scream. He lie there, alone in the woods, waiting for the end, waiting for the bullet which ended his life.

After the .38 tore through Mr. Williams' head, what does the defendant do? Let's go eat; get something to eat. Let's rent a room and have a party. Get a little beer. What does that tell you about Jeff Paul? What does that tell you about the heart and soul of Jeff Paul?

Ladies and gentlemen, what kind of a person does something like that to a helpless 82 year old man in the park, while he's lying on the ground helpless.

The third element we've got to prove is that the killing was done in the perpetration of a robbery. Jeff Paul admitted to John LaVoie, we looked for a target to rob. He told Kris Rogers and Cindy Wallace they robbed the old man. That was the whole purpose -- robbery.

Ladies and gentlemen, Mr. Williams was murdered during commission of the robbery.

With respect to Count 2 of the indictment, the judge has told you that we've got to prove the defendant committed the crime of felony murder, which is Count 1 which I've just described to you and explained to you, so I'm not going to go over all that again.

We've also got to prove that during that crime, the defendant knowingly used a firearm and that means the firearm was actively employed.

Ladies and gentlemen, the proof has shown Mr. Williams was shot in the head with a large caliber handgun. That was the cause of death. The manner of death was a homicide. Jeff Paul told Chris LaPaglia the night of the murder, hours after the murder, he had killed someone. Two days after the murder, he told his friend, Kris Rogers, I shot an old man in the head. He told Cindy Wallace, his girlfriend, who loves him -- I shot a man in the head.

He had a gun, a gun was available, he is guilty of Count 2 of the indictment.

Ladies and gentlemen, we've done our job in presenting the facts and evidence in this case as best we can. It was not easy for the people who got on that witness stand to testify. They were people the defendant trusted. Some of them cried, none of them were happy. One of them said all he wants is for this to

be over. But they got up there and took the oath and they told you what they knew.

When all the arguments are finished, you're going to go back in the jury room and you're going to sit down, and it's time to deliberate about the facts of this case. It's time for you to weigh the evidence. What did the witnesses say? What do the exhibits show? What are the judge's instructions?

Ladies and gentlemen, after you go back to the jury room and after you talk to about the case, I have all the confidence that you will, in fact, return verdicts of guilty against the defendant, Jeffery William Paul, for the murder of Sherman Williams.

Thank You.

BY THE COURT: All right. Thank you, ladies and gentlemen. We have been out here -- thank you, Mr. Snyder. We have been out here about 46 minutes, so we'll take another recess and come back at about -- we'll be a little shorter this time, maybe about ten minutes till. Let's try to get out at that time. We'll be in recess.

[Recess taken at 10:38 a.m. - Jury Out]

[Open Court - 10:52 a.m. - Jury Present]

BY THE COURT: Thank you, ladies and gentlemen. Please be seated.

Mr. Oliver, are you ready, sir?

BY MR. OLIVER: Members of the jury, on behalf of