U. S. DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED

SEP 15 1997

CHRIS R. JOHNSON, CLERK
BY: [signature]
DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**UNITED STATES OF AMERICA,** )
**Plaintiff** )
**vs.** ) **No. 6:96CR60022-001**
)
**JEFFERY WILLIAM PAUL,** )
**Defendant** )

**DEFENDANT'S MOTION FOR NEW TRIAL**

Comes now the defendant, Jeffery William Paul, by and through his attorneys, Lynn Williams and Steve Oliver and for his motion for new trial states that:

1. The defendant was convicted and sentenced to death by this court on June 25, 1997. A motion for extension of time to file new trial and sentencing hearing motion was timely filed on June 26, 1997 and granted the same day. That extension allowed this motion to be filed no later than the close of business on September 15, 1997.

2. At trial, during the sentencing hearing, the defendant introduced a tape of the co-defendant, Trinity Ingle. Mr. Ingle's case was filed as a separate case from the defendant from the beginning. Mr. Ingle was tried previously by this court. The jury found that life without the possibility of release was more appropriate than the death penalty as to Mr. Ingle. This tape was played at the Ingle trial and selected portions replayed during the Ingle sentencing phase. Mr. Ingle clearly implicated himself in the robbery and murder of Sherman Williams. The tape clearly indicated that Mr. Ingle was an equally culpable co-defendant. A copy of the Ingle indictment and judgment and commitment were also introduced at the Paul sentencing hearing.



244

3. On page of 11 of the special verdict form from the Paul case, the jury was asked to find the following:

> "Do you find from a preponderance of the evidence, any of the following ... (5) That another defendant, Trinity Edward Ingle -- equally culpable -- will not be punished by death.
>
> Number of jurors who so find 0."

4. Considering the substantial amount of evidence that Mr. Ingle, it his own words established his equal culpability and the failure of the government to introduce any evidence at trial or sentencing that indicated Mr. Paul was any more culpable, it would be a serious miscarriage of justice to allow this sentencing to stand considering the jury's vote on this statutory mitigator and failure to weigh it with other mitigators and aggravators. This finding by the jury on the issue of equally culpable co-defendant is so contrary to the evidence that a miscarriage of justice will result.

Wherefore, the defendant prays for a new sentencing or in the alternative, a completely new trial.

Respectfully submitted,
Jeffery William Paul, Defendant

By: ______________________
Lynn Williams #83183

Wood, Smith, Schnipper & Clay
123 Market Street
Hot Springs National Park, Arkansas 71901
(501) 624-1252

Steven D. Oliver, #83138
Bachelor, Newell & Oliver
P.O. Box 1620
Hot Springs National Park, Arkansas 71902

(501) 321-2222

Attorneys for the Defendant

**CERTIFICATE OF SERVICE**

I, Lynn Williams, do hereby certify that I have served a copy of the foregoing motion on Mr. Steve Snyder, Assistant United States Attorney for the Western District of Arkansas, P.O. Box 1524, Fort Smith, Arkansas 72902-1524 by placing same in the United States Mail with sufficient postage prepaid, this 15th day of September, 1997.

Lynn Williams