# United States District Court

*for the District of*

USCA8 No. ____

## NOTICE OF APPEAL

United States of America,

*Plaintiff,*

vs.

Jeffery William Paul

*Defendant.*

Cr 96-60022-001

District Court Docket Number

U. S. DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FILED
SEP 25 1998
CHRIS R. JOHNSON, CLERK
BY: [signature]
DEPUTY CLERK

Jimm Larry Hendren

District Court Judge

Notice is hereby given that Jeffery William Paul appeals to the United States Court of Appeals for the Eighth Circuit from the: ☑ Judgment & Commitment ☑ Order New Trial Denial (Specify) entered in this action on ~~June 25, 1997~~ September 17, 1998

[signature]

Signature of Defendant's Counsel

Lynn Williams

Typed Name of Defendant's Counsel

201 Quail Creek Road

Street Address Room Number

(501) 624-5341

Telephone Number

Hot Springs AR 71901

City State ZIP

9-27-98

Date

## TRANSCRIPT ORDER FORM

TO BE COMPLETED BY ATTORNEY FOR APPELLANT

☑ Please Prepare a transcript of:
- ☐ Pre-trial proceedings
- ☐ Testimony or
- ☐ Portions thereof
- ☐ Sentencing
- ☐ Post Trial Proceedings
- ☐ Other (Specify)

All proceedings

☐ I am not ordering a transcript because:
- ☐ Previously Filed
- ☐ Other (Specify)

### CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon U.S. district Court, court reporter, and all counsel of record, and that satisfactory arrangements for payment of cost of transcripts ordered have been made with the court reporter. (FRAP 10(b)). Method of payment: ☐ Funds, ☑ CJA Form 24 completed and attached.

Attorney's Signature [signature] Date 9-27-98

Note: Complete All Items on Reverse Side

# INFORMATION SHEET

TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1. Defendant's Address: K000057KS
   2501 State Farm Road
   Tucker, AR 72168

2. Date of Verdict: 6-23-98; 6-25-98 Jury ☑ Non-Jury ☐

   Offenses: Murder, First Degree 18 USC 1111(a) & §2
   Use of Firearm in Relation to a Crime of Violence
   18 USC 924(c) + 924(i)(1) + §2

   Trial Testimony - Number of Days: 8 Bail Status: detained

3. Sentence and Date Imposed: 6-25-98; New Trial extended - denied
   9-17-98

4. Appealing: Sentence ☑ Conviction ☑ Both ☑

   Challenging:
   ☐ Application of Sentencing Guidelines
   ☐ Constitutionality of Guidelines
   ☐ Both Application and Constitutionality

5. Date Trial Transcript ordered by Counsel or District Court: 9-21-98

   Stenographer in Charge: Diane Hubbs
   (Name, Address, Phone) P.O. Box 1586
   Fort Smith AR 72902

6. Trial Counsel was: ☑ Appointed ☐ Retained

   Does Defendant's financial status warrant appointment of counsel on appeal?
   ☑ Yes ☐ No

   Affidavit of Financial Status filed: ______

   Is there any reason why trial counsel should ~~not~~ be appointed as counsel on appeal?
   ☐ Yes ☑ No

7. Assistant U.S. Attorney Name and Phone Number: Steve Snyder
   501-783-5125

## Court Reporter Acknowledgment

Date Order Received ______ Estimated Completion Date ______ Est. Number of Pages ______

Court Reporter's Signature ______ Date ______

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the foregoing Appendix to Appellant's Opening Brief by placing a copy of same in Federal Express, 2nd Day Delivery, and addressing it to the following:

Mr. Steven N. Snyder, Esq.
Mr. Mark Webb, Esq.
Assistant U.S. Attorneys
P.O. Box 1524
Fort Smith, Arkansas 72901

This 29th day of July, 1999.

Robert L. McGlasson