IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA PLAINTIFF

v. Civil No. 96-60022-001

JEFFREY WILLIAM PAUL DEFENDANT

**ORDER**

Now on this 9 day of January 2003, comes on for consideration defendant's **Motion for New Trial and To Vacate, Set Aside and Correct Conviction and Death Sentence and for Relief From Judgment pursuant to 28 U.S.C. 2255** (document #271), and the Court, being well and sufficiently advised and pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts, directs that the United States file any response it may have to the Motion by **the close of business on Monday, March 10, 2003.**

**IT IS SO ORDERED.**

JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JAN 09 2003
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

275

AO 72A
(Rev. 8/82)