U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAR 0 7 2003

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**JEFFREY PAUL,** §
Petitioner, §
§
v. § Criminal No. 96-60022-001
§
§
**UNITED STATES OF AMERICA,** §
Respondent. §

**GOVERNMENT'S REQUEST FOR EXTENSION OF TIME IN WHICH TO RESPOND TO MOTION FOR NEW TRIAL UNDER 28 U.S.C. § 2255**

COMES NOW the United States of America, by and through the United States Attorney for the Western District of Arkansas, and files this request for extension of time in which to file a response to the "Motion for New Trial and to Vacate, Set Aside and Correct Conviction and Death Sentence" pursuant to 28 U.S.C. § 2255 and would show the Court as follows:

Paul's § 2255 motion was filed on December 17, 2002, and on January 9, 2003, the Court ordered that the government's response be filed by March 10, 2003. The need for an extension of time arises as a consequence of (1) the undersigned's administrative and other responsibilities as Chief of the Capital Case Unit at the Department of Justice, including those pertaining to the scheduled execution on March 18, 2003, of Louis Jones, and (2) the extensive motion (344 pages) and number of grounds for relief (27) raised by Jeffrey William Paul. The undersigned attempted to confer with Mr. Robert McGlasson, counsel for Paul, but was informed that he would be unavailable until approximately March 12, 2003, due to the death of his father.

276

Wherefore, premises considered, the government respectfully requests an additional 30 days up to and including April 9, 2003, in which to respond to Paul's "Motion for New Trial and to Vacate, Set Aside and Correct Conviction and Death Sentence."

Respectfully submitted,
Thomas C. Gean
United States Attorney
Western District of Arkansas

STEVEN N. SNYDER
WILLIAM M. CROMWELL
Assistant U.S. Attorneys
Western District of Arkansas

Margaret P. Griffey
MARGARET P. GRIFFEY
Chief
Capital Case Unit
Criminal Division
U.S. Department of Justice
Room 6140, Patrick Henry Bldg.
601 D Street N.W.
Washington, D.C. 20530
(202) 353-7172

CERTIFICATE OF SERVICE

I, HEREBY CERTIFY that a copy of the motion for extension of time was mailed to Paul's counsel at the following addresses:

Robert L. McGlasson
Attorney at Law
Federal Defender Program, Inc.
100 Peachtree St. NW, Suite 200
Atlanta, Georgia 30303

Date: March 6, 2003

Margaret P. Griffey
Margaret P. Griffey
Attorney
Department of Justice
Washington, D.C. 20530
Tel: (202) 353-7172