**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **Civil No. 96-60022-001**

**JEFFREY WILLIAM PAUL** **DEFENDANT**

**ORDER**

Now on this 10 day of March 2003, comes on for consideration defendant's **Motion for New Trial and To Vacate, Set Aside and Correct Conviction and Death Sentence and for Relief From Judgment pursuant to 28 U.S.C. 2255** (document #271), and the Court, being well and sufficiently advised that on January 9, 2003, the United States was directed to file any response it may have to the Motion by the close of business on Monday, March 10, 2003 and being further advised that on March 7, 2003, the United States moved for a thirty (30) day extension until April 9, 2003, finds that good cause has been shown for the granting of the government's Motion for Extension (document #276) and the same is hereby **GRANTED.**

**Accordingly, the United States is hereby granted until the close of business on Wednesday, April 9, 2003 to respond to the defendant's Motion for New Trial (document #271).**

**IT IS SO ORDERED.**

**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAR 10 2003

CHRIS R. JOHNSON, CLERK

BY DEPUTY CLERK

AO 72A
(Rev. 8/82)

2
7
7