U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

APR 0 9 2003

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

---

| | | |
|---|---|---|
| **JEFFREY PAUL,** Petitioner, | § | |
| | § | |
| | § | |
| v. | § | Criminal No. 96-60022-001 |
| | § | |
| | § | |
| **UNITED STATES OF AMERICA,** | § | |
| Respondent. | § | |

---

**GOVERNMENT'S REQUEST FOR ADDITIONAL EXTENSION OF TIME IN WHICH TO RESPOND TO MOTION FOR NEW TRIAL UNDER 28 U.S.C. § 2255**

---

COMES NOW the United States of America, by and through the United States Attorney for the Western District of Arkansas, and files this request for extension of time in which to file a response to Petitioner's "Motion for New Trial and to Vacate, Set Aside and Correct Conviction and Death Sentence" pursuant to 28 U.S.C. § 2255 and would show the Court as follows:

Paul's § 2255 motion was filed on December 17, 2002, and on January 9, 2003, the Court ordered that the Government's response be filed by March 10, 2003. On March 10, 2003, the Court granted the Government's request for an extension of time to April 9, 2003. The original request for extension of time was based on (1) the undersigned counsel's administrative and other responsibilities as Chief of the Capital Case Unit (CCU) at the Department of Justice, including those pertaining to the scheduled execution on March 18, 2003, of Louis Jones, and (2) the extensive motion (344 pages) and number of grounds for relief (27) raised by Jeffrey William Paul.

Due to exigencies beyond her control, the undersigned counsel regrets that she must ask

278

for one more extension of time. The undersigned anticipated that she would be able to finalize the Government's response between March 18, 2003, the date of Louis Jones's execution, and the requested deadline of April 9, 2003. Unfortunately, at the conclusion of that period, the undersigned was forced by illness to be absent from work and then had to address unexpected workload precipitated by the loss of two CCU attorneys to terrorism-based assignments. The undersigned recognizes the deleterious effects of delay and would not request an additional extension of time if it were not absolutely necessary. She has restructured various assignments within the CCU to assure that the Government's response will be complete on or before May 9, 2003. The undersigned has conferred with Mr. Robert McGlasson, counsel for Paul, who does not oppose this extension of time.

Wherefore, premises considered, the Government respectfully requests an additional 30 days up to and including May 8, 2003, in which to respond to Paul's "Motion for New Trial and to Vacate, Set Aside and Correct Conviction and Death Sentence."

Respectfully submitted,
Thomas C. Gean
United States Attorney
Western District of Arkansas

STEVEN N. SNYDER
WILLIAM M. CROMWELL
Assistant U.S. Attorneys
Western District of Arkansas

Margaret P. Griffey /GXK

MARGARET P. GRIFFEY
Chief, Capital Case Unit
Criminal Division
U.S. Department of Justice
Room 6140, Patrick Henry Bldg.
601 D Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-7172

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the request for additional extension of time was mailed to Paul's counsel at the following address:

Robert L. McGlasson
Attorney at Law
Federal Defender Program, Inc.
100 Peachtree St. NW, Suite 200
Atlanta, Georgia 30303

Date: April 8, 2003

Margaret P. Griffey /GXU

Margaret P. Griffey
Attorney
Department of Justice
Washington, D.C. 20530
Tel: (202) 353-7172