**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **Civil No. 96-60022-001**

**JEFFREY WILLIAM PAUL** **DEFENDANT**

**ORDER**

Now on this 9 day of March 2003, comes on for consideration defendant's **Motion for New Trial and To Vacate, Set Aside and Correct Conviction and Death Sentence and for Relief From Judgment pursuant to 28 U.S.C. 2255** (document #271), and the Court, being well and sufficiently advised, finds:

1. That on January 9, 2003, the United States was directed to file any response it may have to the Motion by the close of business on Monday, March 10, 2003.

2. That on March 7, 2003, the United States moved for a thirty (30) day extension until April 9, 2003 to file its response and the Court granted the same.

3. That on April 9, 2003, the United States has again moved for a thirty (30) day extension until May 8, 2003 to file its response.

4. That the petitioner understandably has no objection to the United States' second motion for extension.

5. That While the Court has examined the motion and does believe, under the particular facts and circumstances alleged, that good cause has been shown for a second extension, **the Court hereby places counsel for the United States on notice that it does not plan to entertain any further request for extension in connection with**

AO 72A
(Rev. 8/82)

279

this particular response.

IT IS HEREBY ORDERED that the Motion be, and it hereby is, granted and the United States hereby directed to file its response, if any, to the defendant's Motion for New Trial (document #271) by the close of business on May 8, 2003.

IT IS SO ORDERED.

JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE



U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

APR 09 2003

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK