U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
APR 29 2003
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | | |
|---|---|---|
| **JEFFREY PAUL,** Petitioner, | § § § | |
| v. | § | Criminal No. 96-60022-001 |
| **UNITED STATES OF AMERICA,** Respondent. | § § § § | |

**GOVERNMENT'S MOTION TO UNSEAL DEFENDANT PAUL'S EX PARTE PRE-TRIAL MOTIONS AND THE ORDERS PERTAINING THERETO.**

COMES NOW the United States of America, by and through the United States Attorney for the Western District of Arkansas, and files this motion to unseal defendant Paul's ex parte pre-trial motions and the orders pertaining thereto in the instant case. In support thereof, the Government would respectfully show the following:

The Government urgently needs access to the ex parte pre-trial motions, the reports of mental health experts, magistrate's findings and recommendations, and the orders of the Court filed under seal in order to respond to several of the bases for relief raised by Paul in his motion under 18 U.S.C. § 2255 for new trial and to vacate, set aside and correct conviction and death sentence. These motions, reports, findings and recommendations, and orders bear upon Paul's claim that he received ineffective assistance of trial counsel. In particular, Paul alleges counsel did not adequately pursue evidence of his incompetence to stand trial or adequately present the issue to the trial court. In addition, Paul alleges that he was in fact incompetent to stand trial and that there existed facts within the Court's knowledge which should have required the Court to

28

conduct a mid-trial competency determination.

From the conduct of pre-trial activity, including Paul's access to mental health experts, and the pattern of filings and orders, it is apparent that many, if not the majority, of these pre-trial motions pertained to requests for mental health evaluations relating to purported concerns about Paul's competency. Clearly, the requests, perceptions and evaluations reflected in the documents filed under seal provide the best indicia both of counsel's diligence in pursuing Paul's incompetency and of information relating to Paul's mental status at the time of his trial. By his allegations, Paul has waived any privilege or interest that he may have originally had in preventing access to this information.

Wherefore, premises considered, the United States respectfully requests that the Court unseal all sealed pre-trial documents, including all pre-trial motions filed by Paul, any findings and recommendations of the magistrate pertaining thereto, the reports of mental health experts, and the orders of the Court.

Respectfully submitted,

Thomas C. Gean
United States Attorney
Western District of Arkansas

STEVEN N. SNYDER
WILLIAM M. CROMWELL
Assistant U.S. Attorneys
Western District of Arkansas

Margaret P. Griffey

MARGARET P. GRIFFEY
Chief, Capital Case Unit
Criminal Division
U.S. Department of Justice
Room 6140, Patrick Henry Bldg.

601 D Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-7172

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the Government's Motion to Unseal Defendant Paul's Ex Parte Pre-trial Motions and the Orders Pertaining Thereto was mailed to Paul's counsel at the following address:

Robert L. McGlasson
Attorney at Law
Federal Defender Program, Inc.
100 Peachtree St. NW, Suite 200
Atlanta, Georgia 30303

Date: April 28, 2003

Margaret P. Griffey

Margaret P. Griffey
Attorney
Department of Justice
Washington, D.C. 20530
Tel: (202) 353-7172