**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

v. Civil No. 96-60022-001

**JEFFREY WILLIAM PAUL** **DEFENDANT**

**ORDER**

Now on this 8 day of May 2003, comes on for consideration defendant's **Motion for New Trial and To Vacate, Set Aside and Correct Conviction and Death Sentence and for Relief From Judgment pursuant to 28 U.S.C. 2255** (document #271), and the Court, being well and sufficiently advised and acting *sua sponte*, finds that the government's time to respond to this Motion should be, and it hereby is, extended to the close of business on Monday, June 2, 2003.

**IT IS SO ORDERED.**

**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
MAY 08 2003
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

AO 72A
(Rev. 8/82)

281