IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA PLAINTIFF

v. Civil No. 96-60022-001

JEFFREY WILLIAM PAUL DEFENDANT

ORDER

Now on this 13 day of May 2003, comes on for consideration defendant's **Motion for Discovery** (document #274), and the Court, being well and sufficiently advised on this date that counsel for the government is including the government's response to this Motion for Discovery in its response to defendant's Motion for New Trial and To Vacate, Set Aside, and Correct Conviction and Death Sentence and For Relief from Judgment pursuant to 28 U.S.C. §2255, finds that the Motion for Discovery should be, and it hereby is, **taken under advisement** until June 2, 2003, the date the government's response is due.

Being further advised, the Court also takes under advisement the government's Motion to Unseal Defendant's Ex Parte Pre-Trial Motions and Orders Pertaining Thereto (document #280) until the Court can consider the request in the context of the Motion for Discovery and Motion for New Trial.

**IT IS SO ORDERED.**

JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
MAY 13 2003
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

282

AO 72A
(Rev. 8/82)