# AFFIDAVIT

Comes now TOM ROSS, and after being duly sworn states:

1. I am Tom Ross.

2. I am a retired Special Agent with the Federal Bureau of Investigation.

3. In 1995, I was assigned to work in the Hot Springs, Arkansas Resident Agency of the Little Rock Field Office.

4. In 1995, I was assigned to investigate the homicide of Sherman Williams that occurred in Hot Springs National Park, Hot Springs, Arkansas, on June 22, 1995.

5. On June 24, 1995, Jeffrey William Paul (Paul) had a conversation with Gary Kris Rogers (Rogers). During that conversation, Paul explained his involvement in the murder, as well as that of his partner, Trinity Ingle (Ingle).

6. Rogers subsequently told Crystal Gail Davis (Davis) what Paul had related to him on June 24, concerning the murder.

7. Davis became upset after hearing about the murder and called the Garland County Sheriff's Office on July 4, 1995, to report the information.

8. An investigator with the Sheriff's office contacted me and advised me of the information received from Davis.

9. Based on information provided by Davis, I located and interviewed Rogers and obtained a statement concerning Paul's involvement in the murder of Sherman Williams.

10. Paul and Ingle were subsequently indicted and tried for the murder of Sherman Williams. Ingle was found guilty of capital murder and was sentenced to life imprisonment without the possibility of release on June 5, 1997.

11. Paul was found guilty of capital murder and was sentenced to death on June 25, 1997.

12. On or about August 12, 1997, I contacted AUSA Steven N. Snyder (Snyder) to seek approval for the payment of funds to Davis and Rogers.

13. Payment to Davis was requested because she furnished information that led to the convictions of Paul and Ingle. Davis was not a witness at either trial.

14. On October 9, 1997, Davis signed a receipt acknowledging payment of $500 from the FBI.

15. Payment to Rogers was requested because he furnished information that identified two murder subjects. Rogers also testified before two grand juries and at two trials.

16. On September 25, 1997, Rogers signed a receipt acknowledging payment of $1500 from the FBI.

17. Payments to Davis and Rogers were made by the FBI out of official government funds. Davis and Rogers were the only individuals that received payments from the FBI in relation to this case.

18. At no time, prior to, or during the trial, were Davis or Rogers paid any money by the FBI.

19. At no time, prior to, or during the trial, were Davis or Rogers told they would receive money at the conclusion of their testimony, or the trial itself.

20. The decision to make payments to Davis and Rogers was made after consultation with the United States Attorney's Office, Western District of Arkansas, approximately six weeks after Paul was sentenced.

21. It is standard FBI practice not to discuss the possibility of an award with witnesses, or potential witnesses prior to or during trial. The conduct in this case was consistent with that practice.

TOM ROSS

**ACKNOWLEDGMENT**

Subscribed to and sworn before me, Linda J. Creekmore, a notary public in and for Sebastian County, Arkansas, on this 27 day of May, 2003.

Linda J. Creekmore
Notary Public

My Commission Expires:

June 30, 2004