U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

SEP 26 2003

CHRIS R. JOHNSON, CLERK
BY Dale Barnes
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA PLAINTIFF

V. NO. 96-60022-001

JEFFERY PAUL DEFENDANT

NOTICE

Please take notice that the above styled case is scheduled for a HEARING ON DEFENDANT'S MOTION FOR LEAVE TO CONDUCT DISCOVERY and MOTION TO RECONSIDER AND PLAINTIFF'S MOTION TO UNSEAL on THURSDAY, OCTOBER 30, 2003, at 8:30 A.M. in the United States Courthouse & Federal Building, 35 East Mountain, Room 509, Fayetteville, Arkansas. PLEASE NOTE THIS IS A HOT SPRINGS CASE BEING HEARD IN THE FAYETTEVILLE DIVISION BY AGREEMENT OF THE PARTIES. THE DEFENDANT WAIVES HIS ATTENDANCE AT THIS HEARING.

Dated this 26 day of September, 2003.

AT THE DIRECTION OF THE COURT

CHRISTOPHER R. JOHNSON, CLERK

By: Dale Barnes
Deputy Clerk

To: All Counsel of Record

cc: U.S. Marshal
U.S. Probation
U.S. Clerk - Richard Willis

289