U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

NOV 10 2003

CHRIS R. JOHNSON, CLERK
BY [signature]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA PLAINTIFF

V. NO. 96-60022-001

JEFFERY PAUL DEFENDANT

NOTICE

Please take notice that the above styled case is RESCHEDULED for a HEARING ON DEFENDANT'S MOTION FOR LEAVE TO CONDUCT DISCOVERY and MOTION TO RECONSIDER and PLAINTIFF'S MOTION TO UNSEAL on FRIDAY, NOVEMBER 21, 2003, at 8:30 A.M. in the United States Courthouse & Federal Building, 35 East Mountain, Room 509, Fayetteville, Arkansas. PLEASE NOTE THIS IS A HOT SPRINGS CASE BEING HEARD IN THE FAYETTEVILLE DIVISION BY AGREEMENT OF THE PARTIES. **THE DEFENDANT WAIVES HIS ATTENDANCE AT THIS HEARING.**

Dated this 10 day of November, 2003.

AT THE DIRECTION OF THE COURT
CHRISTOPHER R. JOHNSON, CLERK
By: [signature]
Deputy Clerk

To: All Counsel of Record

cc: U.S. Marshal
U.S. Probation
U.S. Clerk - Richard Willis

29