IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS

Hot Springs DIVISION
(at Fayetteville)

MINUTES

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
NOV 21 2003
CHRIS R. JOHNSON, CLERK
BY [signature]
DEPUTY CLERK

USA
Plaintiff

Atty: Margaret Griffey
Steve Snyder

JUDGE: Hon. Jimm Larry Hendren
REPORTER: Theresa Sawyer
CLERK: Anne Spellman

Jeffery William Paul
Defendant

Case No. 96-60022-001

Atty: Robert McGlasson
Dean O'Brien

DATE: Nov. 21, 2003

ACTION: Motion Hearing

| Time | |
|---|---|
| 8:30 | Court convenes. |
| | Statements to Court by Mr. McGlasson |
| | re: motion to conduct Discovery |
| | Response by Ms. Griffey |
| | Reply by Mr. McGlasson |
| | Sur Reply by Ms. Griffey |
| | Statements to Court by Mr. O'Brien |
| | re: more complete court record; question of Paul's |
| | mental competency to proceed; Mr. Paul's |
| | rights; physical evidence (i.e., duct tape); Records |
| | from Dept. of Interior + access to BOP files |
| | Response by Ms. Griffey. |
| | Mr. McGlasson's statements to court |
| | re: DOJ U.S. atty's files; Treasury Dept files; |
| | U.S. Marshalls files |
| | Response by Ms. Griffey. |
| | Mr. O'Brien's statements re: atty/Client issue |
| | recess |
| 11:10 | reconvene |
| | Deft's motion for Court order for |
| | mental health experts into Penitentiary to |
| | evaluate Mr. Paul's re: Competency. |

291

Date: 11/21/03

Case No.: 96-60022-001

Time:

Response by Ms. Griffey
Reply by Mr. O'Brien
Govt's Motion to Unseal, Ex parte Motions + Orders.
Court takes discovery matters under advisement.
Court will make ruling at a later date on govt's motion to unseal.
Govt's counsel withdraws from Courtroom.
Deft's ex parte motion (filed under seal)
Court to rule on motion by first of next week.

11:35 Court adjourned.