UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
POST OFFICE BOX 3487
FAYETTEVILLE, ARKANSAS 72702

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
DEC 04 2003
CHRIS R. JOHNSON, CLERK
BY [signature]
DEPUTY CLERK

JIMM LARRY HENDREN
CHIEF JUDGE

December 4, 2003

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
Mr. Jeffrey William Paul
P.O. Box 33
Terre Haute, Indiana 47808

RE: United States of America v. Jeffrey William Paul
Criminal No. 96-60022-001

Mr. Paul:

This acknowledges my receipt of your handwritten, undated letter which was received by the U.S. Clerk's office in Hot Springs, Arkansas, on this date, December 4, 2003. As so received, your letter was in an envelope which was addressed to me apparently in your handwriting. The envelope, with your letter enclosed had been processed for mailing by the U.S. Penitentiary on November 25, 2003. The Clerk in Hot Springs immediately faxed copies of your letter and envelope to me and I received them early this afternoon.

There is presently pending before me your petition for writ of habeas corpus with respect to which you are represented by two appointed lawyers. The United States opposes the petition and, of course, is represented by lawyers also.

It does not appear that you provided copies of your letter to either your own lawyers or to the lawyers representing the United States. Inasmuch as your letter indicates your desire to stop or abandon legal proceedings on your behalf, I am obliged to provide copies of your letter to all the lawyers involved before giving attention to it. Accordingly, by copy of this letter, I am forwarding to your lawyers and to the lawyers representing the United States by facsimile -- followed by hard copies via U.S. mail -- copies of both your letter and the envelope in which it arrived. I do this so that all counsel will have the same materials that I have with respect to the matter.

You may know that your lawyers previously requested -- and were granted -- permission by the Court to have two (2) doctors (Dr. Froming and Dr. Halleck) meet with you for the purpose of conducting a mental health assessment. In light of the contents of your letter, you are advised that I will be requesting your lawyers

294

to postpone any such meetings with these doctors until further notice from the Court. I will make this request by separate letter to them, with copy to you.

By copy of this letter, I ask all lawyers involved to advise the Court that they have received this communication -- and copies of your letter and envelope -- immediately. I also ask that, if any lawyer concerned desires to comment on the matter, he or she do so in writing and provide it to the Court, with copies to all other lawyers involved, by the close of business on Friday, December 12, 2003.

You, Mr. Paul, and the lawyers concerned are advised that the Court will take no further action with respect to your letter until after Friday, December 12, 2003.

Respectfully,

Jimm Larry Hendren

/jlh

Enclosures as stated

cc: Mr. Steve Snyder
Ms. Margaret Griffey
Mr. Robert McGlasson
Mr. Sean O'Brien

M

I, Jeffery William Paul,

Do hereby declare that I understand myself to be incarcerated on Federal Death row awaiting outcome of my appellate claims asking for relief from a sentence of death. I would ask the court for me to be declared competent to waive further appeals hindering the imposition of this sentence upon me. As, though it is painful to me, I do know that I am guilty of the crime which resulted in Mr. Williams (Sherman) untimely and unnatural death. Please know I regret the pain caused by my robbing, kicking and incapacitating Mr. Williams. Both for him, and his family. Please consider my appeals dropped.

Sincerely,

Jeff Paul 10-5-2002

Jeffery W. Paul

Jeffery Paul 10512042
P.O. BOX 33
TERRE HAUTE, INDIANA 47808

TERRE HAUTE IN 478
PM
26 NOV 2003

U.S. Postal Service!

Honorable Jimm larry Hendren
U.S. District Court
U.S. Court house
Hot Springs Ar
71901

U.S. Penitentiary
Terre [illegible]
Date PROCESSED NOV 2 5 2003

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.