IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA PLAINTIFF

v. Civil No. 96-60022-001

JEFFREY WILLIAM PAUL DEFENDANT

# ORDER

Now on this 20 day of January 2004, comes on for consideration the government's request, through the letter of Steven S. Snyder, dated December 12, 2003, to respond to defendant's **Notice of Defendant's Withdrawal of Uncounseled Expression of His Desire to Waive His Appeal.** The Court hereby orders the government to respond to defendant's above mentioned pleading by Wednesday, January 28, 2004.

**IT IS SO ORDERED.**

JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JAN 20 2004
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

295