EXHIBIT A

County of Union

State of Arkansas

Declaration of Donald R. Williams

1. My name is Don Williams. I am over the age of eighteen and am competent to provide the information contained in this declaration, based upon personal knowledge.

2. I am currently an investigator working for the Arkansas Public Defender Commission. Previously I was employed by the United States District Court for the Western District of Arkansas as Chief United States Probation Officer. I worked with and was a friend to Assistant U.S. Attorneys Steve Snyder and Mark Webb. I also knew Jeff Paul's defense attorneys, Steve Oliver and Lynn Williams.

3. Long after Mr. Paul's trial was over, I spoke with Lynn Williams about Mr. Paul's case. One of the things we talked about was something that happened in between the trial of Trinity Ingle, Paul's co-defendant, and the trial of Jeff Paul. Williams told me about how Janet Reno's DOJ death penalty committee had voted to remove the death penalty from Jeff Paul's case since his co-defendant (Ingle) had just received a life sentence from the jury. I was aware of this fact because I had heard about it from lawyers and court staff when I was working for the Western District as the Chief of Probation.

4. Mr. Williams also told me that just after he had received word that the DOJ committee had voted unanimously to take the death penalty off the table, Judge Hendren held a conference with he and Steve Snyder, who was one of the AUSA's working on the Paul case.

5. Mr. Williams said that during this conference, Judge Hendren was very upset with the committee's decision. He said Judge Hendren stated that he did not think the committee had the authority to do that – and that he, Judge Hendren, was the only person who had the authority to de-certify the case. Mr. Williams also told me that during this conference Judge Hendren made clear that if he had the power he was not going to let Jeff Paul avoid facing the death penalty.

Under penalty of perjury the foregoing is true and correct to the best of my information and belief.

This 21st day of February, 2004.

Donald R. Williams

Donald R. Williams