**UNITED STATES DISTRICT COURT**

WESTERN DISTRICT OF ARKANSAS
POST OFFICE BOX 3487
FAYETTEVILLE, ARKANSAS 72702

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
MAY 28 2004
CHRIS R. JOHNSON, CLERK
BY Connie Lest
DEPUTY CLERK

JIMM LARRY HENDREN
CHIEF JUDGE

May 28, 2004

Mr. Jeffery W. Paul
Reg. #10517-042
U.S.P. Terre Haute
P. O. Box 33
Terre Haute, IN 47808-0033

Re: Your Letter of May 13, 2004
96-60022

Mr. Paul:

Your one-page, type-written letter of May 13, 2004, together with the one-page, hand-written addendum thereto dated May 14, were both received by the U.S. Clerk's Office on May 24, 2004, and by me here in my Chambers on May 26, 2004.

Since you are represented by appointed counsel and have a matter pending before me, I am sending copies of your letter to your lawyers and to the United States Attorney involved with your case. Those copies are being sent under cover of a copy of this letter to you.

I have noted the contents of your letter and will consider them as you request.

It is anticipated that I will be issuing one or more orders in your ~~case within the next two weeks~~.

Respectfully,

Jimm Larry Hendren

JLH/abs

cc: Mr. Robert L. McGlasson
Mr. Sean D. O'Brien
Ms. Margaret Griffey
Mr. Steve Snyder
U.S. Clerk ✓

3

Judge JIMM LARRY HENDREN,

Your honor,I Jeffery William Paul,currently have an appeal before you.I was convicted of Aiding and Abetting murder ¶see:case NO.98-3497,U.S.A VS. Jeffery William Paul.I am being represented by attorneys Robert l.McGlasson and Sean O,Brian.

My case is at the 2255;Habeas Corpus stage at the moment.And I would now ' in light of the supreme court decision on Banks vs. Dretke U.S. no.02-8286 decided 2/24/04 .Move that the court consider this as it applies to my appeal. In specific,,the prosecutorial misconduct,actual innocense ,and coercion elements noted in the text by my ~~ytyyyyytyp~~ attorneys.

Filed via. certified letter

In the U.S. federal court,Western District of Arkansas

May,13 2004 Jeffery W. Paul Reg.no.10517-042

U.S.P terre haute

P.O Box 33

Terre Haute,IN.

47808-0033

MAY 26 2004

addendum:

May 14, 2004
Re. U.S.A. Vs.
Jeffery W. Paul

The honorable Jimm larry Hendren,

I would like to add this to my typed letter. In the event that you do not consider Banks vs. Dretke applicable to my case. and compelling post conviction relief via a New trial or vacated guilty verdict. I do not wish to proceed to the 8th circuit and would ask for an execution date to be set. Please consider this a motion to expediate the ruling.

Sincerely,
Jeffery W. Paul.

MAY 26 [illegible]