UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
POST OFFICE BOX 3487
FAYETTEVILLE, ARKANSAS 72702

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JUL 19 2004
CHRIS R. JOHNSON, CLERK
DEPUTY CLERK

July 19, 2004

JIMM LARRY HENDREN
CHIEF JUDGE

Mr. Steve Snyder
Assistant U.S. Attorney
P. O. Box 1524
Fort Smith, AR 72902

Ms. Margaret P. Griffey
U.S. Dept. of Justice
Room 6140, Patrick Henry Bldg.
601 D Street, N.W.
Washington, D.C. 20530

Mr. Robert L. McGlasson
Federal Defender Program
100 Peachtree Street, Ste. 200
Decatur, GA 30303

Mr. Sean D. O'Brien
Attorney at Law
305 East 63rd St.
Kansas City, MO 64113

Re: *USA v. Paul;* Letters from Jeffery Paul received July 14 and July 15, 2004

Dear Madam and Sirs:

Enclosed to each of you are copies of two letters received in the Court's chambers on July 14, 2004 (post-marked July 12, 2004) and July 15, 2004 (post-marked July 13, 2004). It does not appear that Mr. Paul provided copies of his letters to his counsel.

In light of what has gone before in this case, it appears to the Court that a hearing on Mr. Paul's request may be in order.

I ask that you immediately advise the Court of your positions on Mr. Paul's latest correspondence to the Court. I would appreciate it if you will respond on or before Monday, July 26, ~~2004.~~

Respectfully,

Jimm Larry Hendren

Enclosures as stated

cc: U. S. Clerk

Mr. Jeffery Paul