U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JUL 1 9 2004
CHRIS R. JOHNSON, CLERK
DEPUTY CLERK
RECEIVED
JUL 14 2004

United States District Court
Western District of Arkansas

Judge Jimm Larry Hendren.

Your Honor, I, Jeffery William Paul. Currently have a petition for writ of Habeas Corpus pursuant to 28 U.S.C. § 2255 ("2255 Motion") before the Court.

Recently; you responded to a letter sent by myself on May 13, 2004. With an order denying a motion of discovery filed by my appellate counsel Robert L. McGlasson. w/ At this point, as stated in the order you sent. The court has a valid confession by myself in writing. As well as documented statements to John LaVoie, FBI agent, and testimony from several witnesses who testified at the trial provided for me. All of this material sums up the case which you rendered a guilty verdict on at its conclusion and sentenced me to death by lethal injection at the suggestion of an approved jury.

-e, IN. 47808

Though there has been much confusion in my mind for awhile now. And the contents of the evidence and letters you referenced are not on hand for myself. It is apparent to me that the guilty verdict and sentence has been upheld through the direct appeal stage. (see, U.S. v. Paul 217 F.3d 989 (8th Cir. 2000) And to date, the guilty verdict and sentence stand.

Of this date, I would request that I be declared competent to waive //.

petition before you now. And proceed with the sentence handed down by the court in conjunction with the American Medical Association's procedures that I am under the impression have been approved by the ~~Bureau~~ B.O.P and Congress.

Sincerely,
Jeffery William Paul
10517.042
P.O. Box 33
U.S.P. Terre Haute, IN
47808

Jeffery Paul
NAME
10517-042
REG. NO.
UNITED STATES PENITENTIARY
P.O. BOX 33
TERRE HAUTE, INDIANA 47808

Legal Mail




Judge Jimm larry Hendren
Western District of Arkansas
P.O. Box 3487
Fayetteville, Arkansas
72702

72702+3487