RECEIVED
JUL 15 2004
U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JUL 19 2004
CHRIS R. JOHNSON, CLERK
DEPUTY CLERK

Your Honor,

I, Jeffery William Paul Wald like to clarify my letter of 7.9.04. In the case of United States -vs- Jeffery William Paul. Case No. 98-3497. I believe I have been misguided and or, blatantly decieved as to the nature of the case against me. After the conviction in your court, a direct appeal was filed pursuant to 18 U.S.C. § 3595. This was filed by attorneys Robert L. McGlasson and Steven D. Oliver. The appeal was subsequently denied by yourself as well as the 8th circuit court of appeals.

following this. another lengthy document was filed by attorney's McGlasson and newly appointed, Sean O'Brien. It was titled, United States of America V. Jeffery William Paul. Criminal No. 96-60022-001. Motion for a new trial and to vacate set aside and correct conviction and death sentence, and for relief from judgement, made pursuant to 28 U.S.C. § 2255 and rule 33 of the federal rules of criminal procedure.

This document which numbers over 200pgs. long and covers a litany of issues. was presented to myself (same for the direct appeal) as a way to adjust the sentence and secure a release from prison. This presentation was given to myself by counsel who accordi

to what seemed to be routine and legitimate procedure, were appointed by the court.

I do believe at this point. That I have literally been kidnapped by the system and have no reliable source to aquire answers needed to remedy an unbearable situation. I look at the law books, listen to others discuss the filings and play. But still achieve no real definition of what is going on.

I, was infact sentenced to death. I felt compelled externally to demand that sentence. As I felt during so many events I've experienced (externally compelled) No one would choose to appropriate a living death such as this for themselves. And I don't know what reward or pleasure all who led me to this recieved in return. But I object. And am moving to the court that the sentence, as described to myself, be carried out. I have experienced a supernatural amount of punishment since being moved to this death row unit. And concede that the sentence rendered against myself, seems to have stood and you are unwilling to adjust it.

Respectfully,
Jeffery William Pa

Jeffery Paul
NAME
10517-042
REG. NO.
UNITED STATES PENITENTIARY
P.O. BOX 33
TERRE HAUTE, INDIANA 47808

legal Mail




Jimm larry Hendren chief Judge
United States District Court
Western District of Arkansas
Post office Box 3487
Fayetteville, Ar.
72702

72702+3487