IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JUL 22 2004
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 6: 96-CR60022-001 |
| | ) | |
| JEFFERY WILLIAM PAUL, | ) | |
| | ) | |
| Petitioner. | ) | |

**MOTION FOR ADDITIONAL TIME WITHIN WHICH TO RESPOND TO THE COURT'S LETTER OF JULY 19, 2004**

COMES NOW Sean D. O'Brien, counsel for Jeffery Paul, and moves this Court for additional time within which to respond to the Court's letter of July 19, 2004. For his motion, counsel states:

1. Counsel on July 21, 2004, received this Court's letter of July 19, 2004, calling counsel's attention to *pro se* correspondence from Mr. Paul to the Court which were received in chambers on July 14 and 15, 2004. The Court requests that counsel respond to Mr. Paul's *pro se* letters on or before July 26, 2004.

2. Mr. Paul's letter received by this Court on July 15, 2004, appears to request that his sentence be carried out, and appears to attribute this desire to external coercion, conditions of confinement which he describes as "a supernatural amount of punishment," and an inability to achieve any "real definition of what is going on." The nature, form and gravity of the request raise substantial issues.

3. Immediately upon receiving the Court's letter, Mr. O'Brien attempted to contact co-

3

5

counsel, Mr. Robert McGlasson, to confer about the matter. Counsel spoke with Mr. McGlasson briefly as he was boarding the plane en route to Washington, D.C. for a meeting at the Administrative Office of the United States Courts. July 21, and learned that he is engaged in the Washington, D.C. area at administrative and training meetings through July 26. Thereafter, Mr. McGlasson has prearranged vacation plans to rendevous with his family for the remainder of that week. Mr. McGlasson will therefore be unavailable to confer with Mr. O'Brien or Mr. Paul until he returns on August 2, 2004.

4. Mr. O'Brien and Mr. McGlasson have scheduled a meeting with Mr. Paul at the United States Penitentiary in Terra Haute, Indiana, at the first mutually available opportunity, which is August 5, 2004. Mr. McGlasson has a petition for a writ of certiorari due in the United States Supreme Court on August 2, 2004, which he will be working on during his trip to Washington, D.C., and during his vacation. Mr. O'Brien is scheduled to appear in court in Kansas City, Missouri, at 10:30 a.m. on August 4, 2004. And O'Brien also has a post-hearing brief due August 4, 2004, in the State of Arizona v. Ramon Martinez-Villareal, Santa Cruz Superior Court No. 4641-A, a first degree murder case, on August 4, 2004. Therefore, August 5, 2004, represents the first opportunity for Mr. Paul to confer with counsel in regard to the Court's letter.

5. Contemporaneously herewith Mr. O'Brien is requesting authorization for travel expenses to visit with Mr. Paul.

6. After visiting with Mr. Paul on Thursday, August 5, counsel could confer and draft a response to the Court's July 19 letter on Friday, August 6 and deliver it to the Court by the close of business on Monday, August 9, 2004.

7. Counsel respectfully suggests that it would be in the best interests of all parties and

the Court to permit counsel to confer in person with Mr. Paul prior to advising the Court with respect to this weighty matter.

8. Counsel has attempted to contact Ms. Margaret Griffey to determine whether the government has any opposition to this request, and is awaiting a response.

WHEREFORE, for the foregoing reasons, counsel for Mr. Paul respectfully request that the Court extend the time within which to reply to the Court's letter of July 19, 2004, to on or before August 9, 2004, and to grant such further relief as the Court deems appropriate.

Respectfully submitted,

ROBERT L. MCGLASSON
Federal Defender Program, Inc.
100 Peachtree St. NW, Suite 200
Atlanta, GA 30303
404-688-7530

SEAN D. O'BRIEN, MO Bar #30116
305 E. 63rd Street
Kansas City, MO 64113
816-363-2795

Attorneys for Jeffrey Paul

**CERTIFICATE OF SERVICE**

I, Sean D. O'Brien, do hereby certify that a true and correct copy of the foregoing Motion has been served upon counsel for respondent on this 22nd day of July, 2004, by sending a copy of same via facsimile transmission and U.S. mail to:

Ms. Margaret P. Griffey
U.S. Department of Justice
Rm 6140
Patrick Henry Building
601 D Street N.W.
Washington, D.C. 20530
fax # 202/353-5779

Mr. Steve Snyder
Assistant U.S. Attorney
P O Box 1524
Fort Smith, AR 72901
fax # 479-783-7876

Sean D. O'Brien
Counsel for Jeffrey Paul