IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA PLAINTIFF

v. Civil No. 96-60022-001

JEFFREY WILLIAM PAUL DEFENDANT

**ORDER**

Now on this 27 day of July 2004, the above referenced matter is set for a hearing on Friday, August, 6, 2004 at 2:00 p.m., central standard time, via video teleconference. The following parties will be participating in the video teleconference in Terre Haute, Indiana: Jeffrey William Paul, Robert L. McGlasson, and Sean D. O'Brien. The following parties will be participating in the video teleconference in Fayetteville, Arkansas: Judge Jimm Larry Hendren, and Steve Snyder.

IT IS SO ORDERED.

JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUL 27 2004

CHRIS R. JOHNSON, CLERK

BY Connie Jest
DEPUTY CLERK



3

9