IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
Hot Springs DIVISION

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
AUG 0 6 2004
CHRIS R. JOHNSON, CLERK
BY Dail Dainer
DEPUTY CLERK

CLERK'S MINUTES

United States of America
Plaintiff
Atty Steve Snyder

JUDGE: Jimm Larry Hendren
REPORTER: Theresa Sawyer
CLERK: Dail Dainer

CASE NO. 96-60022-001

Jeffery William Paul
Defendant
Atty Robert McGlasson
Sean O'Brien

DATE: August 6, 2004

ACTION: Motion/Status Hearing

| Time | |
|---|---|
| 3:11 | Court convenes |
| | Counsel for the government appears in person |
| | Defendant and counsel appear by video conference |
| | Defendant sworn. |
| | Court denies motion to disqualify attorneys for govt. |
| | Court denies motion to stay proceedings |
| | Court defers ruling on ex parte motions. |
| | Court denies motion to disqualify Judge Hendren. |
| | Court questions defendant. |
| | Court directs transcript of proceedings be produced. |
| 4:50 | Court adjourned. |

316