**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION**

**UNITED STATES OF AMERICA** — **PLAINTIFF**

**v.** — **Civil No. 96-60022-001**

**JEFFREY WILLIAM PAUL** — **DEFENDANT**

**ORDER**

Now on this 6 day of August 2004, a hearing was held in the above referenced matter via video teleconference. As discussed during the hearing, this Court has ordered both a transcript and a video to be produced of the video teleconference hearing. Upon completion, a copy of the transcript and video will be made available to all parties as soon as possible. Further, within ten (10) days of their receipt of the transcript and video, this Court invites the parties to submit briefs to the Court on the issues of whether Jeffrey William Paul is competent to waive his petition for writ of habeas corpus and is competent to request that his death sentence be carried out.

**IT IS SO ORDERED.**

**JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**

U. S. DISTRICT COURT
WESTERN DISTRICT [illegible]SAS
FILED
AUG 09 2004
CHRIS R. JOHNSON, CLERK
BY Connie Test
DEPUTY CLERK

317