**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **Criminal No. 96-60022-001**

**JEFFREY WILLIAM PAUL** **DEFENDANT**

**ORDER**

NOW on this 31st day of January, 2005, comes on for consideration the **Government's Motion To Unseal Defendant Paul's Ex Parte Pre-Trial Motions And The Orders Pertaining Thereto** (document #280) and the Court, pursuant to its **Memorandum Opinion And Order** entered contemporaneously herewith on this date, finds and orders that the same should be, and hereby is, **denied** as being moot.

IT IS SO ORDERED.

JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JAN 3 1 2005

CHRIS R. JOHNSON, CLERK

BY Connie Test
DEPUTY CLERK

AO 72A
(Rev. 8/82)

325