**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **Criminal No. 96-60022-001**

**JEFFREY WILLIAM PAUL** **DEFENDANT**

**ORDER**

NOW on this 31st day of January, 2005, comes on for consideration petitioner's **Motion To Terminate Proceedings Relating To Attempted Waiver Of Appeal** (document #319) and the Court, pursuant to its **Memorandum Opinion And Order** entered contemporaneously herewith on this date, finds and orders that the same should be, and hereby is, **granted**.

IT IS SO ORDERED.

JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JAN 31 2005
CHRIS R. JOHNSON, CLERK
BY Connie Les
DEPUTY CLERK

328