ORIGINAL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent,** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL NO. 96-60022-001** |
| | ) | |
| **JEFFERY WILLIAM PAUL,** | ) | |
| | ) | |
| **Petitioner.** | ) | |

# EXHIBITS IN SUPPORT OF PETIONER'S MOTION TO RECONSIDER MEMORANDUM AND ORDERS, OR IN THE ALTERNATIVE TO VACATE, SET ASIDE OR CORRECT MEMORANDUM AND ORDER DENYING RELIEF PURSUANT TO RULE 59(E) AND RULE 60(B)

**ROBERT L. MCGLASSON**
Federal Defender Program, Inc.
100 Peachtree St. NW, Suite 1700
Atlanta, GA 30303
404-688-7530

**SEAN D. O'BRIEN**, MO Bar #30116
305 E. 63rd Street
Kansas City, MO 64113
816-363-2795

Attorneys for Petitioner

## Table of Contents

| Exhibit No. | Description |
|---|---|
| 1. | **Zack Dryden**, an artist who was a childhood friend of Petitioner's; |
| 2. | **Tena Frances**, a mitigation specialist who was engaged by trial counsel but not allowed to finish her investigation; |
| 3. | **Dr. Seymour Halleck**, a psychiatrist who has consulted with counsel and spoken with Petitioner; |
| 4. | **Trinity Ingle**, Petitioner's co-defendant, who shot Sherman Williams in spite of Mr. Paul's attempt to prevent the killing, and threatened to kill Mr. Paul; |
| 5. | **Richard McCaslin**, a close friend of Jeff's during childhood and at the time of trial; |
| 6. | **Heather Miller**, former girlfriend of Jason Paul and a close friend of Jeff's during childhood and at the time of trial; |
| 7. | **Hubert Massey**, Jeff's maternal grandfather; |
| 8. | **James Massey**, Jeff's maternal uncle; |
| 9. | **Martha Massey**, Jeff's maternal grandmother; |
| 10. | **Paula Paul**, Petitioner's mother who testified at trial but was not asked about many important aspects of Jeff's background and mental |

health history;

11. **Michael Roberson,** a Garland County Deputy Sheriff who knew Jeff as a child and lived in the Paul household for brief periods of time;

12. **Dr. Anthony Semone**, a psychologist for the defense at trial who did not testify but provided information regarding Mr. Paul's mental competence to stand trial;

13. **Susie Teague**, the mother of Sarah Bankhead and Heather Miller who had substantial contact with Jeff.