U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
MAR 2 2 2005
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | | |
|---|---|---|
| **JEFFREY PAUL,**<br>Petitioner, | §<br>§<br>§ | |
| v. | § | Criminal No. 96-60022-001 |
| | §<br>§ | |
| **UNITED STATES OF AMERICA,**<br>Respondent. | §<br>§ | |

**GOVERNMENT'S REQUEST FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PETITIONER'S "MOTION TO RECONSIDER MEMORANDUM AND ORDERS, OR IN THE ALTERNATIVE TO VACATE, SET ASIDE OR CORRECT MEMORANDUM AND ORDER DENYING RELIEF PURSUANT TO RULE 59(E) AND RULE 60(B)."**

COMES NOW the United States of America, by and through the United States Attorney for the Western District of Arkansas, and files this request for extension of time in which to file a response to Jeffery Paul's "motion to reconsider memorandum and orders, or in the alternative to vacate, set aside or correct memorandum and order denying relief pursuant to Rule 59(e) and Rule 60(b)" (hereinafter "Rule 59(e) motion) and would show the Court as follows:

On January 31, 2005, the Court entered an Order denying Paul motion for relief under 28 U.S.C. § 2255 and a Memorandum Opinion and Order in which it set forth the legal and factual bases for denying relief. On January 14, 2004, the Court docketed Paul's Rule 59(e) motion. Under Local Rule 7.2, the government had 11 days from the receipt of Paul's motion on February 16, 2005, or until February 27, 2005, in which to file its opposition to the motion. The undersigned counsel respectfully requests an extension of time to allow the filing of the government's response to Paul's Rule 59(e) motion.

33

In late February, 2005, the workload of the Capital Case Unit, the United States Department of Justice, was particularly heavy. In addition to providing assistance to federal capital prosecutions nationwide, the Capital Case Unit attorneys provide the extensive analysis and review of all death-penalty eligible offenses that underlie the Department's review and the Attorney General's decisions whether to seek the death penalty in each instance. In the relevant time frame in which it was incumbent upon the undersigned to respond to Paul's Rule 59(e) motion, the Capital Case Unit was handling an unusually large influx of cases for review with a staff of five attorneys. (Fully staffed, the Capital Case Unit includes 8 attorney positions.) Two of the five attorneys were away from the office assisting on-going capital trials. Recognizing that the government was not required to respond to the Rule 59(e) motion, and being of the view that the bases for the motion and the substance of the accompanying affidavits were without import for the conclusions of the Court in its Memorandum Opinion and Order, the undersigned initially chose not to respond to Paul's motion and focus on other pressing matters pending in the Capital Case Unit. By email, the undersigned inquired of Mr. Robert McGlasson, counsel for Paul, whether he opposed the extension of time requested by the government. Mr. McGlasson has not responded.

Wherefore, premises considered, the Government respectfully requests an extension of time up to and including the date on which the motion for extension of time and the accompanying response to Paul's Rule 59(e) motion, mailed on March 18, 2005, are received by the Court, in which to file its response to Paul's"Motion to Reconsider Memorandum and Orders, or in the alternative to Vacate, Set Aside or Correct Memorandum and Order Denying Relief Pursuant to Rule 59(e) and Rule 60(b)"

Respectfully submitted,

ROBERT C. BALFE
United States Attorney
Western District of Arkansas

STEVEN N. SNYDER
WILLIAM M. CROMWELL
Assistant U.S. Attorneys
Western District of Arkansas

MARGARET P. GRIFFEY
Chief, Capital Case Unit
Criminal Division
U.S. Department of Justice
1331 F. St. NW
Room 337
Washington, D.C. 20530
Tel: (202) 353-7172

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the "Government's Request for Extension of Time in Which to Respond to Petitioner's 'Motion to Reconsider Memorandum and Orders, or in the Alternative to Vacate, Set Aside or Correct Memorandum and Order Denying Relief Pursuant to Rule 59(e) and Rule 60(b)'" was mailed to Paul's counsel at the following addresses:

Robert L. McGlasson
Attorney at Law
Federal Defender Program, Inc.
100 Peachtree St. NW, Suite 200
Atlanta, Georgia 30303

Sean D. O'Brien
305 E. 63rd Street
Kansas City, MO 64113

Date: March 18, 2005

Margaret P. Griffey
Attorney
Department of Justice
Washington, D.C. 20530
Tel: (202) 353-7172