IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**UNITED STATES OF AMERICA** **PLAINTIFF**

v. Civil No. 96-60022-001

**JEFFREY WILLIAM PAUL** **DEFENDANT**

**ORDER**

Currently before the Court is the Government's Request for Extension of Time in which to Respond to Petitioner's Motion to Reconsider (Doc. 330). Upon due consideration, the Government's request is GRANTED and the response filed on March 22, 2005, will be considered timely filed.

**IT IS SO ORDERED.**

**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**

April 11, 2005

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

APR 1 1 2005

CHRIS R. JOHNSON, CLERK

BY Connie Test
DEPUTY CLERK

332