IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JEFFREY WILLIAM PAUL PETITIONER

v. Criminal No. 6:96CR60022-001

UNITED STATES OF AMERICA RESPONDENT

**O R D E R**

Now on this 27 day of June, 2005, comes on to be considered **Petitioner's Motion to Reconsider Memorandum and Orders, or in the Alternative, to Vacate Set Aside or Correct Memorandum and Order Denying Relief Pursuant to Rule 59(e) and Rule 60(b) (Doc. 329)** and the **Government's Response (Doc. 331.)**

In a 93-page Memorandum Opinion and Order, the Court thoroughly addressed and rejected the multitude of claims asserted by petitioner in his 340-page 28 U.S.C. § 2255 motion. The arguments and supporting affidavits submitted by petitioner in support of his current motion to reconsider or vacate raise issues that were previously addressed by the Court in one way or another and they do not alter the Court's conclusions. Accordingly, **Petitioner's Motion to Reconsider Memorandum and Orders, or in the Alternative, to Vacate Set Aside or Correct Memorandum and Order Denying Relief Pursuant to Rule 59(e) and Rule 60(b) (Doc. 329)** is **DENIED.**

IT IS SO ORDERED.

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JUN 2005
CHRIS R. JOHNSON, CLERK
BY Connie Test
DEPUTY CLERK

JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev. 8/82)

333