**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent,** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL NO. 96-60022-001** |
| | ) | |
| **JEFFERY WILLIAM PAUL,** | ) | |
| | ) | |
| **Petitioner.** | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that Petitioner, Jeffrey William Paul, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Memorandum Opinion and Order Denying Petitioner's Motion For New Trial, entered January 31, 2005, denying, without a hearing, habeas corpus relief pursuant to 28 U.S.C. § 2255; the Order Denying Discovery entered June 21, 2004; the Order Denying Petitioner's Motion to Disqualify Judge Hendren entered on February 26, 2004; the Order Denying Petitioner's Motion to Proceed Ex Parte On Request For Access to Mr. Paul and for Funds to Investigate entered January 31, 2005; the Court's oral ruling of August 6, 2004, denying Mr. Paul's renewed motion to disqualify Judge Hendren; The Court's oral ruling of August 6, 2004, denying Mr. Paul's Motion to Disqualify the United States Attorney; and the Order Denying Petitioner's Motion to Reconsider Memorandum and Orders, or in the Alternative, to Vacate Set Aside or Correct

Memorandum and Order Denying Relief Pursuant to Rule 59(e) and Rule 60(b) entered June 27, 2005.

Respectfully submitted,

ROBERT L. MCGLASSON
Ga. Bar #492638
Federal Defender Program, Inc.
100 Peachtree St. NW, Suite 200
Atlanta, Georgia 30303
(404) 688-7530

SEAN D. O'BRIEN, Mo. Bar #30116
305 E. 63rd Street
Kansas City, Missouri 64113
(816) 363-2795

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of defendant's Notice of Appeal by placing a copy of same in the U.S. mail, with proper postage affixed thereto, and addressing it to the following:

The Office of the United States Attorney
for the Western District of Arkansas
Assistant U.S. Attorneys
P.O. Box 1524
Fort Smith, Arkansas 72901

Ms. Margaret P. Griffey, Esq.
Chief, Capital Case Unit
Criminal Division
U.S. Department of Justice
Room 6140, Patrick Henry Bldg.
601 D. Street, N.W.
Washington, D.C. 20530

This 23rd day of August, 2005.

Sean D. O'Brien