UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
POST OFFICE BOX 1547
FORT SMITH, ARKANSAS 72902
(479) 783-6833 FAX (479) 783-6308

**CHRISTOPHER R. JOHNSON**
CLERK

P.O. BOX 1566
EL DORADO, AR 71730

P.O. BOX 2746
TEXARKANA, AR 75504

P.O. BOX 6420
FAYETTEVILLE, AR 72702

P.O. DRAWER 6486
HOT SPRINGS, AR 71901

August 24, 2005

Mr. Robert L. McGlasson
Federal Defender Program, Inc.
100 Peachtree Street, Ste 200
Decatur, GA 30303

Mr. Sean D. O'Brien
Attorney at Law
305 East 63rd Street
Kansas City, MO 64113

Mr. Steven D. Oliver
Attorney at Law
P. O. Box 1620
Hot Springs, AR 71902

Mr. T. Lynn Williams
Attorney at Law
201 Quail Creek Road
Hot Springs, AR 71902

Ms. Margaret P. Griffey
Chief, Capital Case Unit - Criminal Unit
U.S. Department of Justice
Room 6140, Patrick Henry Bldg.
601 D. Street, N. W.
Washington, D.C. 20530

Mr. Steven N. Snyder
Mr. William Martin Cromwell
Mr. Tom C. Gean
U.S. Attorney's Office
P. O. Box 1524
Fort Smith, AR 72902

Re: Criminal Case # 6:96CR60022 United States of America vs. Jeffery William Paul

Dear Counsel:

Please find enclosed an appeal packet regarding the Notice of Appeal which was electronically docketed in the Court's CM/ECF system in the above matter on August 24, 2005.

Sincerely,

CHRISTOPHER R. JOHNSON
CLERK OF COURT

By: [signature]
Deputy Clerk

enclosure

cc: Honorable Jimm Larry Hendren, Chief, U.S. District Judge
Ms. Theresa Sawyer, Court Reporter
file