**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**JEFFREY WILLIAM PAUL** **PETITIONER**

**v. Civil No. 96-60022-001**

**UNITED STATES OF AMERICA** **RESPONDENT**

**ORDER**

NOW on this 2nd day of September, 2005, comes on for consideration petitioner's **Second Renewed Motion to Disqualify the Honorable Jimm Larry Hendren** (document #337).

The Court, being well and sufficiently advised, and noting that the arguments made in petitioner’s motion are identical to the arguments asserted in prior pleadings, finds that, for the reasons previously stated, the motion should be, and it hereby is, **denied.**

IT IS SO ORDERED.

/S/JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE