UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

96CR60022

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
SEP 06 2005
CHRIS R. JOHNSON, CLERK
BY DEPUTY CLERK

No. 05-3431WAHS

| | | |
|---|---|---|
| Jeffery William Paul, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| vs. | * | District Court for the |
| | * | Western District of Arkansas |
| United States, | * | |
| | * | |
| Appellee. | * | |

This case is remanded to the district court for consideration in light of Tiedeman v. Benson, 122 F.3d 518 (8th Cir. 1997), with directions that if granted, the certificate of appealability specify the issue or issues that are to be considered on appeal.

(5491-010199)

September 6, 2005

Order Entered under Rule 27B(a)

Clerk, U.S. Court of Appeals, Eighth Circuit.