**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent, | § | |
| | § | |
| v. | § | Criminal No. 6:96-cr-60022 |
| | § | |
| JEFFREY WILLIAM PAUL, | § | |
| | § | |
| Petitioner. | § | |

**RESPONDENT'S MOTION TO APPEAR *PRO HAC VICE***

Now comes the United States of America, Respondent in the above-captioned matter, and files this Motion to Appear *Pro Hac Vice*.

Respondent respectfully requests that this Court permit the appearance *pro hac vice* of the undersigned attorney, J. Richard Broughton, as co-counsel of record (along with Assistant United States Attorneys Steven N. Snyder and William M. Cromwell) in the above-captioned matter, pursuant to Rule 83.5(d) of the Local Rules of this Court.

The undersigned is an attorney in the Capital Case Unit of the United States Department of Justice, Criminal Division. He is admitted to practice in, and is a member in good standing of, the courts of Texas and New Jersey, by the authority of the highest court in those jurisdictions; the United States Court of Appeals for the Fourth Circuit; the United States Court of Appeals for the Fifth Circuit; and the United States District Court for the Northern District of Texas, Southern District of Texas, Eastern District of Texas, and Western District of Texas, and the District of New Jersey.

Wherefore, premises considered, Respondent respectfully asks that this Court GRANT its

motion to allow the undersigned, J. Richard Broughton, to appear *pro hac vice*.

Respectfully submitted,

THOMAS C. GEAN
United States Attorney
Western District of Arkansas

STEVEN N. SNYDER
WILLIAM M. CROMWELL
Assistant United States Attorneys
Western District of Arkansas

MARGARET P. GRIFFEY
Chief, Capital Case Unit
United States Department of Justice

____________________________

J. RICHARD BROUGHTON
Attorney, Capital Case Unit
United States Department of Justice
Criminal Division
1331 F Street, NW
Washington, D.C. 20530
(202) 616-8347
(202) 353-9779 (FAX)
Richard.broughton@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that, on September 16, 2005, a true and correct copy of this **Motion to Appear *Pro Hac Vice*** has been served via this Court's electronic case management system, pursuant to Local Rules 5.1 and 5.2 and General Order No. 37, upon the following counsel for Petitioner:

Robert L. McGlasson
Federal Public Defender Program, Inc.
100 Peachtree Street, NW, Suite 200
Atlanta, Georgia 30303

Sean Dennis O'Brien
Public Interest Litigation Clinic
305 E. 63rd Street
Kansas City, Missouri 64113.

____________________________

J. RICHARD BROUGHTON
Attorney, Capital Case Unit
United States Department of Justice
Criminal Division
1331 F Street, NW
Washington, D.C. 20530
(202) 616-8347
(202) 353-9779 (FAX)
Richard.broughton@usdoj.gov