**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**JEFFREY WILLIAM PAUL** **PETITIONER**

**v. Civil No. 96-60022-001**

**UNITED STATES OF AMERICA** **RESPONDENT**

**ORDER**

NOW on this 21st day of September, 2005, comes on for consideration **Respondent's Motion to Appear *Pro Hac Vice*** (document #342), and the Court, being well and sufficiently advised, finds that the motion should be, and it hereby is, **granted** and that **J. Richard Broughton** is permitted to appear in this matter on behalf of the United States of America.

IT IS SO ORDERED.

/S/JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE