**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**POST OFFICE BOX 6406**
**HOT SPRINGS, ARKANSAS 72902**
**(501) 623-6411**

**CHRISTOPHER R. JOHNSON**
**Clerk**

**October 26, 2005**

Mr. Michael E. Gans
Clerk, U. S. Court of Appeals
for the Eighth Circuit
Thomas Eagleton Court House
Room 24.329, 111 S. Tenth Street
St. Louis, MO 63102

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
OCT 26 2005
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

Re: Criminal Case No. 6:96CR60022 USA vs. Jeffery William Paul

Dear Mr. Gans:

Enclosed please find two copies of the order filed October 26, 2005, denying the petitioner's Application for Certificate of Appealability. I also enclose for your convenience two updated certified clerk's docket sheets. Please note that two certified copies of orders, # 323, 322,299,333,301,326 and two copies of the transcript of the teleconference held on 8/6/04 along with the NOA supplement form and Notice of Appeal in the above matter were mailed to your office on August 25, 2005 and have not been returned to this office at this time.

Yours very truly,

CHRISTOPHER R. JOHNSON, CLERK

By [signature]
Deputy Clerk

Enclosures

cc: Mr. Robert L. McGlasson
Mr. Sean D. O'Brien
Mr. Steven D. Oliver
Mr. T. Lynn Williams
Ms. Margaret P. Griffey
Mr. Richard Broughton
Mr. Steven N. Snyder
Mr. William Martin Cromwell