UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

96-60022

No. 05-3431WAHS

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
DEC 2 7 2005
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

Jeffery W. Paul, *
*
Appellant, *
* Appeal from the United States
v. * District Court for the
* Western District of Missouri
United States of America, *
*
Appellee. *

The motion to authorize access to appellant Jeffrey William Paul by qualified mental health experts is granted in part.

Payment in an amount not to exceed $10,000 at the rate of $250 per hour is authorized for Dr. Seymour Halleck for the purpose of a psychiatric examination of Mr. Paul.

Authorization for payment of Dr. Karen Froming of up to $10,000 is denied.

The Bureau of Prisons is directed to provide access to Appellant by Dr. Seymour Halleck.

December 23, 2005

Order Entered at the Direction of the Court:

Clerk, U.S. Court of Appeals, Eighth Circuit