UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
APR 0 4 2006
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

No. 05-3431WA 6:96CR60022

Jeffrey William Paul, *
*
Appellant, *
* Appeal from the United States
vs. * District Court for the
* Western District of Arkansas
United States of America, *
*
Appellee. *

Appellant's motion for authorization under the Criminal Justice Act for funds for a neuropsychological evaluation to be conducted by psychologist Dr. Karen Froming has been considered and is denied.

April 4, 2006

Order Entered at the Direction of the Court:

Clerk, U.S. Court of Appeals, Eighth Circuit