UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No. 05-3431WA

6:96CR60022

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
MAY 0 1 2006
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

Jeffery William Paul, *
*
Appellant, *
* Appeal from the United States
vs. * District Court for the
* Western District of Arkansas
United States of America, *
*
Appellee. *

Appellant's motion for the releease of his prison records to his attorneys has been considered by the Court and is hereby denied.

April 28, 2006

Order Entered at the Direction of the Court:

Clerk, U.S. Court of Appeals, Eighth Circuit