UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No. 05-3431WA

96-60022

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAY 15 2006

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

| | | |
|---|---|---|
| Jeffery William Paul, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| vs. | * | District Court for the |
| | * | Western District of Arkansas |
| United States of America, | * | |
| | * | |
| Appellee. | * | |

Appellant's motion for an extension of time in which to file the report of mental examination has been considered by the Court and is granted to June 8, 2006. It is also directed that a substantive pleading be filed at the same time as the report.

May 12, 2006

Order Entered at the Direction of the Court:

Clerk, U.S. Court of Appeals, Eighth Circuit