**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

**No: 05-3431**

**Jeffery William Paul,**

**Appellant**

**v.**

**United States of America,**

**Appellee**

---

Appeal from U.S. District Court for the Western District of Arkansas - Hot Springs
(6:96-cr-60022)

---

**ORDER**

A certificate of appealability is hereby granted regarding the following issues:

1. Whether trial counsel were ineffective for failing to investigate and present evidence of Appellant's mental, medical and physical history?

2. Whether trial counsel were ineffective for failing to investigate and assert Appellant's incompetence to stand trial?

3. Whether Appellant has a constitutional right to competence during federal habeas corpus proceedings and, if so, whether that constitutional right was violated?

The request for a certificate of appealability on the remaining issues is denied.

January 25, 2007

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans