# TRANSMITTAL SHEET

TO: Clerk, USCA Eighth Circuit Date: 2/16/07

FROM: Clerk, District Court WD/AR Hot Springs Division
(District & City)

Appeal No: 05-3431

District Court No: Criminal Case 6:96cr-60022

Case Style: USA vs. Jeffery William Paul

**TRANSMITTED HEREWITH:**

_X_ Original Files 3Volumes (Volumes 7, 8 & 9)
(Volume)

____ Designated Clerk's Record
(In Triplicate)

____ Transcript ________
(Vol & Date)

________
(Vol & Date)

________

____ Depositions ________
(Name)

________
(Name)

____ Exhibits

____ Presentence Report
(In Triplicate)

____ Addendum to PSR
(In Triplicate)

____ Statement of Reasons
(In Triplicate)

| Plaintiffs | Defendants | Joint |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

Comments: ________

*******************************************************************************

## USCA EIGHTH CIRCUIT ACKNOWLEDGMENT

Receipt:

Returned to District Court

Date: ________

By: ________

By: ________