# TRANSMITTAL SHEET

TO: Clerk, USCA Eighth Circuit

Date: 2/16/07

FROM: Clerk, District Court WD/AR Hot Springs Division
(District & City)

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
MAR 02 2007
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

Appeal No: 05-3431

District Court No: Criminal Case 6:96cr-60022

Case Style: USA vs. Jeffery William Paul

**TRANSMITTED HEREWITH:**

X Original Files 3Volumes (Volumes 7, 8 & 9)
(Volume)

____ Designated Clerk's Record
(In Triplicate)

____ Transcript ____
(Vol & Date)

____
(Vol & Date)

____

____ Depositions ____
(Name)

____
(Name)

____ Exhibits

RECEIVED
FEB 20 2007
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

____ Presentence Report
(In Triplicate)

____ Addendum to PSR
(In Triplicate)

____ Statement of Reasons
(In Triplicate)

| Plaintiffs | Defendants | Joint |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

Comments: ____

*******************************************************************************

**USCA EIGHTH CIRCUIT ACKNOWLEDGMENT**

Receipt:

By: Scott Currenlod [signature]

Returned to District Court

Date: ____

By: ____