# TRANSMITTAL SHEET

TO: Clerk, USCA Eighth Circuit Date: 7/10/2007

FROM: Clerk, District Court WD/AR Hot Springs Division
(District & City)

Appeal No: 05-3431

District Court No: Criminal Case No. 6:96CR60022-001

Case Style: United States of America vs. Jeffery William Paul

**TRANSMITTED HEREWITH:**

____ Original Files ____________ (Volumes)

____ Designated Clerk's Record (In Triplicate)

X Transcript 5 Volumes Filed Sep 25, 1998 (Vol & Date)

____________ (Vol & Date)

____________ (Vol & Date)

Depositions ____________ (Name)

____________ (Name)

____________ (Name)

____ Exhibits (Gov't Exhibits 1,2 & 3)

____ Presentence Report (In Triplicate)

____ Statement of Reasons (In Triplicate)

| Plaintiffs | Defendants | Joint |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

Comments:

********************************************************************************

**USCA EIGHTH CIRCUIT ACKNOWLEDGMENT**

Receipt:

Returned to District Court

Date: ____________

By: ____________

By: ____________