# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 05-3431

Jeffery William Paul,

Appellant

v.

United States of America,

Appellee

---

Appeal from U.S. District Court for the Western District of Arkansas - Hot Springs
(6:96-cr-60022)

---

**MANDATE**

In accordance with the opinion and judgment of 07/22/2008, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 31, 2008

Clerk, U.S. Court of Appeals, Eighth Circuit