# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

October 5, 2009

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

Re: Jeffery William Paul
v. United States
No. 08-8871
(Your No. 05-3431)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**William K. Suter**, Clerk