U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
Page 2
FEB 0 7 2013
CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

**MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT**
**SENTENCE BY A PERSON IN FEDERAL CUSTODY**

13-6014
JLH

| United States District Court | District 96-60022 |
|---|---|
| Name (under which you were convicted): Jeffery W. Paul | Docket or Case No.: 98-3497 |
| Place of Confinement: USP Terre Haute, IN. | Prisoner No.: 10517042 |
| UNITED STATES OF AMERICA v. | Movant (include name under which you were convicted) Jeffery William Paul |

**MOTION**

1. (a) Name and location of court that entered the judgment of conviction you are challenging: The U.S. District Court of ; Western District of Arkansas

   (b) Criminal docket or case number (if you know): 6:96 CR 60022-001

2. (a) Date of the judgment of conviction (if you know): 6/23/1997

   (b) Date of sentencing: June 24. 1997

3. Length of sentence: Death

4. Nature of crime (all counts): Aiding & Abetting murder 18 USC §1111 & firearm use; 18 US §924

5. (a) What was your plea? (Check one)

   (1) Not guilty ☑ (2) Guilty ☐ (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one) Jury ☑ Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing? Yes ☐ No ☑

8. Did you appeal from the judgment of conviction? Yes ☑ No ☐

9. If you did appeal, answer the following:

(a) Name of court: The 8th Circuit Court of Appeals

(b) Docket or case number (if you know): 05-3431

(c) Result: Not Sure

(d) Date of result (if you know): Not Sure

(e) Citation to the case (if you know): Not Sure

(f) Grounds raised: Actual Innocense; Violation of Equal protection rights; Prosecutorial Misconduct

(g) Did you file a petition for certiorari in the United States Supreme Court? Yes ☑ No ☐

If "Yes," answer the following:

(1) Docket or case number (if you know): Not Sure

(2) Result: Denied review

(3) Date of result (if you know): Not sure

(4) Citation to the case (if you know): Not Sure

(5) Grounds raised: Actual Innocense; Violation of Equal protection rights; Prosecutorial Misconduct

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

Yes ☑ No ☐

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: Western District of Arkansa

(2) Docket or case number (if you know): 98 3497

(3) Date of filing (if you know): Not Sure

(4) Nature of the proceeding: None ; Complaints

(5) Grounds raised: Actual Innocense ; Equal Protection (&) Rape ; Torture ; perjury (&) ineffective assistance ; with respect to Americans W/ Disability Act.

(6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ☐ No ☒

(7) Result: Not Sure

(8) Date of result (if you know): Not Sure

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: Western District

(2) Docket or case number (if you know): 98 3497

(3) Date of filing (if you know): Not Sure

(4) Nature of the proceeding: Not Sure

(5) Grounds raised: Probably Same

(6) Did you receive a hearing where evidence was given on your motion, petition, or application? Yes ☐ No ☒

(7) Result: Not Sure

(8) Date of result (if you know): Not Sure

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition: Yes ☒ No ☐

(2) Second petition: Yes ☐ No ☐

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: ______

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** Actual Innocence; Violation of Equal protection

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): (1.) I did not commit any actionable element of Offense(s) in fact; another person was convicted upon the merits of a credible confession which wholly Exonerates me of every aspect of crime; (3) weeks previous to my trial. (2.) Choosing to argue that lesser culpable defendant; "Allegedly" was equally viable for death penalty was essentially unfair when actual perpetrator; found to have killed victim(s) having a serious criminal record was given life sentence (or) downward departure.

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☒ No ☐

(2) If you did not raise this issue in your direct appeal, explain why: ______

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☒ No ☐

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: Appeal to 8th, § 2255

Name and location of the court where the motion or petition was filed: To 8th Circuit Appeals; Western District

Docket or case number (if you know): 05 3431

Date of the court's decision: Not Sure

Result (attach a copy of the court's opinion or order, if available): Not Sure

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☒ No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☒ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☒ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: The US Supreme Court

Docket or case number (if you know): Not Sure

Date of the court's decision: Not Sure

Result (attach a copy of the court's opinion or order, if available): Not Sure

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Choosing to argue lesser culpable defendant "allegedly" was equally viable for Death Penalty was essentially unfair when actual perpetrator found to have killed victim (&) having a serious criminal record was given life (or) downward departure.

