US District Court W.D. AR

Jeffery Paul
10517042
Box 33
Terre Haute, IN.
47808

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
APR 03 2013
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

Letter;

Subject; Express Notice;

Dear Sirs;

(1) I am currently in my 17th year of captivity ($) believe I am wrongfully convicted ($) don't know how much additional trouble I am in because the Bureau does not allow for trials or answer grievance for years... average ($) I do frequently have Hypertense attacks of frustration resulting explicitly from the following; forcible separation resulting in estrangement ($) rape of my wife; corruptions of blood; by way of larceny ($) obstruction; copyright-infringement ($) Nonfeasance; ineffective assistance of Counsel ($) discrimination from staff.

(2) I do not believe evidence of material fact was allowed to be received with the due process that would receive relevant to my codefendants alibi; the forensic impossibility of premeditation ($) possession of property referenced in aggravating cause; that is in my lawyers office ($) I have been ordering them to file that for 7 consecutive years.

(3) Please order my lawyers to file my claims for habeas Relief under #13.6014 ($) for my civil Rights complaints in which I claim I am being denied access to criminal; victims rights ($) supplies; #13.2048 (civ. Rights).

Sincerely;

Jeffery Paul 10517042

3/27/2013

Geffery Paul
10517042
P.O. Box 33
Terre Haute, IN
47808

INDIANAPOLIS IN 460
28 MAR 2013 PM 3 L

Legal Mail

The Honorable, J. Larry Hendren, (Judge)
U.S. District Court
Western District of Arkansas
Pro Se Office
35 E. Mountain, Suite 510
Fayetteville, AR. 72701

72701535335