US District Court (W/D/AR) (pg. 1)

Jeffery Paul #: 06512042
PO Box 33
Terre Haute, IN

U.S. DISTRICT COURT FOR WESTERN DISTRICT ARKANSAS
FILED
APR 03 2013
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

US. of America
Plaintiff
v.
Jeffery Paul
Defendant

CN. 6. 96 CR 60022

– Motion for Effective assistance –

Comes now the defendant Jeffery Paul; does submit this motion for effective assistance; pursuant to orders pertinant ($) due process; against the US. Attorneys office ($) B.O.P.

(1.) Petitioner requests writ / indorsement, pursuant to: FCR; 18 ch. 228. §3599; financial allotments at Rate; 7,500$ per-order.

(2.) Petitioner Requests Court arrange a conference call with attorney Jennifer A. Merrigan whose office has transcripts ($) supposedly familiarity with particulars in contention; relevant to material evidence for legal innocence at offense category;.

(3.) Certify (or) acknowledge whether that office is competent to proceed as required by points of contention; (1) material evidence to show Trinity was legally insane ($) had the Alibi references I offerred; including affidavits; (2) That he admitted during an attempt to get legal counsel; that he is the perpetrator of the killing; (3) that prosecutor knew that when they recommended death for me ($) refused to acknowledge premise of plea ($) chose to submit out of sequence response ($) speculation for demurrer / alford plea required in downward departure model; (4) that petitioner reported he'd been abused ($) threatened resulting from wifes complaint of coercion ($) enticement to adultery ($) prosecutor refused to acknowledge his responsibility as the cause of my denial of bail; at that time. (5) that petitioner denied foreknowledge of any crime; excluding possession of fire-arm by underaged, former special deputy ($) claimed to be entrapped,

US District Court WD / AR (Pg. 2)

(3.) (§)(6) that prosecuter repeatedly used perjury, of forensics (&) intent of testimony (&) both medical examiner (&) witnesses claimed that by their assertion of fact (&) complaint of that; coercion as such; (7) that petitioners equally culpable defense was applied to Homocide; per sé (&) should've immediately gauranteed a departure by way of jury conviction of Trint; who was found to have explicitly fired all (3) shots; including (two) that struck Victim. (8) that petitioners wife (&) family were given the impression that petitioner would be free to go; upon proving he did not receive property (&) had no plan to use pistol for defense. (9) that petitioners lawyer was given that impression as well (10) that petitioners material evidence proves he actually did not commit crime (&); as unarmed bystander, was defacto; in ~~costructive~~ constructive custody by way of codefendants temper/disturbance.

(4.) Certify (or) acknowledge that office is competent to proceed as required with respect to my civil Rights complaints resulting from violations of conditions (&) nature of captivity; (1) that petitioners wife was told I was dead (&) that being effectively incommunicado was the proximate cause of adultery. (2) that is a Hate Crime (&) Corruption of Blood, (3) That petitioner is financially-insolvent because court refuses to order patent office to release royalty; invoice/assessment of copyrights, which include forms for Ford Motor Co® solvency; a National Security interest, (ie); N (x) Rate (=) Sum (-) N (=) Differential (÷) 3 ; (or) (N x R (=) S (-) N (=) DI (÷) 3 ) ® (4) that petitioners parents are

Bankrupt as a result of communication default (&) torture (&) trustee of Great Grandfathers estate (&) family Trademark;

(4.) (8)(4) failed to re submit that copyright entry when the copyright office (or) "some govt. agency converted from paper to microfiche; 1990 (circa); but that I did ($) that my lawyer is aware ($) repeatedly requested to maintain that claim. (5) that BOP / Bureau of prisons refused to allow for supplemental composition for disabled ($) indigent prisoners resulting in dilitory ($) inconsistant procedural default of legal plea/responses ($) deterioration of personal Hygiene; ($) Health including vision; which is terrifying ($) cruel ($) chronic; predictable. (6) that Equal protection violations have been consistantly allowed to occur, to my detriment more than others similarly situated ($) my innocence is demonstrable with little preparation or inference, (7) that the abstraction of record; which is material evidence, should've excluded my further captivity ($) can be vouched by material evidence; not prosecutorial fiction ($) speculation.

- Done this Day, 3/27/2013 -

Respectfully submitted

[signature] Jeffery Paul
Pro Se; 10517042
P.O. Box 33
Terre Haute, IN 47808