U.S. DC Western District / AR

Jeffery Paul 10512043
P.O. Box 33
Terre Haute, IN.
47808

(Pg. 1)

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
APR 03 2013
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

United States of America
v Plaintiff

Jeffery W. Paul
Defendant

Crim. No. 6:96 CR 60022

- Motion for Estoppel ($) criminal Complaint; to Redact abstraction of Record ($) review Proceedings -

Comes now, the Defendant does submit this motion; prosé for estoppel; relevant to factual history, Jeffery Paul.

(1.) Trinity was convicted of being the perpetrator of the killing ($) Robbery which should've resulted in an automatic departure for petitioner; especially since it was his own confession; that's a fact, evidence excludes conspiracy.

(2.) Prosecutorial Misconduct was found to be relevant to Kris Rogers; Kristin Lapaglia ($) Cindy Wallace, all three of whom stated during phone conversations that they were being threatened ($) misconstrued ($) that further surveillance would show that as fact; Kristin was the former wife of Jeffery Paul ($) Cindy Wallace was the current wife of Jeffery Paul at; on; J. 1997 ($) attempting to avoid being pigeon holed by objective ($) inference to comments she knew to be out of context; (ie) not a confession, but a comment to resolving legal problem after a collateral; shooting incident; which I was witness to ($) Technical Bystander.

(3.) This petitioner is often experiencing physical symptoms of betrayal resulting from reportedly U.S. officials, submitting in Plea / writ the notion that petitioners right to assistance

US DC Western District/AR (pg. 2)

(3.) is not a constitutional right (or) pleadings are not to be construed liberally; (ie); as an allegation of a violation of liberty interests ($) citizenship.

(4.) 17 consecutive years of captivity ($) threat of Death is excessive ($) disproportionate to facts ($) speculation because the prosecutions option for departure; which should be an obligation to remedy-injustice; being denied is cruel ($) unusual punishment.

(5.) I am being stolen from ($) my wife has been raped; ($) I should not have been a equally culpable codefendant; but do not have the money to get the evidence which is material ($) was requested relevant to the coercion ($) surveillance tapes; opposing my financial requests is a prospectus for more obstruction.

(6.) Petitioner is not able to communicate effectively because of prison rules of equipment ($) financial difficulty ($) cannot speak freely because statements of innocence are often construed as fact; although the appellate procedure is pending, causing extreme emotional distress; ($) ~~[illegible]~~ inculpatory abstract comments are; ($) have been used as confessional; despite being materially false ($) directly denied.

(7.) order prosecutor to cease motions to deny due process ($) using materially false abstract ($) proposals that I am renunciating my rights.

Respectfully Submitted

Done this day 3/27/2013

[signature]

PO-Box 33
Terre Haute IN. 47808