The Western District of Arkansas

Jeffery Paul
10517042
P.O. Box 33
Terre Haute, IN.
47808

– Legal Claim (&) form of Demand letter –

Reference; Case closed; 4/15/2013

(1.)

The United States of America
Plaintiff

Case No. 96-60022

v.

Jeffery W. Paul
Defendant

RECEIVED
WB/AR
APR 18 2013
U.S. CLERK'S OFFICE

Dear Sir;

(1) This is an urgent letter, relevant to fundamental due process;

(2.) I don't know how to get a case reopened (&) am suffering disproportionately.

(3.) My codefendant completely exonerates me (&) I need him to sign another affidavit because the (1st) one got lost; (&) I need you to appoint a agent/guard to ensure the prosecution does not obstruct his liberty interest in 13 years, as a result of his claim: because the claim is the same; essentially. as the one interpreted (&) used against him during his trial ... I was a bystander (&) effectively in custody by his disturbance; no premeditation... misdemeanor possession of pistol.

(4.) The prison has proscribed access to copies (&) I still don't have the money from my copyrights for my family (&) have no response from my complaint about marriage violations in Florida! I believe my wife had someone elses baby (&) betrayed pre (&) postnuptial agreements which were made

-Letter-

(2.)

(4.) continued... during 95-96, pendency while petitioner was still under the impression he was a material witness possibility for a departure defense, see... Trinity Ingles, self defense ($) Disturbance by way of exposure ($) threat/(exposure to PCP/LSD)

(5) Petitioner is currently on death Row for 17 yrs. consecutive ($) was not guilty but substantially injured ($) tortured ($) still disabled by learning ($) periodic emotional disability... especially with respect to my wifes rape ($) Bureaus non feasance, with statutory intent of effective assistance ($) access to court clause.

(6.) I had my exoneration evidence; now I do not... that is among family photos, evidence of my wifes adultery ($) possible concealment of pregnancy as well as copyright material relevant to Ford Solvency ($) analysis sequencers for computer modems.

(7.) My Counsel need an investigator ($) paralegal to draft a timeline summary for closure of Torture/Traumatic injury ($) victim rights reform I files as a result of Rape ($) Copyright ($) Deprivation, Inhumane Conditions obstructing my appellate procedure to the last appeal; please note I file dozens of Criminal Complaints ($) evidentiary requests including for State department, IMF/United Nations programs ($) receive no response, period. So I am not being allowed to review the offenses in context; ($) will die childless, Bankrupt (&) penniless while my wife was allowed

Letter (3)

(7.) continued... to fornicate ($) abandon petitioner in defiance of due process ($) precedents of marriage rights; to effectively exclude any posterity for petitioner but a denaturalization / degradation ($) enslavement.; despite the fact that petitioner was a deputy associate of military ($) law enforcement note; innovative - patent ($) copyright author ($) equal-rights ($) solvency proponent who protested to support air-power in Iraq.

Sincerely;

[signature]

Jeffery Paul 10517042
310 cell / C Range
SCU
4/15/2013

Jeffery Paul 06512042
P.O. Box 83
Terre Haute, IN.
47808

INDIANAPOLIS IN 460
16 APR 2013 PM 1 L



INMATE
IDENTIFICATION
CONFIRMED

U.S. District Court, Western District
Of Arkansas, c/o The Clerk
Honorable J.L. Hendren
Pro Se Office
35 E. Mountain Suite 510
Fayetteville, AR. 72701

Legal
Mail

72701535335