In the Western District of Arkansas 4/29/2013 (1.)

96-60022

Jeffery Paul
Plaintiff

Civ. Action; No. 13-2048
($) Habeas; 13. 6014

V.

The United States Government; Bureau of Prisons

(A Capital Case

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
MAY 01 2013
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

Motion for effective Assistance of Counsel

Comes now the Petitioner does submit this motion in the above styled action; for Due process.

(1.) That he is an American with Disability; learning ($) has cause to complain for petition for redress; claiming to be estranged from spouse; wrongfully convicted ($) Sentenced to Death; criminally; ($) exposed to Corruption of Blood, Violation of, T.18; ch. 227; Sentences; FCC$R; §3563.

(2.) That offices of appointed Counsel are inadequate ($) time ($) loss of remedial-action has created an irreconcilable injury to petitioner including but not exclusively; being inconsolably separated from wife, childless ($) enduring the indignity of her adultery ($) the terror of My Governments decision to protect ($) Support that; betrayal; also, reaching critical age without substantial support to reform social options in a manner consistant with traditional spousal values; enduring indignity ($) damage from insufficient medical care ($) suffering psychological effect of being an effectively, estopped/denaturalized citizen both in ($) out of Custody into perpetuity; while so many others are allowed to complain about ($) receive due process of Sentence review; ($) Civil Rights violations.

Jn: The Western District of Arkansas

(2)

Motion for Effective Assistance of Counsel

(3) Pursuant to Ch. 228; 18 §3599 (g)(1) ($) (2) please note; $125 per hour ($) $7.500 for noted submission is statutorily allowed but may not be sufficient ($) is apparently not applicable to petitioners claim of spousal abandonment ($) copyright infringement; although I claim; ($) in fact; the single most disturbing factor of my pretrial incompetence was consecutive anxiety ($) panic attacks resulting from separation/desertion by spouse ($) rumor of adultery.

(4.) Petitioners deprivation also aggravated inability to assist counsel ($) maintain basic hygiene ($) communication necessary for mental health; ($) currently; still has no estate to transfer.

(5.) This petitioner claims to be a innocent technical/Bystander who was initially detained for material witness purposes ($) then misrepresented; tortured ($) victimized by jury-nullification; all of which occurring while wife was being raped.

(6.) Its been since August 22, 1996, since I was arrested ($) June 1997; was the last visit I had with my wife; ($) I grieve daily suffering from emotional instability of being forcibly separated ($) subjected to this indignity ($) criminal, Breach of peace ($) laws. I do not have the money to pay investigation ($) if the court would see; attached quote for filing; often, $7,500 is not enough ($) mental anguish; disability is debilitating so this crime must be resolved.

In The Western District of Arkansas

Motion of Effective Assistance of Counsel (3)

(7.) Petitioner requests order for Robert L. McGlasson; former Counsel to submit / Release information relevant to my complaint of Spousal abandonment (&) Alienation of Affection. relevant to Cindy Linn Wallace; (wife),

(8.) Petitioner requests order for Lynn Williams (&) Steve Oliver to review (&) release any information relevant to my complaint of spousal abandonment (&) Alienation of Affection relevant to Cindy Linn Wallace (wife).

(9.) Robert [redacted] McGlasson can be reached at; plmcglasson@comcast.net

(10.) Lynn Williams (&) Steve Oliver are lawyers in Arkansas; whose contact information is not available to me.

(11.) Petitioner Requests order from Records Public (&) Private relevant to action of Company Regisered as; Clearsystems; (CSS)(12) (&) Re-Registered as, Clearsystems, A Debt Consolidation (&) Accounting Service ®, which is to perform accounting-service obligations for debt consolidation of The Ford Motor Co ®; (via); Partnership liens.

(12.) Not (1) time has this prison effectively responded to the enticement/ seduction of my wife (or) theft of my property (&) repeatedly claim to have no service obligation, despite creating their own policy to expressly obligate staff to respond; I am being exposed to threat; espionage, white slavery (&) peonage (&) have difficulty believing the torment resulting from Government sanctioned Rape is necessarry (or) endorsed by this Court; if Court would simply order attorney of Record to

In The Western District of Arkansas
Motion of Effective Assistance of Counsel (4.)

