In the Western District of Arkansas

Jeffery Paul
10517042
P.O. Box 33
Terre Haute, IN.

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
MAY 09 2013
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

Jeffery Paul
Plaintiff

Case no. 13 6014

V.

The United States of America;
Bureau of Prisons (etc al.)..

① of ②

96-60022

— motion for Due Process; evidentiary; (&) discovery. —

Comes now the Petitioner does submit this motion for a discovery (or) evidentiary hearing, (&) Request for Complaint.

① Pursuant to Ch. 227 § 3563; Corruption of Blood T.18; FCC&R.

② Petitioner does state; I do not have any children (&) am not allowed to view (or) receive action of mortgage transfer (or) Intellectual property; due process.

③ Petitioners wife, Mrs. Cindy Wallace Paul; Ms. Cindylinn Wallace; 2/12/76; San Diego, CA. last known address; Key West, Fl., Parents last known Address; Jacksonville, Fl. Mothers Maiden Name; NGYUEN (or) NGUYEN(?) Vietnamese; She is missing person; 38 yrs old; Blk. hair / Brn. Eyes; (Asian) complexion; no acne; scar on forearm; lateral (2 in); from Conciliation act. She works retail / fashion (&) enjoys alternative music; club dancing.

Possibly Mother (to); child b. 4/96 (or) 12/96 (or) 4/97; child would be 1/2 white; probably appear biracial.

Cindy is 5 ft tall; May have had Breast Augmentation, has claimed to be biracial; appears Asian; has pink lips; but her genitals (&) nipples are dark / Brown variant.

(4.) She has been subject in criminal complaint as a result of rumors of espousal infidelity ($) non feasance... she is from traditional marriage values ($) knew that if she consummated marriage; ($) then abandoned husband; she'd be violating express conditions of prenuptial ($), if she committed adultery during commonlaw marriage ($) aborted child conceived; she would be subjected to felony complaint

(5.) Only two tacit premises for futures were relevant to our marriage; that constituted uncertainty; (1.) The fact that my Grandfather; who had inherited collateral mortgage options from my Great Grandfathers commercial farm might release to me options for short / Arbitrage (or) future refinancing ($) my mother would defer; ($) (2.) The possibility I might need to provide material witness support for former associate who had been involved in fatal shooting in AR... After 13 months ($) a substantial commonlaw marriage; only briefly did I explain possibility of him attempting to transpose blame ($) minimize his guilt... My testimony would be alibi with legal insanity; clause ($) I was not in danger of serious charges; maybe misdemeanor; but had alibi for indirect report of crime. (3.) Neither she (or) I conceived what would happen to destroy our marriage; our marriage was real ($) she was forbidden to entertain other men / adultery ($) went to stay with my parents in Mississippi; I had a psychological break resulting from substance abuse ($) shocks ($) was experiencing irate episodes from ambiguity of term relevant to status of relationship; ($) complained that she was being coerced.

(6.) She is wanted for medical examination ($) conciliation ($) should not be allowed to enter other marriage lacking consent ($) should be criminally charged if determined to have had sexual relations with anyone, excluding rape; from. Aug. 95 - date; I refute

In the Western District of Arkansas

(3)

(6) to consent to divorce or annullment in duress, due to lack of competence ($) my wife is in extreme frustration, both parties are aging ($) She is wanted to assess fertility; ($) possibly receive invitro option if Petitioner cannot be released; I am innocent but court does not redress offense endured or injury ($) seems content to let jury decision stand; ($) my penalty, including the Rape, is a breach of peace to date.

(7) Petitioner did not betray espousals/matrimony ($) requests review of relevant allegation occurring Aug. 95 - J. 97; of wife living double life, needs Criminal Records; Public of specific nature ($) Photographs as well as financial Transactions. for Key West, Fl.; Jacksonville, Fl.; especially relevant to claim that my wife was targeted by adult industry.

(8) Petitioner would request Counsel of Record appoint an investigator; because the entire estrangement is relevant to mental incapacitation during sentencing phase ($) trial, I do understand the Court believes I am guilty, I am not; its been 16.6 Yrs ($) I had a series of psychological breakdowns resulting from estrangement.

Respectfully Submitted,

[illegible signature]

10511042

Po. Box 33

Terre Haute; IN.

47808

Certificate of Service, I hereby swear I sent this motion to Western District of Arkansas.

Jeffery Paul 10517042
P.O. Box 33
Terre Haute, IN.
47808

INMATE
IDENTIFICATION
CONFIRMED

Inre
13.

INMATE
IDENTIFICATION
CONFIRMED

US D
Of
Hon
C/o T
35 E
Fayet

Media Mail
Rate