In The Western District of Arkansas; Hot Springs Division

Jeffery Paul
10517042
P.O. Box 33
Terre Haute, IN
47808

The United States of America
Plaintiff

V.

Jeffery Paul
Defendant

Case No. 6:96 CR 6022
Death Sentence

(1) of (3)

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
MAY 09 2013
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

- Motion - Order -

Comes now the Petitioner does Submit this Motion for Effective assistance of Counsel; Scope.

(1) Pursuant to Tennessee v. Lane 2004 USSC; Petitioner is disabled (&) obviously financially deprived which creates a real duress in attempts to access counsel (&) Court, resulting in substantial pain (&) loss.

(2) Petitioner is actually innocent; (&) Suffering chronic psychological torture from estrangement of wife (&) denial of due-process.

(3) Petitioner requests Court, order Counsel to file for sentencing (&) conviction Relief, due to new evidence.

(4) Petioner requests Criminal Complaints be drafted, with evidentiary (&) disclosure of estrangement (&) violations of postnuptial agreements.

(5) Petitioner requests review of Patent (&) Copyright (&) estate action of Release of Mortgage prospectus for family farm.

(6) Petitioner Requests Court review 14 pgs of support documents to show that Bureau refuses to comply with access to effective assistance (via); Equal protection clause (&) Confrontation (&) Disability statutory intent; I have no rights (&) have been physically deprived for 16.10 Yrs.; No wife, Rights (&) property.

Western District of Arkansas



(7.) Petitioner Requests Counsel Offer Settlement agreement for the Warranty prospectus; at Ford Motor Co,® Starting at a Partnership lien, arbitrage sale; of no less than ($54 Billion USD) for Petitioner; exclusive of the Clearsystems® settlement; that Company is literally an indorsable mint on invoice options.

(8.) Petitioner requests Counsel recover all cites ($) options relevant to tort claim ($) redress of violation of FCC&R Ch. 227. § 3563 Corruption of Blood; including, invitro fertilization; evidentiary ($) disclosure scope of immediate family relevant to psychological trauma of estrangement from real wife ($) mementos, as well as summons to determine the criminal offense; if my wife is in Prison She may not have committed adultery at all, at this point; I'm not sure if she did before (or) after my arrest but I have a right to medical relevant to Children Conceived.

(9.) Pursuant to Pursuit of Happiness; Constitutional law; key 86; CJS Constitutional Law; §505, Petitioner Requests Counsel obtain right to die Schedule for Petitioner who desires to be done with penalty ($) believes penalty violates fundamental Rights ($) Conditions, genocidal; Prisons policy forbids Nudity so others may produce pornography with wives in Blatant adulterous affairs; Prisoners have no outlet for frustration or parity ($) are emasculated; Prison Policy is proxy cause of Rape with a plain sight burden of proof. I want the Confirmation ($) relevant details from my Marriage to determine my options ($) request Counsel obtain specific material pursuant to other options for future Contingency ($) am embarrassed I have not been strong enough to die now. This violation can never be redressed ($) insult to indignity ($) injury should be conserved for Breach of Peace Complaint

(9.) -- as a heinous violation (grave) breach of peace, Article III Geneva, (Viol) of The Mann Act; (ie), transportation (or) jurisdiction which effectively obligates spouse to engage in sexual activity or experience psychological (or) physical duress with someone other than spouse ... leaving lingering disgust (&) rage from estranged spouse; Petitioner requests counsel establish account at reputable Asian Bride company to replace the one, Bureau of prisons destroyed!

(10.) Petitioner requests court order counsel to file tort complaints due to prisons consistent refusal to adjust or acknowledge grievance, See, attached pages.

(11) Petitioner requests medical examination to confirm debilitating age (&) ailments resulting from due process denials.

Respectfully Submitted

[signature]
10517042
P.O. Box 33
Terre Haute, IN.
47808

14 Pages
Support!

1.

November 13, 2012

Dear Sir:

The questions raised in your letter require legal analysis and a legal determination. Unfortunately, we cannot assist you because the USPTO cannot provide advisory legal opinions. You may want to consider contacting a Patent attorney to assist you. Local bar associations and the yellow pages usually have attorney listings broken down by specialties.

Sincerely,
United States Patent and Trademark Office Contact Center

2.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY PAUL,

Plaintiff,

vs.

