District of Arkansas

Jeffery Paul
10517042
P.O. Box 33
Terre Haute, IN
47808

USA
Plaintiff
V.
Jeffery Paul
Defendant

Case No. 6:96-60022

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
MAY 15 2013
CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

# Motion for Due Process

Comes now the Petitioner Does Submit this motion for Due-process; pursuant to evidentiary (&) Notary of exculpatory material; service of papers.

(1) Petitioner has right to certify exhonerating Affidavit; (&) has in his attorneys office, (two) Affidavits signed by Trinity stating the same (&) to that effect.

(2) Pursuant to, Grisby v. Blodgett, 130 F3D 365 (9th Cir 1997); the only time my codefendant refused to exhonerate me was under threat of death (&) torture; but fact that he signs exhoneration statements should compell court to look at how long I've been in prison, wrongfully convicted,

(3) Copies of his Statement were lost or Destroyed (&) Petitioner does request Court appoint officer to replace Affidavit with the enclosed (&) they must notarize his endorsement at the prison hes in; which is unknown to me; pursuant to; US. v. Rahman 189 F3D 88 (2nd Cir 1999).

Respectfully Submitted;
Jeffery Paul
Jeffery Paul 10517042
P.O. Box 33
Terre Haute, IN. 47808

Certificate of Service; I hereby swear that I did send this copy of Motion to the Western District, AR. (Via) US. Postal Service.

Affidavit for Western District of Arkansas - Hot Springs Division; USDC.

Jeffery Paul 10517042

(1.) I; Trinity Ingles ; do hereby swear that on or about June 22; 1995, I did state to Jeffery Paul; that I was going to turn myself in to authorities (&) plead Self-Defense (&), legal-insanity due to exposure to Marijuana laced with PCP/LSD; after a fatal shooting incident. I did not conspire to Rob or kill anyone.

(2.) That I was a former Special deputy (Vice), who had assisted law enforcement (&) would not kill anyone to conceal petty-crime or excessive-force claim alleged during reciprical altercation; (&) can claim entrapment, on belief of this.

(3.) That Jeffery Paul did not instigate; perpetrate (or) consent to altercation; shooting (or) any theft (or) receipt of property thereof incident; relevant to death of Sherman Williams.

Sincerely

Authorized by the Act July 7, 1955 to Administer Oaths (18 U.S.C. 4004)

Case Manager

Signed

Trinity E. Ingles

Sincerely

Jeffery W. Paul 10517042

Request for Administrative Remedy

Jeffery Paul 10517042
P.O. Box 33
Terre Haute In.
47808

subject; Due Process of law; Confrontation clause ($);
appellate Review; Rules of Evidence.

($) Trinity Edward Ingles; BOP. # unknown; is requested pursuant to Notary ($) service of papers for legal petition. He is 89 yrs. old; White; in Custody for murder conviction.

✱ Case No. U.S. v. Ingle Western District;
97-3443 - 157 F3d 1147 8th cir. 1998

— Summary Request —

I need to find Trinity's contact information to serve papers relevant to appellate petition.

(1.) Affidavit exonerating me of murder to replace the previous one I received from him.

(2.) Copies ($) notary; see, included; Affidavit.

Sincerely,

Jeffery Paul [signature]
810 cell / C Range (SCU.)
5/8/2013

Authorized by the Act
July 7, 1955 to Administer
Oaths (18 U.S.C. 4004)
[signature]
Case Manager

Jeffery Paul 10519042
P.O. Box 33
Terre Haute, IN.
47808



c/o The Clerk, The Western District of
Arkansas, Hon. [illegible]
35 E. Mountain, Room 510
Fayetteville, AR. 72701

72701535335