Western District of Arkansas
United States District Court

(1)

Jeffery Paul Co.
Plaintiff

2:13 CV. 02048
6:96-60022

V.

RECEIVED
WD/AR
MAY 20 2013
U. S. DISTRICT COURT

The United States Government;
(et al);

— Motion for Due Process; Copyright Registration —

Comes now the petitioner does Submit this motion to register copyright.

(1.) Copyright is registered (via) Clearsystems; A Debt-Consolidation ($) Accounting-Service®; as a functional component for a specialty computer keyboard.

(2.) Clearsystems is to use that ($) derivitive components to facilitate financial statements of survey ($) certification sequences which create differential service sales; (via) subsidiary entries;

(1.) Corporate "Systemsone"/(CS1)®

(2.) Integrated "Systemsone"/(IS1)®

(3.) Petitioner Registers; The Incremental/Extant Survey; ($X^3$) ($), the Archive formula; ($) Disclosure form, ($) "Pennystock – survey" as; (4.)(four); Algorithms; unique to ($) Authored by pertitioner; see; (cases; Patents key 6 CJS patents §§ 26-27).

(4.) Petitioner claims that the form is to resolve the differentials to be converted to denominational-Minimum sales ($) then sold as invoice debt.

In The Western District of Arkansas
United States District Court



(5.) Petitioner requests Court appoint counsel/trustee to review submissions for, Registration of copyright, US. copyright & trade mark office; (Cases. Copyrights & Intellectual Property key 50.30 cjs. copyrights & Intellectual Property; §§ 7, 74.

(6.) Petitioner claims that priority claims represent a debt; dischargeable & sufficient to pay burdensome fees accrued during attempts to file for relief of Fed. Tort; violations in other Courts; thousands of dollars; strikes (&) still no remedy from rape of wife; property loss or obstruction for Disability!.. liens; (Cases; liens key 1 cjs liens §§ 2-3, 12; 18... a Blanket lien on Great Grand fathers estate would suffice.

Respectfully Submitted
[signature] (10517042)
P.O. Box 33
Terre Haute, IN
47808

Certificate of Service: I hereby swear that I sent a true copy of this motion to Western District, AR., USDC. via US. Postal service.

the western District of Arkansas
United States District Court



Copyright(C) Patent

## The Incremental/Extant Survey; ($X^3$); ®

## (1.) Carriage Key; [$X^3$] ← ©

Summary;

This key applies an analysis sequence to entrys of increments which perform as a single asset of their components; respectively, in a performance ratio.

Applied form;

N (=) Number
C (=) Collateral
O+ (=) Optional Rate/Axis
$X^3$ (=) the Incremental/Extant Survey

®

N (x) N (=) C
C (x) N (=) O+
O+ (+) C (+) N (=) ($X^3$)

---

## (2.) Archive key; for Control surveys; [A] ← ©

Applied form; (A) (=) N (+) N (A)

for efficiency;

to be used as follows; (N) (A) ($X^3$) (=) Answer

In The Western District of Arkansas
United States District Court

Pg. 2 of 3

Copyright($) Patent

(3) Applied Incremental/Extant Survey ($X^3$); Disclosure form ®

**N** (=) Number
**C** (=) Collateral
**Ot** (=) Optional Rate/Axis
**X**3 (=) the Incremental/Extant Survey
**R** (=) Resolution
**D** (=) Disclosure form

N (x) N (=) C
C (x) N (=) Ot
Ot (+) C (+) N (=) $X^3$
($X^3$) (x) N (=) R (÷) N for (D)

(4) Applied "Penny Stock Survey ®"

Form 1.

N (x) N (=) C
C (x) N (=) Ot
Ot (+) C (+) N (=) $X^3$
($X^3$) Reduced (1%); ($)

Form 2.

N (x) N (=) C
C (x) N (=) Ot
Ot (+) C (+) N (=) ($X^3$)
($X^3$) Reduced (1%); ($) (x) N (=) Rate/sum

The Western District of Arkansas
United States District Court



Copyright (&) Patent Specifics for;
Clearsystems; Analysis-Compatible Computer/Modem ®




Must feature side by side
Display ; Differential option




Must be modem capacity ;
Compatible ; Differential option




Interactive menue



Jeffery Paul
10517042
P.O. Box 33
Terre Haute, IN
47808

14 MAY 2013



c/o The Clerk of the Court
Hon. J. Larry Hendren
30 S 6th Street Room 1038
Fort Smith, AR 72901-2437

Legal mail

72901243763