The Western District of Arkansas
United States District Court

The United States of America
Plaintiff

V.

Jeffery W. Paul
Defendant

Case No. 96. 60022

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAY 22 2013

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK

- Motion to revise ch 12; Petition - Bankruptcy; UBC.

Comes now the petitioner does submit this motion for revision; to the record relevant to Ch. 12; (\$) Corruption of Blood,

(1) Pursuant to remedy of discrimination (\$) corruption of Blood; (Violation); of T. 18, FCC\$R Ch 227, § 3563; involuntary estate reversion (or); insolvency; of Mortgage Deed (\$) release of Document actions,

(2) Petitioner claims, as follows; on Oct. 19, 2005, His Maternal Grandfather died; receiving option for a portion of my Great Grandfathers estate; Mr. Truman Massey (\$) Beloved wife; Alphie who owned the estate did pass that to (3) families; that I know of; last name; Janes, Baker; (\$) Shaw; extensibly; My Mother is a Massey (\$) I am a Paul, The estate is 2,500 (Acres) of Cotton; potatoes; corn; peanuts; green peas, blackeyed peas; squash; plums; peaches; apples; pumpkins, a variety of select propagation stock, cows (\$) chickens (\$) equipment, Homes (\$) structures; access; irrigation (\$) ponds, in (Calhoun County; MS.)

(3) Petitioner requests trustee be appointed to collect specifics for composite/compliance of entry upon Deed; consisting of 2500 acre so the subdivided asset can perform as a single-asset entry. (R);

(4) Petitioner reserves right to apply Conditional Service Contract accrual of Denominational - Minimum Conversions (\$) conveyance terms to initial secure partnership lien;

(5) Petitioner reserves right to author, Analysis Compatible Survey Modern (R) which is to work as a template for prospectus (\$) Business - Office management directive, to regulate (\$) reform action (\$) Compliant service resolutions.

the western District of Arkansas
United States District Court

(6.) Petitioner claims; as follows; Conditional Service Contract; ® creates the performance Bond of the Optional Rate (or) Possessive value of the asset, incrementally; 250 acres, (=) 15.000 (v) ($) 17.500 (or) Optional) Acres; for; 5.359.681.267.500 (T) (Survey Accounts), ($) 17.500 (+) 17.500 for; 35.000 Control files for; Analysis Compatible survey modem ®; (=) 42.876.225.035.000 (Tw) functional Requisites, (=) $4.823.590.630.25 (Bn) before tax ($) cost; (1) Contractual Draft ($) (1) Dataset; ; Reduced (35%) fed Corp. Rate, for; $3.135.333.909.54 (Bn) (÷) 3; Proprietary shares; for; $1.045.111.303.18 (Bn) each share; (Cash)

(7.) At; 2500 Surface; 15.000 (V) ($) 17.500 (or) Optional Rare acres; (via) "The Penny Stock Survey" ®, See. Copyright; Petitioner resolves, per Acres, rate to be - $5.386.557.15 (mn) cash Per Acre; (x) 17.500 for; $94.264.750 (25Bn) (÷) 3; for; $31.421.583.375 (Bn); each; Petitioner Registers, as Receiver of interest ($) Service obligation; Massey-Baker farm ($) Ranch ® ($) retains (1) Intellectual property share for $31.421.583.375 (Bn) of Componential Claim to; (1) Business Management (1) Intellectual Property ($) (1) Technical Service obligation (ie); this ch. 12 (USC) petition ($) other registrations; ($) claims to remit; 25% of Remainder Shares for; $15.710.791.687.50 (Bn). So total; $1.045.111.303.18 (Bn); $31.421.583.375 (Bn); $15.710.791.687.50 (Bn), for, total Due petitioner; After Tax; (=) $48.177.486.365.68 (Bn); Retaining Rights to asset (via); partnership lien; Registering acres, as that, a contiguous Commercial farm title; ; Remainder Budget (=) $49.222.597.683.86 (Bn) for (Cost / Dividend); see attached pages (3 & 4) Copyright.

