The Western District of Arkansas
United States District Court

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JUN 06 2013

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

Jeffery Paul
Plaintiff

v.

The United States of America; Defendant

Case No 2:13 cv. 6014
96 CR 60022.001

- Motion for Emergency injunction + Restraining order -

Comes now the petitioner does submit this motion for a emergency injunction; restraining order (&) Discovery.

(1) Petitioner is Preparing to submit actual innocense evidence which is statutorily obligating (&) claims that wife is in criminal violation of marriage.

(2) Petitioner requests that court order wife taken into custody for medical examination to determine if she had children, paternity (&) status of spousal doctrine.

(3) Petitioner requests deposition to determine whether she abstained from sexual infidelity or not (&) intends to request criminal complaints, relevant to; attempt; conspiracy to commit, Rape (&) Sexual Abuse.

Respectfully Submitted
Jeffery Paul Co.
P.O. Box 33
Terre Haute; IN. 47808

Certify. I hereby certify that a copy of this motion was sent to western District, AR. USDC; (via) US. Postal Service.

Jeffery Paul 10517042
P.O. Box 33
Terre Haute, IN 47808

INDIANAPOLIS
03 JUN 2013

Legal Mail

Hon. J. Larry Hendren
IN Rem 2:13 CV 6614
C/o The Clerk of The Court
Western District of AR
United States District Court
35 E. Mountain Room 510
Fayetteville, AR 72701

72701535335