the western District of Arkansas
United States District Court

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
JUN 0 6 2013
CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

Jeffery Paul
Plaintiff

v.

The United States of America; Defendant

Case no 2:13 cv. 6014
96 - 60022.001

- motion for emergensey injonction for relief (&) release in good faith -

Comes now the petitioner does submit this Motion to be released in good faith due to actual innocense.

(1) Petitioner is attempting to file Habeas §2255 petition but does not have supplies or adequate reference; upon prima-facie claim/grounds which is statutorily obligating on remand.

(2.) Petitioner does claim that Sean O'Brien has, in his office, a copy of Trinity Ingles Affidavit, exhonerating petitioner entirely; the affidavit was on record with Bureau of prisons but is currently missing, although I did send a copy to Your Court.

(3) Petitioner claims that I am being tortured (&) suffering from disparate treatment, duress of goods (&) medical care; (&) in need of relief because I am getting older (&) older (&) my wife is really gone (&) old (&) treacherous as a direct result of oversight, malicious (&) criminal, (&) I simply dont have the intelligence to surpass filing requirements of Court rules, or resources (&) must beg to be released now, with restitution, I believe I am being criminally humiliated (&) delayed.

Respectfully Submitted
Jeffery Paul L.
10517042
P.O. Box 33
Terre Haute IN. 47808

Certify; I hereby certify that I did send this Motion (via) Postal Service to Western District of AR., USDC.