For The Western District of Arkansas

U.S. DISTRICT COURT
WESTERN DIST. ARKANSAS

Jeffery Paul
plaintiff

v.

The United States of America
Defendant

Case No. 2:13 cv. 6014 JUN 05 2013
96 CR 60022
CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

- Motion for Emergency injunction -

Comes now the petitioner does submitt this motion for a emergency injunction.

(1) Petitioner requests court order Prison; USP. Terre Haute; Indiana to cease remitting money orders sent to petitioner (&) allow petitioner to receive Ch.7; Bkrptcy; action to relieve chronic austerity (&) injury.

(2.) Petitioner is constantly in need of supplies, or losing crucial documents for wrongfull conviction claim due to inability to process own papers or use effective communications, which is causing dilatory harm; 16.6 years of captivity resulting in spousal (&) familial estrangement; poverty (&) Rape... as a direct result of nonfeasance.

(3) Petitioner is suffering physical deterioration from lack of personal Hygiene (&) medical care, (&) psychological torment from consecutive delays.

Respectfully Submitted
x Jeffery Paul L.
P.O. Box 33
Terre Haute, IN.
47808

Certify; I hereby certify that a copy of this motion was sent to Western District; AR. USDC. (via) US Postal Service