The Western District of Arkansas

(1)

Jeffery Paul
Plaintiff

V.

United States of America
Defendant

Case no 6:96 cr 60022
($) 98-8497
05-8497

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JUN 27 2013
CHRIS R. JOHNSON, Clerk
By
DEPUTY CLERK

- Motion to Vacate Conviction ($) Sentence due to violation of fundamental Rights -

Comes now the petitioner does submit this petition for Due-Process pursuant to relief of wrongfull conviction ($) sentence.

(1) Pursuant to Habeas Corpus; § 2255 ; (et all), any action relevant; petitioner pro se.

(2) Petitioner is learning disabled ($) does claim as follows; Petitioner was born, 9/2/1976 ($) was convicted of offense date ; 6/22/1995 ; Ch. 51 T. 18 §1111 (a); which is a statutory violation due to minor age/incompetency ($) in-eligibility to be charged.

(3) 9/2/1976 (=) 3 mos 28 days ; 6/22 1995 (=) 5 mos 22 days; (ie) 76 (=) less than (1) ($) 95 (=) less than (1) for 94-77 (=) 17 (x) 365 (=) 6,205 days (+) 4 leap years (=) 6,209 days (+) 293 days for; 17 yrs. 9 mos 29 days of age on offense date.

(4.) Petitioner does claim that Court has possession of Birth-Certificate ($) birth date is judicial admission... accordingly; Petitioner does claim as follows; Pursuant to due process; (USC) Roper v. Simmons (2005) states that Minors are not competent to face death penalty ($) that is cruel ($) excessive punishment.

(5) Petitioner does pray for Conviction (&) Sentence to be expunged (&) for injunction to release petitioner with partial restitution (&) appointment of Counsel.

(6) Petitioner requests wife be taken into custody (&) interloper served restraining order; any illigitimate children are to be surrendered to DHHS for adoption (&) all property assessed for spousal rights, of Mrs. Cindy linn Wallace-Paul; she is to be deposed for discovery of breach of marital vows; (&) he (or) them; are to be charged with criminal offenses of Sexual crimes.

Respectfully Submitted;

[signature]

Jeffery Paul
10517042
PO Box 33
Terre Haute, IN.
47808

Certify; I hereby certify this motion was placed in the US Postal Service to Western District, AR USDC; HSD; 6/24/2013

Jeffery Paul 10517042
P.O. Box 33
Terre Haute, IN, 47808



Legal
Mail

To the Clerk of the Court
Western District of Arkansas
35 E. Mountain Room 510
Fayetteville, AR. 72701

72701535335