Western District of AR.

Jeffery Paul
10517042
P.O. Box 33
Terre Haute, IN.
47808

– Legal letter –

Dear Sirs;

① I am submitting this prima facie complaint in response to the failure to consider; apparently there is ambiguity in text of lesser culpability claim; the claim is literal; minor capacity (ie) under age of juvenile (&) not eligible for the Ch. 51, §1111 (A) complaint due to exclusivity (&) nature of competency requirement.

② Also; I believe I have suffered 7 consecutive years of cruel (&) unusual punishment with superseding; preclusive grounds; see; (USC) Roper v. Simmons (2005); "quote"; "executing convicts whose crimes occurred before age of majority / 18yrs. is cruel (&) unusual, violation of 8th amendment"... not only am I being tortured but the only option for petition (&) redress; this court system; refuses to accept legal tender; protect against statutory crimes including "A" felony class malice; sex crimes; I want to transfer this to another court (&) believe I have suffered malicious discrimination; I believe the 8th Circuit obviously did not look at the age on the offense date; which is not permission to kill petitioner; please reconsider the appeal as illegal; fundamental (&) plainly demonstrated.

See, exhibits to motion... (pgs) ①②③④⑤⑥⑦⑧⑨

I was 17 yrs old; at gunpoint... in plain sight... this is an emergency!!

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JUL 11 2013
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

Respectfully

/s/ Jeffery Paul Lee

6/24/2013

Jeffery Paul 10517-042
Po. Box 33
Terre Haute, IN.
47808

JUN 24 2013

**Federal Correctional Complex**
**Terre Haute, IN 47802**
**Date:________________**

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence to be forwarded to another individual, please return to the above listed address.

...NATE
...FICATION
...NFIRMED

TUE 25 JUN 2013 PM
INDIANAPOLIS 462