Jeffery Paul
Plaintiff

v.

The United States of America;
Department of Justice; (USP) Terre Haute; IN.;
Warden J.F. Caraway

Cv. 6:96 cr 60022
Cv. 6:13 Cv. 06 014
RGB/JLH

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JUL 11 2013
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

- Summary / Briefly -

Comes now the Petitioner Does Submit this brief in Support of Habeas Petition; pursuant to FCC$R; Ch. 153, §2255, to Vacate illegal Conviction ($) penalty.

(1.) Petitioner Does claim Superseding authority of US-Supreme Court grounds; See; Hohn v. US. 524 US. 236 141 LED 2d 242, 118 SCt 1969 (1998); AEDPA cert of Appealability; upon direct review; US. v. Washington 69 F3d 401 (9th circuit 1995) ($) Griffith v. Kentucky 479 US. 314, 93 LED 2d 649, 107 Sct 708 (1987) on direct Supreme Court grounds Superseding.

(2.) Petitioner claims that he was born; 9/2/1976 ($) offense date was 6/22/95 (ie) 17 yrs. 9 mos. 29 days; which means petitioner was a minor ($) not eligible to face death penalty ($) both conviction ($) Sentence should be expunged ($) Double jeopardy would apply because departure is "other" crime which would require new trial on substantially Same crime; violation of 5th amendment. See, Doc. 1 thru 5 ($) 9

(3) Petitioner claims (USC) Roper v. Simmons (2005) is authoritive ($) applies retroactively; (See; US. v. Matthews 178 F3d 295 (5th cir. 1999). ($) requires immediate relief; (See in Lee v. City of Los Angeles 250; F3d 668 (9th cir) 2001.

Respectfully Submitted;
& Jeffery Paul Cw.
Jeffery Paul Cw.
10517042
P.O. Box 33
Terre Haute, IN. 4780

Certify; I hereby certify that a true copy of this Summary/action was placed in Mail (via) US Postal Service; to USDC, IN.

Jeffery Paul 10517-042
Po. Box 33
Terre Haute, IN.
47808

JUN 2 4 2013

**Federal Correctional Complex**
**Terre Haute, IN 47802**
**Date:**____________

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence to be forwarded to another individual, please return to the above listed address.

TUE 25 JUN 2013 PM
INDIANAPOLIS 462