IN the Western District of ARKANSAS

Jeffery Paul
10517042
PO Box 33
Terre Haute, IN.
47808

(Inform) Capital Case
6:96 CR 60022
Hot Springs, Division

- Legal Letter -

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JUL 11 2013
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

Dear Sirs;

① Please note that I have been under threat of execution (&) housed on Federal Death Row (or) comparable, for 15 years 10 mos 28 days (on) 6/27/2013; with no Representation or Spousal rights.

② Petitioner Did file in 8th circuit/ District (&) appeal to (USC) to Certify claim; as follows; Petitioner was born 9/21/1976 (&) Court was obligated to factor age from Offense date of 6/22/95 which is 17yrs. 9mos. 27 days, according to Ch. 51; T.18; FCC & R § 1111 (a)(b)(1)(2); 1st Degree murder does not exclude death (&) for purposes of offense; person under age of 18yrs does not achieve Juvenile Status; but is a child, therefore; Not competent to Stand trial.

③. Petitioner does claim Prison (&) Courts have been aware of intent to exclude Minor offenders from that offense class; byway of (USC) Roper v. Simmons (2005); (&) that this petitioner is being harmed by Custody (&) dilatory effect of disability, ADHD/ADD; (&) that is compounding difficulty in pleading to Court for relief with any Due process; (&) is also a violation of the Statutory intent of The Americans with Disability Act (&) (USC) Tennessee v. Lane (2004).

④ Please order hearing for emergency relief.

Sincerely;

Jeffery Paul 10517042

Signed [signature]

6/27/2013

Jeffery Paul 10517042
P.O. Box 33
Terre Haute, IN
47808



C/o The Clerk, W.D. USDC AR.
85 E Mountain Room 510
Fayetteville, AR
72701

72701535335