Western District of AR

(1)

Jeffery Paul
plaintiff
v.
The United States of America
defendant

Case No 6:96 CR 60022
BAB / JLH

7/4/13

RECEIVED
WD/AR
JUL 08 2013
U.S. CLERK'S OFFICE

Motion to amend DOC. 383; filed on (6/27/2013); pursuant to Habeas § 2255 relief, to vacate (&) correct sentence (&) conviction–

Comes Now; petitioner does submit this Motion pursuant to fundamental (&) substantative due process.

(1.) Petitioner claims that according to the julian calendar, the proper way to determine age is to count the years lived completely; (&) add the remainder; dividing by 365 days.

(2.) I believe prosecution reduced 95-76 for 19 yrs to start, but refused to allow partial years to function as (zero), which leaves 94 (&) 77 as starting whole numbers; for 94-77 (=) 17 years completed, because 94 achieves Jan 1; for 365 days (=) 1 count.

(3.) 17 (x) 365 days (=) 6205 (+) 4 leap years; for 6,209 days.

(4.) 9/2/76 (=) 3 mos 28 days (for 120 days)

(5.) 6/22/95 (=) 5 mos. 22 days (for 173 days)

(6.) 6,209 (+) 293 (=) 6,502 (÷) 365 for; 17 yrs. 9 mos. 27 days.

(7.) Petitioner is not omitting value because each whole number receives 365 day value; Jan 1. 1995 is 1995; Jan 1 94 through; Dec 31 is 94; (=) 365. (94-77 (=) 17 years, that is correct.

Respectfully submitted
Jeffery Paul 10517042
P.O. Box 33, Terre Haute, IN.
47808

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JUL 11 2013
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

Western District of AR. (2)

- Specifics - (Arithmetic) 7/4/13

(1.) 76 (=) ∅

(2.) 77 - 80 (=) 3

(3.) 80 - 90 (=) 10

(4.) 90 - 94 (=) 4

(5.) 95 (=) ∅

Problem: 76 - 95 (=) (19) yrs
Whole Numbers

loss ∅ (2 times) (-2)

(=) 17.

Add Remainder for;

17 years 9 mos, 27 days

Respectfully Submitted

[signature] 10517042

PO Box 33

Terre Haute, IN 47808

(3.)

Western District, AR

Jeffery Paul
Plaintiff
v.
The United States of America
Defendant

Case no. 6:96 cr. 60022
BAB/JLH

- Affidavit pursuant to assignment of Value to numbers In Contention -

Comes now the petitioner does submit the following affidavit; pursuant to numbers ($) signs.

(1.) Petitioner assigns 1998 (=) 5 mos. 22 days
(2.) Petitioner assigns 1976. (=) 3 mos 28 days
(3.) Petitioner assigns 77 (=) 365 days
(4.) Petitioner assigns 94 (=) 365 days
(5.) Petitioner claims full value of completed years having transpired is from comprehensive; 77 - 94 (=) (17) ($) that including 76 (or) 95 is transposition of value Not included therein; increasing age beyond minor to Juvenile capacity which is a miscalculation.

Respectfully submitted
Jeffery Paul Co. 10517042
PO Box 33, Terre Haute IN,
47808

Jeffery Paul (C.J.)
10517042
P.O. Box 33
Terre Haute, IN.
47808

INDIANAPOLIS IN 460
05 JUL 2013 PM 1



Legal mail

c/o The Clerk of the Court
USDC Western District
35 E Mountain, Room 510
Fayetteville, AR. 72701

72701535335