IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA PLAINTIFF

v. No. 96-60022

JEFFERY WILLIAM PAUL DEFENDANT

**ORDER**

Now on this 17th day of July, 2013, the above referenced matter comes before the Court. The Court hereby orders that this matter is hereby referred to Honorable Barry A. Bryant, United States Magistrate Judge, for a report and recommendation as to whether the Court should address the pro se filings of Jeffery William Paul when he appears to be represented by counsel, namely attorneys Sean O'Brien, Robert McGlasson, and Jennifer Merrigan.

IT IS SO ORDERED.

/s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE