In the U.S. Western District of AR.

USA
v.
Paul

Case No. 6:96 cr. 60022 JLH/BAB
Cv. No. 6:13 - 06014

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
JUL 31 2013
CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

- Motion to object; to Report ($) Recommendations; dated 7/22/2013; by Hon. Barry A. Bryant -

Comes now the petitioner does submit the motion above to move court; pursuant to Substantial due process; entry upon the record an objection to recommendation precluding any further pro-se filings.

(1.) Petitioner does object to report from Hon. Barry A. Bryant; due to lack of meaningful access to attorneys resulting from prohibitive Bureau Strictures including diminished communications ($) austerity.

(2) Petitioner is disabled; learning ($) suffers from physical pain ($) cannot afford supplies to achieve competent legal intelligibility; ($) Prison refuses to comply with requests to facilitate for special needs; violation of Tennessee v. Lane (USC)(2004); ($) US. v. Delgado (256 F3d 264 (5th cir 2001); .. allocution; Hawkins v. Mullin 291 F3d 658 (10th cir. 2002); supplementals, ($) US. v. Matthews; 178 F3d 295 (5th Cir 1999).

(3) Petitioner claims to have right to meaningful access to courts; Vega v. Johnson 149 F3d 354 (5th Cir. 1998); pro'se ($) Rand v. Rowland 154 F3d 952 (9th Cir. 1998); ($) currently does have a prima facie complaint; which is priority; so must be maintained as priority; Kitchen v. US. 227 F3d 1014 (7th cir. 2000); or appeals are default.

Respectfully Submitted;
Jeffery Paul [signature] No. 05170-02
P.O. Box 33, Terre Haute, IN. 47808
7/28/2013

Certificate of Service; certified; 7/29/2013 (via) US Postal Service

Jeffery Paul (10517042)
P.O. Box 33
Terre Haute, IN 47808

INDIANAPOLIS IN 460

Legal Mail

Hon. R. Bryant
C/o The Clerk / USDC; W.D. AR.
35 E. Mountain, Rm. 510
Fayetteville, AR. 72701

72701535335