IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

USA PETITIONER(S)/PLAINTIFF(S)

v. Case No.: 96-60022

JEFFERY WILLIAM PAUL RESPONDENT(S)/DEFENDANT(S)

# NOTICE OF SERVICE

The Clerk of Court was directed to serve the following:

Rob Schalburg, U.S. Penitentiary, Terre Haute, IN and J.F. Caraway, U.S. Penitentiary, Terre Haute, IN.

by certified mail, with documents as set forth in an Order dated 10/01/2013 .

Rob Schalburg and J.F. Caraway was served by certified mail on 10/8/2013

as reflected by the return receipt which is attached hereto.

CHRISTOPHER R. JOHNSON
CLERK OF COURT

By: /s/ T. Gunderson
Deputy Clerk