**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 13-2987

Jeffery William Paul

Petitioner

v.

United States of America

Respondent

---

Petition for permission to file a Successive Habeas Petition

---

**ORDER**

Petitioner's motion for reconsideration is denied.

October 31, 2013

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans