IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA PLAINTIFF

v. No. 96-60022

JEFFERY WILLIAM PAUL DEFENDANT

**ORDER**

Now on this 10th day of March, 2014, the above referenced matter comes before the Court for consideration of the motion of Jeffery William Paul entitled **Motion for Discovery & Assignment of Case No#** (document #389), and the government's response thereto. The Court, being well and sufficiently advised, finds and orders as follows:

1. On June 23, 1997, Jeffery William Paul was convicted of murder for the killing of a man in Hot Springs National Park, Hot Springs, Arkansas. Paul was sentenced to death as a result of that conviction in the United States District Court for the Western District of Arkansas.

2. A direct appeal and post-conviction proceedings followed. Counsel was appointed by this Court to represent Paul on all post-conviction matters. Specifically, Robert McGlasson was appointed on January 30, 2002; and, Sean O'Brien was appointed on September 15, 2003. In addition, Jennifer Merrigan was appointed on February 26, 2007 by the United States Court of Appeals for the Eighth Circuit.

3. All three court-appointed counsel remain counsel of record for Paul as of this date.

4. On February 7, 2013, Paul filed a Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255. The motion to vacate was filed pro se. Following that filing, Paul filed numerous other miscellaneous motions, all acting pro se. His court-appointed

counsel remain his counsel of record in this case, but did not join in any of the pro se filings.

5. On July 17, 2013, this Court referred this matter to Honorable Barry A. Bryant, United States Magistrate Judge, for a report and recommendation as to whether the Court should address the pro se filings of Paul when he remains represented by counsel.

6. Judge Bryant issued a report and recommendation finding that the Court has no obligation to consider pro se filings by litigants represented by counsel and recommends the Court decline to do so in this case going forward.

7. After reviewing the objections to the Report and Recommendation filed by Paul, the Court adopted the Report and Recommendation, and denied the pro se filings as the Court has no obligation to consider such. The Court further directed the Clerk of this Court to accept no further *pro se* filings by Paul in this matter until further notice by this Court.

8. Based on the Court's previous order, and the fact that Paul remains represented by three attorneys of record, the Court declines to address the instant motion and orders that it be stricken, as pro se filings by Paul will not be accepted in this matter.

IT IS SO ORDERED.

/s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE