**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

April 09, 2014

Mr. Jeffery William Paul
FEDERAL CORRECTIONAL INSTITUTION
10517-042
P.O. Box 33
Terre Haute, IN 47808-0000

RE: 14-1832 In re: Jeffery Paul

Dear Mr. Paul:

We have assigned your petition for a writ the case number shown above. Your case will be referred to a panel of judges for review. We will promptly advise you of the Court's ruling.

Michael E. Gans
Clerk of Court

EDG

Enclosure(s)

cc: Mr. Christopher R. Johnson

District Court/Agency Case Number(s): 6:96-cr-60022-TLB-1

**Caption For Case Number: 14-1832**

In re: Jeffery William Paul

Petitioner

**Addresses For Case Participants: 14-1832**

Mr. Jeffery William Paul
FEDERAL CORRECTIONAL INSTITUTION
10517-042
P.O. Box 33
Terre Haute, IN 47808-0000

Mr. Christopher R. Johnson
U.S. DISTRICT COURT
Western District of Arkansas Clerk's Office
30 S. Sixth Street
P.O. Box 1547
Fort Smith, AR 72902-0000