ny W. Paul 10517042
Box 33 (USP Terre Haute / SCU Death Row).
e Haute, IN.
47808-0033




$00.00°

- Legal Mail -
(Media Mail Rate)

CAPITAL-CASE
(PRO-SE) /
(Legal / special)

C/o The Clerk of The Court
The 8th Circuit Court of Appeals
Federal Appellate Court
111 South 10th St.
St Louis, MO.
63102

INMATE IDENTIFICATION CONFIRMED