**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

No: 14-1832

---

In re: Jeffery William Paul

Petitioner

---

Appeal from U.S. District Court for the Western District of Arkansas - Hot Springs
(6:96-cr-60022-TLB-1)

---

**JUDGMENT**

Petitioner's pro se motion filed April 9, 2014 is denied.

April 22, 2014

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans