United States District Court
Western District of Arkansas
John Paul Hammerschmidt Federal Building
35 E. Mountain, Suite 559
Fayetteville, Arkansas 72701
(479) 695-4460
tlbinfo@arwd.uscourts.gov

Timothy L. Brooks
U.S. District Court Judge

---

May 16, 2014

Mr. Jeffery William Paul
10517042
P.O. Box 33
Terre Haute, IN 47808-0033

RE: USA v. Paul; Criminal No. 96-60022-001

Dear Mr. Paul:

Please be reminded that an order was entered in this matter on August 26, 2013, by the Honorable Jimm Larry Hendren directing the clerk to accept no further pro se filings since you are represented by counsel.

I am returning herewith all original documents you have mailed to the clerk and myself. These documents have been forwarded to your attorneys of record, Jennifer Merrigan, Karl Schwartz, and Jenny Osborne.

Sincerely,

Timothy L. Brooks
United States District Judge