**UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT**

No: 14-1832

In re: Jeffery William Paul

Petitioner

---

Appeal from U.S. District Court for the Western District of Arkansas - Hot Springs
(6:96-cr-60022-TLB-1)

---

**ORDER**

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

Judge Shepherd did not participate in the consideration or decision of this matter.

June 03, 2014

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans