**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

United States of America PLAINTIFF(S)

VS. CASE NO. 6:96-cr-60022

Jeffery William Paul DEFENDANT(S)

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for
Jeffery William Paul

I certify that I am admitted to practice in this court.

Date: 6/26/14

/s/ *Laura M. Berg*
Electronic Signature

Laura M. Berg, GA Bar # 054120
Attorney name and Bar number

Federal Public Defender District of Delaware
Law Firm Name

800 N. King Street, Suite 200
Law Firm Street Address

Wilmington, DE 19801
Law Firm City, State and Zip Code

302-573-6010
Law Firm Phone Number

302-573-6041
Law Firm Fax Number

Laura_Berg@fd.org
Attorney's E-mail Address