# U.S. COURT OF APPEALS – EIGHTH CIRCUIT

## NOA SUPPLEMENT

Please note any additions or deletions to the style of the case from the style listed on the docket sheet
(or attach an amended docket sheet with the final style of the case)

***Criminal No. 6:96cr60022-001 USA vs. Jeffrey William Paul***

Length of Hearing: 1 day - on video teleconference

Financial Status: Fee Paid? Yes ______ No __X__

If NO, has IFP been granted? Yes __X__ No ______

Is there a pending motion for IFP? Yes ______ No ______

Are there any other post - judgment motions? Yes ______ No __X__

Is there keen local interest in this case? Yes ______ No __X__

Do you recommend a simultaneous opinion release? Yes ______ No __X__

Please identify the court reporter.

If no court reporter, please check ______

Theresa Sawyer
P. O. Box 3487
Fayetteville, AR 72702
479-444-7876

**Criminal cases only:**

Is the defendant incarcerated? Yes __X__ No ______

Please list all other defendants in this case, if there were multiple defendants.

**Special Comments**: Death Penalty

8/25/05