**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.** **CASE NO. 6:96-CR-60022-001**

**JEFFREY WILLIAM PAUL** **DEFENDANT**

**ORDER**

The above referenced matter comes on for consideration of **Movant's *Unopposed* Request to Lodge § 2255 Motion Pending Ruling On Successor Application** (Doc. 434). The Court finds and orders that the same should be, and hereby is, **GRANTED**.

Counsel for Jeffrey Paul are instructed to file the proposed § 2255 motion at this time. The § 2255 motion will be held in abeyance pending a ruling on the successive filing from the Eighth Circuit Court of Appeals. In the event the Eighth Circuit grants Mr. Paul's application to file a successive § 2255 motion, the motion shall be deemed filed as of June 13, 2016.

**IT IS SO ORDERED** on this 24th day of June, 2016.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE