**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **Criminal No. 96-60022-001**

**JEFFREY WILLIAM PAUL** **DEFENDANT**

**ORDER**

Petitioner's **Motion to Vacate Conviction and Sentence Under 28 U.S.C. § 2255** (Doc. # 436) was filed on June 24, 2016 in accordance with this Court's Order (Doc. # 435) instructing the Petitioner to lodge the motion pending a ruling from the Eighth Circuit Court of Appeals concerning the successive § 2255 filing. The Court finds that the **Motion** should be, and hereby is, **held in abeyance** pending a ruling from the Eighth Circuit.

**IT IS SO ORDERED** this 27th day of June, 2016.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE