IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 6:96CR60022 |
| | ) | |
| JEFFERY WILLIAM PAUL | ) | |

ENTRY OF APPEARANCE

Comes now the United States of America, by and through Mark W. Webb, Assistant U.S. Attorney, and enters his appearance in the above referenced case.

Respectfully submitted,

KENNETH ELSER
UNITED STATES ATTORNEY

By: */s/ Mark W. Webb*

Mark W. Webb
Assistant U.S. Attorney
Bar No. 77141
414 Parker Avenue
Fort Smith, AR 72901
Phone: (479) 783-5125
Fax: (479) 441-0569
mark.webb@usdoj.gov