UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | |
|---|---|
| JEFFERY WILLIAM PAUL, | ) |
| | ) Criminal Case No. 6:96-cr-60022-TLB |
| Petitioner, | ) |
| | ) |
| v. | ) **CAPITAL CASE** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## NOTICE OF CHANGE OF ATTORNEY

Counsel respectfully requests that the court no longer send any further pleadings, papers, or other documents to the previously noticed attorney, who is no longer affiliated with this office, as follows:

Laura Berg

Respectfully Submitted,

/s/ Karl Schwartz
KARL SCHWARTZ
CHIEF, CAPITAL HABEAS UNIT
Delaware Federal Defender Office
800 North King Street
Wilmington, DE 19801
(302) 442-6550
Karl_Schwartz@fd.org

Dated: June 27, 2016