**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No: 16-2330

Jeffery William Paul

Petitioner

v.

United States of America

Respondent

---

Appeal from U.S. District Court for the Western District of Arkansas - Hot Springs
(6:13-cv-06014-JLH)
(6:96-cr-60022-TLB-1)

---

**MANDATE**

In accordance with the judgment of 08/05/2016, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

August 05, 2016

Clerk, U.S. Court of Appeals, Eighth Circuit