**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **Criminal No. 96-60022-001**

**JEFFERY WILLIAM PAUL** **DEFENDANT**

**ORDER**

Currently pending is Jeffery William Paul's **Motion to Vacate Conviction and Sentence Under 28 U.S.C. § 2255**. (Doc. 436) In accordance with this Court's previous order (Doc. 437), the motion was held in abeyance pending a ruling from the Eighth Circuit Court of Appeals concerning Paul's application to file a successive § 2255 motion. The Eighth Circuit has now denied Paul's application. A Mandate in accordance with the Eighth Circuit's judgment was issued on August 5, 2016. (Doc. 440)

The Court, therefore, finds that Paul's **Motion to Vacate Conviction and Sentence Under 28 U.S.C. § 2255** (Doc. #436) should be, and hereby is, **denied as moot**.

**IT IS SO ORDERED** this 10th day of August, 2016.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE