## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 19-1994

Jeffery William Paul

Petitioner

v.

United States of America

Respondent

_____

Appeal from U.S. District Court for the Western District of Arkansas - Hot Springs
(6:13-cv-06014-JLH)
(6:96-cr-060022-TLB-1)

_____

**MANDATE**

In accordance with the judgment of 06/21/2019, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 21, 2019

Clerk, U.S. Court of Appeals, Eighth Circuit