**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

June 21, 2019

Ms. Shawn Nolan
FEDERAL COMMUNITY DEFENDER OFFICE
545W The Curtis Center
601 Walnut Street
Philadelphia, PA 19106-0000

RE: 19-1994 Jeffery Paul v. United States

Dear Counsel:

Enclosed is a dispositive order entered today at the direction of the court.

Pursuant to Section 106 of the Antiterrorism and Effective Death Penalty Act of 1996, the grant or denial of an authorization by a court of appeals to file a second or successive application shall not be appealable and shall not be the subject of a petition for rehearing or for a writ of certiorari.

Michael E. Gans
Clerk of Court

AMT

Enclosure(s)

cc: Mr. Jeffrey Bradford Kahan
Mr. Jeffery William Paul
Mr. Mark W. Webb
Mr. James Robert Wood
Mr. Douglas F. Young

District Court/Agency Case Number(s): 6:13-cv-06014-JLH
6:96-cr-060022-TLB-1