FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Jul 16, 2019
OFFICE OF THE CLERK

USDC Western Dist. of AR.

(pg 1).

Jeffery Paul W.
10517042
USP Terre Haute, IN.
PO B 33
Terre Haute, IN.
47808-0033

(Expm) Appellate Case -
19-1994 (USCA 8 cir)

Jeffrey William Paul Pet.
v.
United States Resp.

No. 6:96 cr 60022 TLB

[Capital-Case]

Legal Letter - (Pro Se) Correspondence -

Dear Sirs;

I filed a Motion under New Supreme Court Law delineated in: McCoy v. Louisiana
No: 16-8255 (5/14/18)

Which was timely & is reiterated that violating a Clients right to support their Plea is a Constitutional violation of the 6th Amd. to Counseled Representation & may constitute STRUCTURAL ERROR; which is relevant & applicable to my case because Counsel violated my right to reject terms of a Plea-Bargain requiring admission of guilt to a crime I denied I committed, the USCA 8 cir. denied CoA recently, without comment.

USDC Western Dist. of AR

(Pg. 2)

Conti...

I am not duly convicted by any standard & my captivity is a fundamental - Miscarriage of Justice, & I am demanding this court proceed & liberally remand the case!

I am asking to retain the offices of Appointed Counsel, Attorney Shawn Nolan of the E. Dist. of PA. (215.928.0520 Ph) - & further; asking for Judge Bryant to recuse because I believe he is related to persons representing a domestic conflict of interest of my former spouse, from Hot Springs AR.

Sincerely,

Jeffery W. Paul

Jeffery Paul 10517042

7/2/19

Jeffery Paul 10517042
USP Terre Haute, IN
PO Box 33
Terre Haute, IN.
47808

7016 3560 0000 48

INMATE
IDENTIFICATION
CONFIRMED