IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff/Respondent,<br>v.<br>JEFFERY WILLIAM PAUL,<br>Defendant/Petitioner. | CRIMINAL ACTION<br><br>6:96-cr-60022-TLB |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel for Defendant/Petitioner Jeffery William Paul.

Respectfully submitted,

/s/ Peter Williams
PETER WILLIAMS
Pa. Bar No. 90959
Capital Habeas Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Pete_Williams@fd.org

Dated: June 23, 2020

**CERTIFICATE OF SERVICE**

I, Peter Williams, Esq., hereby certify that on this 23rd day of June 2020, a copy of the foregoing was served via the Electronic Case Filing system on the following counsel of record:

Mark W. Webb
U.S. Attorney's Office
P.O. Box 1524
414 Parker Avenue
Fort Smith, AR 72902

/s/ Peter Williams
PETER WILLIAMS