IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| Plaintiff/Respondent, | : | |
| v. | : | 6:96-cr-60022-TLB |
| JEFFERY WILLIAM PAUL, | : | **CAPITAL CASE** |
| Defendant/Petitioner. | : | |

AND NOW, this ____ day of ______________, 2020, upon consideration of Counsel for Petitioner Jeffery Paul's Motion for Leave to Appear *Pro Hac Vice* without Local Counsel, it is hereby ORDERED that Petitioner's Motion is GRANTED. Attorney Peter Williams of the Federal Community Defender Office for the Eastern District of Pennsylvania shall be permitted to appear *pro hac vice* in the above captioned case without the appointment of or association with local counsel.

BY THE COURT:

______________________________
Hon. Timothy L. Brooks
United States District Judge