(Prosecutor actually argues that there is no difference between killer (or) 3rd party if party cannot prove they had no mens rea factor)."

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☒ No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☒ No ☐

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: §2255

Name and location of the court where the motion or petition was filed: 8th Circuit Court of Appeal

Docket or case number (if you know): 05 3431

Date of the court's decision: Not Sure

Result (attach a copy of the court's opinion or order, if available): Not Sure

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☒ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☒ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: 8th Circuit Court of Appeals

Docket or case number (if you know): 05 3431

Date of the court's decision: Not Sure

Result (attach a copy of the court's opinion or order, if available): Not Sure

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ______

**GROUND THREE:** Prosecutorial Misconduct

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): Prosecutor used demonstrably false testimony pursuant to conviction of materially untrue allegations of cause of death (&) the witnesses were in conflict of interest; interrupted (&) of spousal (or) other nature which excluded testimony.

(b) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☒ No ☐

(2) If you did not raise this issue in your direct appeal, explain why: ______

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☒ No ☐

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: §2255

Name and location of the court where the motion or petition was filed: 8th Circuit Court of Appeals

Docket or case number (if you know): 05 3431

Date of the court's decision: Not Sure

Result (attach a copy of the court's opinion or order, if available): Not Sure

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☒ No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☒ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☒ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: 8th circuit court of appeals

Docket or case number (if you know): 05 3431

Date of the court's decision: not Sure

Result (attach a copy of the court's opinion or order, if available): Not Sure

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ______

**GROUND FOUR**: ______

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): ______

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☑ No ☐

(2) If you did not raise this issue in your direct appeal, explain why: ______

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☑ No ☐

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: Appeal En Banc

Name and location of the court where the motion or petition was filed: 8th Circuit ; not sure

Docket or case number (if you know): 05.3431

Date of the court's decision: Not Sure

Result (attach a copy of the court's opinion or order, if available): partial reversal No copies / original

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☑ No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☑ No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☑ No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: 8th Circuit Missouri

Docket or case number (if you know): 05-3431

Date of the court's decision: Not Sure

Result (attach a copy of the court's opinion or order, if available): partial reversal No copies / original

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: ______________________________

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: ______________________________

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging? Yes ☐ No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. ______________________________

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: ~~Robert McGlasson (&) Steven oliver~~, Lynn Williams

(b) At arraignment and plea: Lynn Williams

(c) At trial: Robert McGlasson (&) Steven oliver

(d) At sentencing: Robert McGlasson (&) Steven oliver

(e) On appeal: Sean O'Brien (8) ~~Jennifer A. Merrigan~~
Robert Mc Glasson

(f) In any post-conviction proceeding: Sean O'Brien (8) Jennifer A Merrigan

(g) On appeal from any ruling against you in a post-conviction proceeding:
Sean O'Brien (8) Jennifer A. Merrigan

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes ☑ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes ☐ No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: ______

(b) Give the date the other sentence was imposed: ______

(c) Give the length of the other sentence: ______

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future? Yes ☐ No ☑

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.* Petitioner is disabled(ϕ) suffered dilitory procedural default resulting from deprivation (ϕ) torture.

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —

(1) the date on which the judgment of conviction became final;

(2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief: Vacate Conviction (&) Sentence; Restore rights with criminal complaints resulting from injury of wrongful conviction.

or any other relief to which movant may be entitled.

_______________________________
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on 1/17/2013 (month, day, year).

Executed (signed) on ____________________ (date).

Jeffery [signature]
Signature of Movant

If the person signing is not the movant, state relationship to movant and explain why movant is not signing this motion.

_______________________________
_______________________________
_______________________________

W. District of AR.

(pg 1)

Jefferson Paul
10517 042
P.O. Box 33
Terre Haute, IN.
47808

- Legal Notice ($) Request for Assistance in Plain English -

Summary; (IN RE/§2255 Information Package)

Its 2/1/2013 ($) I am only now getting the copies made to return the information to proceed in forma-Pauperis, ($) am not sure all specific; necessary information was included because of my learning disability ($) no access to predictable filing ($) Retrieval systems.