(12.) Continued;... file with support, complaint to show that petitioners current disability is being aggravated by deprivation ($) psychological torment, ($) that was the complaint during pretrial action in Your Court as well; the indignity ($) intrinsic violations would be blatant ($) relevant ($) result in a justified warrant for her violation of espousals resulting in Sexual Abuse Ch. 109A (T. 18) (B) felony ($) by Mrs. Cindy L. Wallace-Paul. (ie); deception; ($) recovery of necessary property by remedy of copyright claim which is a Moral Right; ($) allow notice of action pursuant to crime victims rights ($) that; vindicating should allow for Ch. 227; T. 18 Appeal to release petitioner as a wrongfully convicted ($) sentenced; victim of Rape ($) Jury nullification; both of which causing critical loss that cannot be remedially satisfied.

Respectfully Submitted

[signature]

Jeffery Paul
10517042
PO Box 33
Terre Haute, IN.
47808

Certificate of Service; I, do hereby submit this motion for U.S. postal service due process to the Western District of Arkansas; 4/29/2013

In The Western District of Arkansas

(1.)

Jeffery Paul
Plaintiff

V.

The United States of America, Defendant

Civ. Action No. 13.2048
($) Habeas 13.6014
(A Capital Case)

Affidavit

Comes now the petitioner does submit this affidavit swearing the following-

(1) On June 22 1995 Petitioner does believe that former associate; ($) spec. deputy; initiated an exigent stop pursuant to; key 42.1 CJS §§ 14, 57-61, 63 ($) consequently engaged in reciprical altercation; which caused subject to be temporarily restrained; subject did not appear to be as old as reported ($) denied knowledge of exigent presence in area; was indignant but free to go; apparently attempted to destabilize Trinity Ingles; (former associate); ($) was shot; fatally.

(2) Trinity fled in subjects car; to avoid immediate threat. The US attorney claims Robbery Motive; Petitioner Denies that car was motive ($) claims car was deserted; as is; ($) would not satisfy future planning byway of performance default; ($) no lucrative businesses (or) other places with money were Robbed; consistent with claim of altercation ($) flight from exigent threat; eyewitnesses confirm both petitioner ($) Trin't were not disguised (or) encumbered by disguises, or any accoutrements consistent with Robbery claim ($) further claims that all of victims property was left at crime scene, excluding car; ($) that the only person in possession of firearm in area

In the Western District of Arkansas

Affidavit



(2) listed in indictment is Trint.

(3.) Petitioner was requested to assist with his alibi ($) did agree to do so; ($) last impression was that he had assured petitioner ($) acting supervisor that he was going to turn his self in ($) plead self defense ($) legal insanity.

(4.) Accordingly; petitioner did report incident to Gary K. Rogers; supervisor/associate deputy; ($) Heather Iacobucci; whose stepfather is Reserve Deputy; but the report was misconstrued because of linguistics ($) failed to qualify as due diligence. (Petitioner claims Gary K. Rogers is insane/tortured ($) misrepresented statement to explicitly inculpate petitioner.) ($) that comment to Heather was not complete; was about entrapment ($) request to contact her stepfather.

(5.) Petitioner denies instigating (or) perpetrating crime; ($) did not receive (or) perpetrate (or) know of any intent to commit incidentals ($) incidentals were post mortem, reactionary ($) reasonably should not constitute motive, especially in that area, as alleged; Robbery motive is preposterous ($) should've been suppressed; no Robbers who had just killed someone to conceal their identity would use subjects distinguished car; ($) no money, carried (or) derived from stolen car would exceed amount supposedly in area businesses staffed by mostly (1) or (2) people; Neither Trinity (or) I had any plan to do anything other than get a ride to the mall from an associate who was scheduled to meet us there later in the day.

In The Western District of Arkansas (7.)