BUREAU OF PRISONS and
FORD MOTOR COMPANY,

Defendants.
______________________________/

Case No. 12-15400

HON. GEORGE CARAM STEEH

**ORDER OF DISMISSAL**

This is a civil action filed by a plaintiff who is a prisoner. On January 30, 2013, plaintiff was notified that if he wished to proceed with his case he must submit the $350 filing fee, or alternatively, file the required Prisoner's Application to Proceed Without Prepayment of Fees and Costs and Authorization to Withdraw from the Trust Fund Account, a current Certification/Business Manager's Account Statement, and a statement of Trust Fund Account (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. Plaintiff was given until March 1, 2013 to comply, but as of this date, plaintiff has not paid the filing fee or filed the required documents. Plaintiff was warned that failure to comply would result in an assessment of the entire filing fee and dismissal of his case for want of prosecution. Now, therefore,

IT IS HEREBY ORDERED that plaintiff's complaint is DISMISSED for want of prosecution.

Dated: March 7, 2013

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

**I hereby certify that the foregoing is a true copy of the original on file in this Office.**
**CLERK, U.S. DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**BY:** [signature]
**Deputy**

(134.)

 pg. 4 of 4

3.

## Disruptive design

Products such as the Nest thermostat and the Plumen CFL light bulb are just two recent examples of a trend we can expect to see a lot more of in 2013: start-ups shaking up stale product categories through the power of design. "Disruptive products are king, and innovative designs will challenge the status quo in ways that previously wouldn't have been possible," says Scot Herbst, of Herbst Produkt, an award-winning product-design firm. "Being small and nimble and new can free a creative mission from all of the antiquated standards that established players suffer from."


**BUSINESS FINANCING**

CASH FOR INVOICES! Accounts Receivable Financing to $2,000,000. Direct lender with offices nationwide. Call AeroFund Financial. Approvals by phone. www.aerofund.com 800-747-4234.

$50,000 - $250,000 In Unsecured BIZ CreditLines. $50K guaranteed with 720+ FICO, stated income, perfect for startups, 60-second pre-approval. 1-866-988-SEED [7333]. www.BusinessLoan.org


consumer Product safety; Warranty Analysis; (=)
① Conditional Service Contract –

N x N (=) Collateral
C x N (=) optional Rate
N + C + Ot (=) Incremental Survey Analysis
② Control Modern;
(=) N + N (=) N

Denominational-minimum (=) 1K
for Differential Service!



## Real stuff, made in the U.S.A.

The rising cost of manufacturing abroad and new technologies like 3-D printing are combining to spark a resurgence of small manufacturing in America. Not only are consumers hungry for the unique and customized, but physical-product start-ups can also now work anywhere—see Seven Cycles, which produces high-end bicycles in Watertown, Massachusetts; Artifact Bag Company, whose leather and canvas goods are handmade in Omaha; and Shapeways, a 3-D printing "factory" in New York City.

Signed [signature]

(180.)

Request for Administrative Remedy

Jeffery Paul
10817 0c
310 cell, 4. sge
SCU/Terre Haute
5/1/2013

Subject; Substantative Due-Process of Law; Pursuant to Sentence-Reduction ($) Effective Assistance of Counsel ($) Unit Team. (1.)

Dear Sirs; (warden(etc.);

(1) Please note, this Petitioner is 17yrs. 7mos ($) 9 days; captive under indeterminate Sentence of Death from wrongful conviction; ($) current lawyers are being delayed.

(2) Petitioner was tortured ($) unable to access defense counsel pursuant to Confrontation clause, 96.-97 June; ($) is currently in a state of chronic depression ($) deprivation of Corruption of Blood; violation of Title 18. § 3563 ch. 227, FCC&R.; estrangement ($) Copyright infringement; ($) Not one official has acted to effectively remedy that problem; which is inconsolable loss ($) psychological trauma; please consider appointing other attorney!

BOP does not appoint attorneys. Do you want me to request Psychology?

(3.) Petitioner [speaks to] attorneys on Thursday ($) friday ($) gives direct instructions for filings that; not found, causes anger ($) desire to find other counsel ($) report crimes; both of which are impossible due to inadequate access to phone directory ($) support.

You had a legal call on Friday at 2:00 pm.

(4) Petitioner is suffering; medical problems ($) financial duress, as well as (peonage?)

Due to PLRA filings. When you file in the court you have to pay for it.

can request through the court

What medical problems?

Sincerely
Jeffery Paul
1051704
PO-Box 33
Terre Haute. IN. 47808

(1. of (1. Please advise.

Request for Administrative Remedy / Jeffery Paul 10517042 S. 3 cell / C-range SCU / Terre Haute, IN

THIS is not an Administrative Remedy for the BOP. The BOP has nothing to do with your "marriage" or your conviction. -M Bayless 5/1/13

Subject, Substantative Due-Process, ①

Pursuant to; OPI 5326.04 (US DOJ) / BOP) P.S.

Marriage of Inmates; ; (1) Purpose (&) Scope, § 551.10 (7) eligibility to Marry § 551.12 (a) (b) (c); legality, Competency; verification... Special Circumstances; § 551.14 furloughs § 551.15 part; 570 subpart C; § 556.16; Marriage in institution; payments.