(8) Petitioner requests aerial survey (on) contour map for modem ($) would vote on Stock; prefers Plums; Peaches; apples; for Mixed drinks; jelly ($) preserves; wants to construct large dehydration facilities for processing (dry stock) to be reconstituted elsewhere, but stored in preservative containers, see: attach page (1)

The Western District of Arkansas
United States District Court

(9) The farms are to be delegated for assessment with respect; to select propagation ($) bird breeding, Dairy cow stock must not graze where pollution can create conflict for irrigation or Quality of farm Air; petitioner would annex property for slaughter stock ($) prefers a variety of Birds;

(10.) Petitioner Requires rights to aquire land (or) initiate partnership; entry upon land (via) Massey-Baker; farm ($) Ranch ® ($) Submits page; fuller western Real estate; (800) 754.0544 / (303) 534.4822 (Co); (307) 332.3710 (WY) www.fullerwestern.com; 1515 Arapahoe Street; #1200; Denver Co. 80202; Consisting of the following; (1.) Slater Creek Ranch; 474 (Acres) (2) Prairie View Ranch 2,183 (Acres) (3) Vagabond Ranch; 108 (Acres); (4) Kinnett Ranch 346 (Acres); (5) Two Iron Ranch; (26,000 Acres) Price creek Ranch; 955 (Acres); Petitioner desires to retain rights to (Views) ($) (Water) ($) Retains possession of Prairie view Ranch; 2,183 (Acres) Co. ($) Two Iron Ranch; WY. 26,000 (Acres) outright, for a total payment of $8.015.000 (mm) before dividends ($) remitter for a superseding claim.

Apply form to Trustee; (1.) Conditional service Contract (each (or) Total) dependant upon the conveyance of the Mortgage deed ($) particulars of service / conversions. (2) Resolve Modem for prospectus

(3.) short sell acres (at) Rate; Fed Corp.

Example; Slater Creek Ranch ® - (1) 474 (Acres) (=) 2,844 (v) / 3.318 (Ot) / for; 36.539.285.874 (BN) Analysis; $3.653.928.59 (mm)

(2) 474 (=) 3,318 (=) 6.636 files for; 292.210.380.588 (BN) functional Requisites; for; $29.227.023.06 (mm) (Cost/Budget)

Total $32.880.951.65 (mm) (35%) $21.872.618.80 (mm)

C-V $3.750 (mm) for, $17.722.618.80 (mm) Remainder

(11) Under belief ($) information that Ms. Cindy linn Wallace, (AKA); Mrs. Cindy linn Wallace-Paul; Wife, 95-97; did give birth to my Child she would receive monies of petitioners share, but if she did not; although she was my wife, she would not, (or) should not receive any alimoney because she violated her espousal/vows of covenant marriage; allegedly. She may qualify for (1) time payment but she should be arrested for felony crimes if that allegation is true. Because she refused to obey her spousal privilege instruction from Husband ($) acted in a reckless; Complicit manner which sabatoged Husbands state of mind, pretrial, she was a beloved wife with futures ($) present-interest, entangled as conceived in 95-97, I do not deny that

Respectfully Submitted

x [signature]

Jeffery Paul 10517042
P.O. Box 33
Terre Haute, Ind
47808

5/14/2013




Cabela's

## Commercial Food Dehydrators

Do you make large quantities of jerky or other dehydrated foods, but get tired of refilling your dehydrator several times a day? Then you need the convenience of these commercial-grade dehydrators. Available in an extra-spacious 160-liter model or a large 80-liter model, they'll tackle all your dehydrating needs in one shot. The 80-liter model has 12 (21½" x 16") nonstick drying racks for a total of 28 sq. ft., and puts out a full 1,600 watts of drying power. Its larger counterpart, the 160-liter model has 24 (21½" x 16") racks for a total of 56 sq. ft. of space and produces 1,600 watts. 160-liter model features improved air-flow diffuser for the largest drying jobs. Both have a fully insulated housing that maintains a maximum drying temperature of 160° for a drying time of 12 hours. A built-in drain reservoir catches drippings, making cleanup quick and easy. And the glass-front doors let you see your progress without having to open the unit and release the heat. With fully digital controls, these units let you set the exact temperature and time needed to reach your desired results. The thermostat maintains the temperature and shuts the unit off at the end of the set time cycle. 110 volt, 60 Hz. **BJ-**