① I am wrongfully Convicted; Actually Innocent ($) Criminally Sentenced; in violation of Equal Protection Rights.

② In addition to appealing a conviction, I attempted to file criminal Complaints resulting from Alienation of Affection; familial ($) Spousal resulting in Rape ($) Bankruptcy, so am currently being charged up to 60% of all income, which leaves me no money for any substantial/essential hygiene (or) personal expenditures.

③ These fees ($) cycles of futility have been ongoing for 15 consecutive years ($) I believe I am being criminally enslaved; Tortured ($) relegated with larcenous objectives.

④ I need the Court to order a Bankruptcy evaluation; (via); Ch. 11; 13; §§ 381-411, 438, (cjs) 3531-3590, 3704, (11) §301 § 50 (2261) cjs.; Bankruptcy Estate § 541 (2491-2558) cjs; §§ 105-109, 111, 113-120, 122-124, 126, 128; to determine debtors legal ($) Equitible interests in property;

⑤ Property is intrapreneurial registration for; ® Clearsystems; A Debt-Consolidation ($) Accounting-Service.; which consists of a

the western District of AR (Pg. 2)

(5) Continued; ... Series of (APL/Algorithmic Program Language) sequencers which create Analysis Resolutions (&) Require (Can require specialty Calculation functions (&) are protected; by: Digital Millennium Copyright Act; 1988, 17 USCA §§ 1301 - 1332 (Abbr.); DMCA; (&) Patent (&) Copyright Sections; Business-Method / Combination Patent Catalogue; see ... State Street Bank (&) Trust Co. V. Signature Fin. group. INC 149 F3d 1368 (Fed cir. 1998); Patents; 26 cjs. Patents §§ 83-84; also; Improvement Patent 9 cjs § 23;

Patents Pending; US Patent (&) Trade Mark Office; Application #61 / 796,740 (filing 371 (c)) Confirmation no. 7361 (11/19/2012) accordingly; 35 § USCA § 112, 113; 119.

Rights Reserved.

(6.) I am in a pattern of debt (&) denial which causes extreme deprivation comparable to; (ie); Torture (et al..) civil Rights violations of Anti trust relevance (&) filing my petition will potentially decrease my income to 80% remittance; so 20% of $2.24 per day; so 44¢ a day, which has been, effectively occurring for 15 years; please stop taking my parents money for care packages, I am really enduring physical (&) mental Anguish (&) believe I could be due restitution in ANY; Good faith review of the complaints, see: Remedial law, 286 (cjs) § 377; Statutes.

(pg. 3)

(7.) My Trial occurred (3) weeks after a Subject / Defendant was convicted of every element of crime; categorically; which wholly exhonerated me (&) should've resulted in my release or reclassification as a non complicit collateral reference during altercation; witness Testimony was perjured (&) coerced in expert drafts of Trial; which was a manifest Injustice; 273. 1(2), 274 (3.1) cjs §§ 365-374, crim. law (&) decision to proceed w/ death penalty after wrongfull conviction; with respect to a lesser culpable allegation (&) criminal record was; malicious, §§ 5, 23-24; 16 cjs.

(8.) Please see; Case no. 98 3497 U.S. v. Paul
on Appeal 05-3431 western District of AR.

(&)
Case no. 97-3443 U.S. v. Ingle
157 F3d 1147 (8th cir 1998); Western District of AR.

(9.) Allow for Indorsement of filing fees upon the merit of the claims (&) Appoint Counsel of Record.

⇔10517-042⇔
Jennifer A Merrigan Attorney (816) 363. 2795
D.P. Litigation Clinic (Ph)
6155 OAK ST
Suite C (816) 363-2799
Kansas CITY, MO 64113 Fax
United States

Sincerely;

Jeffery Paul
10517042
Po-Box 33
Terre Haute, IN.
47808

Signed: [signature]

Jeffery Paul
10517042
P.O. Box 33
Terre Haute, IN
47808

INMATE
IDENTIFICATION
CONFIRMED

RECEIVED
WD/AR
FEB 04 2013
U. S. CLERK'S OFFICE

Media mail

Rate;

C/o Th
U.S.
Wes
U.S.
500
Texa