Affidavit

(6.) Petitioner Denies that he has confessed to killing ($) was not attempting to confuse investigation but does acknowledge several individuals believe statements made were inculpatory; but claims that (1.) statements were result of newspaper allegation ($) constitute a denial ($) allegation as follows; I did not strike subject ($) state; but am aware that if Trints plea is aggravated, he may try to transpose guilt to minimize his penalty; but I deny perpetration of killing ($) don't recall robbery pre/post-mortem; I simply did not see wallet retrieved from Body ($) believe subject had his property ($) fleeing in car was justifiable within scope of manslaughter complaint.

Respectfully Submitted

Jeffery Paul W.

Jeffery Paul 10517042
PO Box 33
Terre Haute, IN
47808

Certification of Service; I hereby swear this was sent to Western District of AR.; c/o U.S. Postal Service
4/28/2013

In the western District of Arkansas

Jeffery Paul
Plaintiff
V.
The United States of America Defendant

①.

Civ. Action NO. 13-2048
($) Habeas 13-6014
(A capital Case)

# Affidavit

Comes now the Petitioner Does submit this Affidavit, Swearing the following..

① Petitioner is Represented by Ms. Jennifer A. Merrigan; Public Interest lit. Clinic ($) Sean D. O'Brien.

② Petitioner was Consensually ($) Commonly Married to Ms. Cindy Linn Wallace; in Key West; Fl. Aug. 1995-June 97; ($) she was (1.) 19yrs. old virgin recovering from relationship with former Boyfriend who refused to commit, we exchanged symbolic Jewelry ($) matching scars to symbolize commitment.

③ Petitioner is learning disabled as result of injury ($) am being overly penalized for misdemeanor offense with entrapment ($) actual innocense defense; prison refuses to allow for filing ($) Retrieval supplements as well as medical care necessary for Competence.

④ Petitioners Perception of events is as follows; ① despite agreeing to Cooperate with Prosecutor relevant to trial of former associate who acted as special deputy previously ($) perpetrated a fatal shooting on his own; in disturbance; Prosecutor chose to reject departure ($) Nullified a jury to achieve maximum penalty ($) wrongful conviction byway of perjury relevant to aggravating factors ($) intents.

In The Western District of Arkansas ②

Affidavit

(5.) This resulted in 17 years of captivity; separation ($) estrangement ($) psychological torture by way of futility ($) deprivation in a peonage; consisting of White Slavery; copyright violations ($) mayhem by way of gross dilitory effect of procedural default.

(6.) My lawyers are to file for Determinate Sentence or expidite my right to die ($) I do not renunciate my rights to seek redress of Congressional powers for this malicious injury including the rape ($) betrayal of my most beloved ($) sacred wife but not excluding violation of National Security interests.

(7.) I deny having a genuine felony record previous to this conviction ($) believe that I am being denied 5th amendment rights by omission ($) violation of confrontation clause ($), that I've reached such an age that restoration of my rights ($) liberty, which would be justified; would not satisfy indemnity obligation; I'm simply being tortured; enslaved ($) denied the most fundamental due process of law.

(8.) lawyers are to request plea for departure; which was tacit ($) explicitly referenced; SA/John la Voie FBI; to any downward (or) minor-participation entry (on) remand ($) I agree to plead to violation of Ch 44 T-18 § 930; underage possession of firearm; but claim special circumstance ($) entrapment; No contest; A Class A-Misdemeanor.

Sincerely;

Jeffery Paul W. [signature]

4/29/2013

Certificate of Service; by US-Postal to western District.

Jeffery Paul 10517042
P.O. Box 33
Terre Haute; IN. 47808

Attachment


# LAW OFFICES OF ROBERT E. YOUNG

This side

Santa Barbara Office
7127 Hollister Ave, Suite 25A-332
Santa Barbara, CA 93117-2317
Phone (805) 968-1814 Fax (805) 968-1814
lawofficesrey@gmail.com

***California State and Federal law practice. Law firm with attorneys and criminal law specialist with over one hundred years of combined experience, including a former Assistant U.S. Attorney, publisher of California Resource Manual (1994), "For The Prisoner" Newsletter, and involved in over forty-eight (48) combined published cases, on the cutting edge of criminal law, appellate law, parole law, civil rights and prisoner rights litigation. Expertise in AEDPA, ADA, PLRA, RLUIPA, TRANSFERS, DISCIPLINARY, PRISON CONDITIONS, PAROLE BOARD [BPH & USPC], CDCR, FBOP, MEDICAL AND APPELLATE/WRIT REPRESENTATION.***