Summary; cites / Grounds

This petitioner has been in captivity in anticipation of immediate death of wrongfull conviction for 17yrs.; (&) has repeatedly requested due process of spousal abandonment, Alienation of Affection: (Cases Husband (&) Wife, key 322-337), Alimony permanent, cases; Divorce key 230 CJS Divorce, §§ 367, 394-400, 422, 425-426, 481-487., Marriage, (1) (2) (3); (Cases, Marriage key; 12.1 CJS. Marriage § 9), Common law Marriage, key; 13, 22; CJS. Marriage, §§ 10, 19-20, 24-25; Covenant Marriage, See, Acts, 1997 No. 1380 § 5, Constitutional fact doctrine; Cases: Administrative law (&) Procedure, key 783, 784.1, CJS § 229, Spousal Consortium, Cases Husband (&) Wife, key 209 (3, 4) Spousal Unity, Cases, Husband (&) Wife (key 1.), putative spouse Cases, Marriage key 54 CJS. Marriage, §§ 43-44, legitimacy,

Petitioner does not want divorce, without Counsel of Record with evidentiary.

Request for Administrative Record

E 6.

— Briefly — Legal notice —

(1) This petitioner is learning disabled ($) endured torture during pretrial action relevant to June 97' conviction for a Homicide.

(2) Petitioner believes Marriage was declared annulled (or) flawed byway of perjured testimony; stating petitioner was a fugitive from justice, thus; had no right to enter into spousal unity / marriage, which was false, because indictment was issued for codefendant ($) this petitioner believed he would be an option for material witness if necessary.

(3) Petitioner was married to; 19 yr. old virgin; with explicit ($) exclusive promise ($) commitment; including devotional scarification ($) exchange of jewelry; Aug. 95; marriage extended to June, 97; when petitioner was betrayed by prosecutor ($) sentenced to death while perpetrator of crime plead to greater offense class.

(4) Petitioner has repeatedly attempted to file grievance in custody with no effect ($) believes estrangement ($) Duress caused by separation to be cause of adultery ($) chronic depression ($) loss; violation of petitioners constitutional right.

(5) Marriage was common law ($) covenant ($) wife was to be the mother of my child ($) stay in home / presence as exclusive lover ($) most beloved person in adult life; perpetuity.

(6) After arrest; petitioner was plagued by rumors of her infidelity ($) white slavery, resulting from entanglement with adult/erotic industry ($) started suspecting deception; threatened to file sex abuse complaint ($) ultimately attempted to.

(7) She is wanted for deposition ($) evidentiary relevant to hearsay testimony as well, ($) sworn to statement of a conspiracy to perjure her in a capital case as well as enticement to adultery.

7.

(8) Petitioner requests assistance to distribute inquiry for investigative reform of her activities, 95-97; in Key West, Fl. ($) Jacksonville, Fl.; ($) chose Missing persons format. WIFE 6

Subject; Asian Female; 38 yrs. old; Named; Cindy linn Wallace (Maiden Name (of) Mother; NGUYEN); b. 2/12/1976 San Diego, CA. (568) SS# (Probably); 5.0 ft (or) less; Black hair / Brown Eyes; Ethnic Skin/Tan (or) light Brown/Complexion; No Acne; large Breasts ($) Curvy body; relation to size; has lateral-scar on Right forearm; briefly pierced her left Nostril;

* She is mixed Race; White/Vietnamese; but her genitals ($) nipples are asian/Dark; may be spoken for; Pink lips!

* She works retail ($) listens to Alternative Music in private; but had eclectic taste; may be living double-life if she is in another contenant of Traditional marriage; in specific; erotic dancing, or actual escorting.

* last Known address was in Key West, Fl, Her parents were living in Jacksonville, Fl. ($) allegedly owned an adult Book store; She has a brother; Eric ($) Sister; Named; Snow.

---

Sincerely,

x Jeffery Earl W.

10517 042
P.O. Box 33
Terre Haute, IN
47808

Request for Administrative Remedy (4.)

addendum; subject;

8.

Previous employment; ($) Residence;

Cindy L. Wallace worked on Duval Street; at a couple of clothing (fashion) stores ($) some custom T-shirt shops;

(1.) Biton ®; fashion store (400 block Duval; (or) 200 block Duval Passing La Concha Hotel; will find Biton ®

(2.) Stitches ®, ($) stitches too/2 ® 400 Block T-Shirt Shop

(3.) Express ltd. ®; forgot where

---

She resided, w/ Husband; Jeffery W. Paul, on corner of Truman ($) Roosevelt / United Ave. (definitely) Truman; House was (1 bd.) on corner.

1995 - 96.

---

Jeffery Paul

5/1/2013

(4.) of (4.)

Staff/Unit Team

5/1/20 9.