80-Liter ........................................ **$299.99**
160-Liter ........................................ **$399.99**

**Dehydrator Cart for 80-Liter** – 29½"W x 19½"D x 36"H.
**BJ-** ........................................ **$49.99**

**Drying Screens** – Ideal for fruit, herbs and ground meat jerky. **Per 12.**
**BJ- 51-6315** ........................................ **$34.99**

**Fruit Roll Trays** – Ideal for fruit treats. **Per 3.**
**BJ- 51-6767** ........................................ **$19.99**

## *FoodSaver® Vacuum Packing Systems*

Save foods from freezer burn with a professional-grade vacuum sealer – also ideal for odor-free clothing storage, and sealing emergency gear such as matches and first-aid kits. **Turbo** has a nylon double-piston pump 30% faster than the original Pro II. It offers hands-free, push-button use, digital seal display and extra-wide, heavy-duty Teflon® sealing strip. Touchpad control panel and PulseVac™ control with five-level seal-time adjustment. **Pro** has an extra-wide sealing strip, touchpad control, press-and-release operation and three-level seal-time adjustment. **Sport** and **Deluxe** have a hands-free, Easy Lock Latch System, CrushFree™ instant seal, accessory port, easy-clean drip tray and a one-level seal-time switch. Deluxe model includes an extra-wide sealing strip, touchpad control, seal-only position, two vacuum speeds and hose storage. Vacuum channels to catch overflow fluids, and hose for use with FoodSaver Canisters. All models include a 10-ft. roll of 8" bag material, 10-ft. roll of 11" bag material, five 1-quart bags, five 1-gallon bags and instruction booklet. Bags can be microwaved, frozen and boiled.

[A] **BJ-** – Turbo (**Specify:** Gray or White) .................... **$279.99**
[B] **BJ-** – Pro .................... **$189.99**
[C] **BJ- 51-7809** – Deluxe .................... **$139.99**
[D] **BJ- 51-7811** – Sport .................... **$99.99**
[E] ***FoodSaver Bags*** – Rolls customize bag size as needed. **Specify size.**
**BJ- 51-4506**
**(211)** Two 11" x 18-ft. rolls .................... **$19.99**
**(611)** Six 11" x 18-ft. rolls .................... **$49.99**
**(208)** Two 8" x 22-ft. rolls .................... **$19.99**
[F] ***FoodSaver Pre-Cut Bags*** – Pre-cut 1-quart or 1-gallon sizes. **BJ- 61-0940 Specify.**
**(025)** 48 Pre-cut 1-qt. bags .................... **$19.99**
**(331)** 32 Pre-cut 1-gal. bags .................... **$19.99**
[G] ***Wide-Mouth Jar Sealer*** – For resealing wide-mouth Mason jars.
**BJ- 51-5069** .................... **$9.99**
***Narrow Mouth Jar Sealer*** – For all regular mouth jars (not shown). **BJ- 51-7329** .... **$8.99**

**More sizes. More colors. More options. Visit c=**



## Farm & Wildlife Seed for Planting

**Since 1946**, we at **ADAMS-BRISCOE SEED COMPANY** have recommended special seed "ABC" mixes for farm, hunting, wildlife preserves, and state & federal agencies to be used for the improvement of wildlife food & habitat and for conservation & environmental uses. We try to provide our customers with quality seed and related items at fair prices. We offer service that is often not available from other companies and product knowledge to help you in selecting the seeds to best serve your needs. Please call us if we may be of any assistance to you.