***Contact us for information on our retainers. We work for our clients and do NOT ignore them. Payment plans available. We will work with you and in some cases allow you to pay as we go to insure you get what you pay for. Hourly fees and costs for appearances billed accurately monthly. You will receive a signed retainer agreement with no hidden costs or fees.***

***Retainer amounts can vary depending on complexity of case.***

SAN DIEGO • LOS ANGELES • SANTA BARBARA

- $1000 MOTION FOR APPOINTMENT OF COUNSEL TO RESEARCH MOTION FOR DNA TEST [PC § 1405]
- $3000 MOTION FOR DNA TESTING AFTER INVESTIGATON
- $3000 MOTION FOR POST CONVICTION DISCOVERY [PC § 1054.9] [LWOP'S ONLY]
- $5000 SINGLE ISSUE PETITIONS FOR WRIT OF HABEAS CORPUS [PC § 1473, et. seq.]
- $10000 MULTIPLE ISSUE PETITIONS FOR WRIT OF HABEAS CORPUS [PC § 1473,et.seq.]
- $7500 BPH PAROLE DENIAL PETITION FOR WRITS OF HABEAS CORPUS SUPERIOR COURT
- $10000 BPH PAROLE DENIAL PETITION FOR WRITS OF HABEAS CORPUS [THRU CA SUPREME COURT]
- $10000 FEDERAL DISTRICT COURT PETITION FOR WRIT OF HABEAS CORPPUS [28 U. S.C. § 2254]
- $5000 CDCR SINGLE ISSUE WRITS [DISCIPLINARY CONDITIONS-TRANSFER-MEDICAL]
- $5000 FBOP & CDCR CHALLENGES TO SENTENCE CALCULATIONS
- $5000 CDCR PETITION FOR WRIT OF MANDATE TO SUPERIOR COURT
- $5000 CDCR DENIAL OF VISITATION WITH CHILD CHALLENGES [MANDATE OR JUVENILE COURT]
- $3000 FBOP & CDCR TRANSFER REQUEST WITH AGENCIES
- $1000 FBOP FOIA FORMAL REQUESTS FOR RECORDS FEDERAL AGENCIES
- $1000 CDCR CALIFORNIA PUBLIC INFORMATION ACT REQUESTS FOR STATE RECORDS
- $3000 FBOP & CDCR MEDICAL REQUESTS FOR EXAMINATION-TREATMENT-OUTSIDE DOCTOR
- $3000 PAROLE APPLICATIONS TO BPH DETAILING REASONS TO GRANT [FILED PRE HEARING]
- $5000 ANALYSIS OF CRIMINAL PRO-CONVICTION RELEASE POSSIBLITIES
- $7500 REPRESENTATION AT PAROLE HEARING WITH PAROLE APPLICATION INCLUDED
- $10000 STATE OR FEDERAL CIVIL RIGHTS ACTION [42 U. S.C. § 19831]
- $10000 RELIGIOUS LAND USE AND INSTITUTIONALIZED PERSONS ACT COMPLAINT [42 USC 2000cc]
- $15000 APPEALS TO THE CALIFORNIA COURTS OF APPEAL [DIRECT APPEAL AVERAGE SIZE RECORD]
- $25000 COMBINED DIRECT CALIFORNIA APPEAL WITH CONSOLIDATED HABEAS CORPUS PETITION
- $5000 PETITION FOR REVIEW TO THE CALIFORNIA SUPREME COURT
- $15000 APPEALS TO NINTH CIRCUIT COURT OF APPEALS
- $15000 PETITION FOR WRIT OF CERTIORARI TO TO THE UNITED STATES SUPREME COURT

Jeffery Paul 10517042
P.O. Box 33
Terre Haute, IN. 47808

INDIANAPOLIS IN 460
29 APR 2013 PM 4 L



C/o The Clerk: Hon. J. Larry Hendren
Western District of Arkansas
PRO SE office
35 E. Mountain, Room 510
Fayetteville, AR. 72701

Legal Mail

72701535335