Subject, Jeffery Paul Co. (10517042)
31 cell / C Range;

Mr. Paul - Access
(1) Internet is denied.
Your Central File does not contain any information that you were married or in a common law marriage. #3 on this document, I do not understand.
-M Bayless
5/1/13

In re; Grievance (&) informal request for Remedy;
Inmate needs access to internet (&) phone Directory

(1.) Inmate Paul is attempting to recover information to assist counsel for filing Spousal Abandonment claim; (&) Missing person report is form used to locate individuals for support of summary in claim which is relevant to both hearsay evidence in criminal appellate procedure of two; complaints (&) a civil action of tort nature.

(2.) Inmate Paul claims to have been husband in a marriage occurring in key West; Fl.; Aug. 95 - 96 in person (&) June 27; conceptually; (&) suffered spousal abandonment; is looking for possible child of 17.1 years (?) (&) investments, as well as confirmation of conflict of interest relevant to Evid. Rule; 404 FRCP., Rule 410.; etc. also; any necessary. action.

(3.) Inmate Paul has repeatedly been anticipated to death for liberty interest at plea; (&) was briefly being prepared for liberty interest at plea; (&) inability (&) direct verdict; suffers from traumatic stress; so to maintain relationship with indeterminate sentence; so must recover deposition previous to any action of unit team to obstruct contact reform to confront the allegation of ineligible concern. Required in; Policy. OPI. 5326.04 § 551.10, marriage.

(1.) of (1.) Signed ______________________
Warden; Terre Haute, IN.

Request to Staff SCU-310 (10517042) Jeffery Pa... 1

10517 10.
310 cell
C Range
4/18/2013

Education Dept.

(1.)

Subject;

Internet Access; Searches.

I need access to some Directory (&) personnell records from CA., FL. (&) possibly other states relevant to Missing persons (&) criminal complaints.

I Also need to review My central file from the Bureau of Prisons which may contain ATR. records; (&) Newspaper articles relevant to (95-96.)

Sincerely,

In order to get the information that you are requesting, you will have to put in a request to unit team.

**COMPLETE: 4/30/2013.**

Jeffery Paul (10517042)
310 Cell

4/18/2013

Jeffery Paul

Mr. Shepherd will schedule you an appt. to review your Central File. You can not have access to the internet.
- MBayless
5/1/13

(1.) of (1.)

Counselor Edwards, CAll your Attorney !!.

Please note that I need the paperwork I sent to You (&) Case Manager Shephards office (&) I need to call Jacksonville Fl. Police Dept. about a criminal sexual abuse Complaint; (&) that I need to know who I speak with at prison to get a copy of grievance since 1997; relevant to the rape of my wife.

Sincerely,

Jeffery Paul

10517 042

3/0 cell/ CRange

4/18/2013

All copies have been returned to you. We have nothing in the office. Please contact your attorney's in reference to your call about the sexual abuse complaint.

[signature]

Counselor Edwards; 12.

I need to call the office of the Public Defender of Indiana; (317) 232 2475 (Ph) to ask about opening a case.

Ms. Susan Engelland

Sincerely;

Jeffery Paul
10517042
3D cell / 4/19/2013

(or) Maybe I can leave a Message at Indiana legal Services Support (317) 681-9410 (Ph)

Have your attorney's make these calls like we discussed before. [illegible]

Counselor Edwards; 13.

Will You please arrange a call with the Department of State; about my copyrights; I spoke to Sean ($) that lapse was a full Year; No news of response from the Rape of My wife; copyrights (or) determinate sentence... Nothing.

(1.) Please Note; I cannot call (or) use the directory ($) the US. Attorney ($) FBI Refuse to acknowledge My Complaints.

(2) I also need Some Scotch Tape ($) the Stuff I sent returned since you don't have a writ for Indigent Copies.

Sincerely,
Jeffery Paul
10512042
3C0 Cell
4/17/2013

C-Lower
Range

Please contact someone about filing Systems access 14.
($) Defensive Disclosure;

www.commerce.gov
_______________________; get a phone Number

So I can get a call; please!
that has a responsible
Office, for Assistance!

Jeff Paul
310 cell / 05/17042
C Range
4/17/2013

Also; if not key West, Fl. Police then;
Jacksonville, Fl., Please check last known
Address for, Cindy Lynn Wallace; 2/12/1976
b. San Diego, CA. (Asian/mixed); which
was in my central file as former Spouse; in
Arkansas Dept. of Corrections!

Jeffery Paul 10517042
P.O. Box 33
Terre Haute, IN.
47808

INMATE
IDENTIFICATION
CONFIRMED

INMATE
IDENTIFICATION
CONFIRMED

Media Mail
Rate

US Di
Of
Hen
C/o T
35 E
Faye