## *"The ABC's of Buying Seed"*

**Alfalfa**- (call for varieties)
**Brassicas**-
* Canola
* Forage Type Rape & Turnip
**Clover**-
* Alyceclover
* "ABC" Hunters Choice Mix
* "ABC" Ladino Mix
* Subterranean
* White & Yellow Sweetclover
* White Dutch
* Yuchi Arrowleaf
* Kenland Red
* Regalgraze Ladino
* Regal Ladino
* Osceola Ladino
* Dixie Reseeding Crimson
* Durana White
* Patriot White
**Wheat**-
* (call for varieties)
**Rye**- Wrens Abruzzi

**Oats**-
* Buck Forage
* Coker 227
* Harrison
**Grasses**-
* Pensacola Bahiagrass
* Bermudagrass
* Annual Ryegrass
* Perennial Ryegrass
* Orchardgrass
* Weeping Lovegrass
* Ky 31 Tall Fescue
* Creeping Red Fescue
* Turf Type Fescue
* Native Warm Season grasses
* Crabgrass
* Johnsongrass
* Sorghum Alum
**Sorghums**-
* Egyptian Wheat (Sha lu)
* Wild Game Food (WGF)
* (call for hybrids & OP list)

Miscellaneous Wildlife Seeds
* "ABC" Ga. Wildlife Delight
* "ABC" Deer/Turkey Mixes
* "ABC" Dove Mix
* "ABC" Duck Mix
* "ABC" Quail Mix
* Florida Beggarweed
* Partridge Peas
* Ragweed
* Austrian Winter Peas
* Buckwheat
* Lab Lab
* Chicory
* Hairy Vetch
* Sainfoin
* Lathco Flat Pea
* Birdsfoot Trefoil
* Bobwhite Soybeans
* Quail Haven Soybeans
* Doveweed (Croton)
* Chufa
* Wildflower Mixes

Note: Please call for quotes on custom seed mixes and blends.
For a more complete list visit our Web site at - www.abseed.com

ABSEED.COM
*The ABC's of buying seed...online*
325 E. Second St. / P.O. Box 19
Jackson, GA 30233
**Toll Free: (877) 775-7826**
**Phone: (770) 775-7826 FAX: (770) 775-7122 E-Mail: ABSEED@JUNO.COM**


1.

Massey-Baker farm ($) Ranch ®

(or) Heritage Farm ($) Ranch ®



### SLATER CREEK RANCH

Approximately two miles of trout stream meanders through 474± acres of the ranch in a beautiful secluded valley. A luxurious new four bedroom, four bath log home overlooks Slater Creek, the trout pond, irrigated meadows and surrounding mountains. Big game hunting and game bird habitat on the ranch and in surrounding federal lands is outstanding. An 8,000 foot jetport is 12 miles down the road at Dixon Wyoming. The property is located in Moffat County, CO. Offered Jack Kavanaugh. (303) 909-1706. **$3,750,000.**



For Sale

### PRAIRIE VIEW RANCH

Only 40± miles southeast of Denver and situated at the end of two miles of private road, this 2,183± acre site includes a very unique 10,000± sf home. This magnificent home includes 22 rooms, three courtyards, six full and three half baths. Views include the front range from Pikes Peak to Longs Peak. Deer and antelope roam freely upon the property. The ranch can also accommodate 150± head of cattle. Also included are corrals, outbuildings, working facilities, and a foreman's house. Offered by Tom Porter. (303) 445-1675 **$4,565,000.**



### VAGABOND RANCH

Located near Granby, Colorado, this luxurious and historic five-bedroom log home offers a swimming pool and hot tub, caretaker's quarters and guest cabins. The 108± acres feel like thousands because of the privacy and seclusion with no sign of civilization in sight. A trout stream meanders through meadows of the ranch for nearly a mile. Set in a prestine mountain valley, it is completely surrounded by National Forest. Close to jet capable airports and handy to major ski areas. Offered by Jack Kavanaugh. (303) 909-1706 **$3,900,000.**



### KINNETT RANCH

Located in Maybell, CO, which is west of Steamboat Springs, at the west end of the beautiful Yampa River Valley, this pride of ownership ranch includes 346± acres. The Yampa River is contiguous to the northeast property boundary. The Kinnett Ranch is rich in water. Nearly 17± cfs is provided by the combined allocations and the owners may water at will. Tremendous mountain and river views. Maybell is known for having some of the largest big game herds in Colorado. Offered by Tom Porter. (303) 445-1675. **$1,384,000.**

For Sell



### TWO IRON RANCH

This ranch, located amidst three mountain ranges in central Wyoming, can run nearly 350± mother cows while hosting a well-established hunting business. The west side of the ranch is bordered by the Pathfinder Reservoir and the "Miracle Mile" of the North Platte River. This ranch encompasses roughly 26,000± acres, of which 4,910± are deeded. Valuable water rights are included. Offered by Susan Pokorny & Timmery Hellyer, Fuller Western Real Estate of Wyoming, LLC. (307) 332-3710 **$3,450,000.**



### PRICE CREEK RANCH

Located south of Maybell, Colorado in Moffat County, this working cattle ranch occupies 955± total acres (two parcels of 611± and 344± acres). Improvements include the owner's brick home, outbuildings, pens, corrals, shop and three new water wells. Price Creek is situated in one of the most populated and popular hunting areas in the state. Annual harvests of deer, elk and bear are unrivaled by surrounding areas. Additional income is derived by the sale of hunting permits. Offered by Tom Porter. (303) 445-1675. **$1,910,740.**

(800)754-0544 | (303)534-4822 (CO) | (307) 332-3710 (WY) | www.fullerwestern.com

1515 Arapahoe Street, #1200 / Denver, CO 80202

A BRAND YOU CAN TRUST

FULLER WESTERN REAL ESTATE ®

Pg. 1 of 2

Copyright (©) Patent

(R) "PennyStock Survey": (Via) Standard Measure

Synopsis; Perfoot Survey,
144 in (=) Surface Area (Sa)
864 in (=) By Volume (V)
1008 in (=) Optional Rate (Ot)

(1.) Applied; The Incremental/Extant Survey; ($X^3$) (R)

Conversion (1.) (=) (Sa)($X^3$) for; #368.64 (Hd)
(V)($X^3$) for; #64.571.99 (th)
(Ot)($X^3$) for; #102.520.96 (th)

Signature Accrual; # 167.460.96 (th)
(=) #64.940 Arbitrage for; #42.211 (th) (35% Rate) Perfoot

(2) Applied; The Intraaccrual-Survey; (Ia) (R)

Conversion (1.) (=) (Sa)(Ia) for; #25.92 (d)
(V)(Ia) for; #155.52 (d)
(ot) (Ia) for; # 181.44 (d)

Signature Accrual; # 364.88 (hd)
(=) #183.44 Arbitrage for; #118.85 (d) (35% Rate) Perfoot

Signed [signature]
Jeffery Paul 10517042

1989 - 2013

(3.)

Pg. 2 of 2

Copyright (₵) Patent

"Penny Stock Survey"© (Via) Standard Measure

Synopsis; Per Acre Survey
43.560 ft (Sa) Surface Area
261.360 (V) Volume
304.920 (Ot) Optional Rate

#30.49 (Per ft) ®

(1) Intraaccrual - Survey, (Ia)®

Conversion (1.) (=) (Sa)(Ia) for. $1.328.144.40 (MN)
(V) (Ia) for $7.968.866.40 (MN)
(Ot)(Ia) for; $9.297.010.80 (MN)

Signature Accrual; $18.594.021.60 (MN)
(=) $8.287.010.80 (MN) for; $5.386.557.15 (MN) (35% Rate) Per Acre

[signature]
Jeffery Paul 10517042
1984 - 2013

(U)

Jeffery Paul
10517042
P.O. Box 33
Terre Haute, IN.
47808

16 MAY 2013



Legal mail

C/o The Clerk, J.L. Hendrens (Hon)
Western District of Arkansas
35 E. Mountain, Room 510
Fayetteville, AR. 72701

72701535335