US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS

Nov 6, 2023

OFFICE OF THE CLERK

-United States District Court-

-ARKANSAS-Fort Smith -Western District-

Jeffery Paul.W.
Rg#10517-042 -
USP TERRE HAUTE,IN.
PO BOX 33
Terre Haute,IN.
               47808

(In rem:USA V.Paul
6:96 cr 60022-001(WD/AR-HOT SPRINGS Division-)

                        (Attached 5 og.COPY of
                         -COURT ORDER from Judge
                         -Timothy L.Brooks(HON.)

- LEGAL LETTER to The Clerk of The Court-

     Dear Sirs,

        On 10/18/23 Judge Brooks(HON.) amended the Sentence
in my case on appeal from DEATH to LIFE byway of HABEAS §2255
T.28-USC-.

        Please note that I am indigent but need instruction on
whether I can file for permission to submit a PRO-SE MOTION
for FURTHER relief due to the fact that I was convicted of an
INVOLUNTARY PLEA-BARGAIN,based on MATERIAL PERJURY,(&)received
previously unavailable(untested)corroberating eyewitness testim-
ony which is consistent with forensics(&)wholly exonerates me...
so the amended sentence which leaves a conviction(&)penalty is
inadequate,without a JURY TRIAL.

        I have a Appointed Lawyer,but am confused because the paper
-work I received says he didnt object to the imposition of the
sentence adjustment,though I expressly rejected that PLEA-BARGAIN
because I intended to prove ACTUAL INNOCENCE...I need effective
assistance on this matter...?

        Please instruct me(or)Appointed Counsel what to do next.
        This PETITIONER is LEARNING DISABLED from injury,hereby
submitting UNCOUNSELED PRO-SE Correspondence due to inadequate
REMEDY on the MOTION?


                        SINCERELY   Jeffery Paul   *
                                    Jeffery Paul W.

10/30/23

AO 245C (Rev. 09/19)  Amended Judgment in a Criminal Case
Sheet 1

(NOTE: Identify Changes with Asterisks (*))

# UNITED STATES DISTRICT COURT

Western  District of  Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
| v. | |
| JEFFERY WILLIAM PAUL | Case Number:  6:96CR60022-001 |
| | USM Number:  10517-042 |
| Date of Original Judgment: June 25, 1997 | Shawn Nolan |
| *(Or Date of Last Amended Judgment)* | Defendant's Attorney |

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☒ was found guilty on count(s)  One (1s) of the Indictment on June 25, 1997*
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §§ 1111(a) and 2 | Murder in the First Degree, Aiding and Abetting | 06/22/1995 | 1 |

The defendant is sentenced as provided in pages 2 through ___4___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

_October 18, 2023_
Date of Imposition of Judgment

_____
Signature of Judge

Honorable Timothy L. Brooks, United States District Judge
Name and Title of Judge

_October 18, 2023_
Date

AO 245C (Rev. 09/19)   Amended Judgment in a Criminal Case
Sheet 2 — Imprisonment

(NOTE: Identify Changes with Asterisks (*))

Judgment — Page ___2___ o ___4___

DEFENDANT:      JEFFERY WILLIAM PAUL
CASE NUMBER:   6:96CR60022-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:      **life on Count One.***

☐   The court makes the following recommendations to the Bureau of Prisons:

☒   The defendant is currently in the custody of the United States Bureau of Prisons.

☐   The defendant shall surrender to the United States Marshal for this district:

  ☐   at   _____   ☐   a.m.   ☐   p.m.   on   _____   .
  ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐   before 2 p.m. on   _____   .
  ☐   as notified by the United States Marshal.
  ☐   as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on   _____   to   _____

at   _____   with a certified copy of this judgment.

UNITED STATES MARSHAL

By   _____
DEPUTY UNITED STATES MARSHAL

AO 245C (Rev. 09/19) Amended Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

(NOTE: Identify Changes with Asterisks (*))

Judgment — Page __3__ of ____4____

DEFENDANT:       JEFFERY WILLIAM PAUL
CASE NUMBER:    6:96CR60022-001

## CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 100.00* | $ -0- | $ -0- | $ -0- | $ -0- |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be
entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in
the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid
before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

| **TOTALS** | $ _____ | $ _____ | |
|---|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the
fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be subject
to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

☐ the interest requirement is waived for    ☐ fine    ☐ restitution.

☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

AO 245C (Rev. 09/19) Amended Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page ___4___ of ___4___

DEFENDANT: JEFFERY WILLIAM PAUL
CASE NUMBER: 6:96CR60022-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A ☒ Lump sum payment of $ ___100.00*___ due immediately.

     ☐ not later than _____ , or
     ☐ in accordance with ☐ C,    ☐ D,    ☐ E, or   ☐ F below; or

B ☐ Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or    ☐ F below); or

C ☐ Payment in equal_____ (e.g., weekly, monthly, quarterly) installments _____ over a period of
     _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal_____ (e.g., weekly, monthly, quarterly) installments _____ over a period of
     _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
     term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
     imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

     Case Number
     Defendant and Co-Defendant Names                             Joint and Several           Corresponding Payee,
     *(including defendant number)*          Total Amount              Amount               if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.

DEFENDANT:        JEFFERY WILLIAM PAUL
CASE NUMBER:      6:96CR60022-001
DISTRICT:         WESTERN ARKANSAS

## REASON FOR AMENDMENT
(Not for Public Disclosure)

**REASON FOR AMENDMENT:**

☐ Correction of Sentence on Remand (18 U.S.C. 3742(f)(1) and (2))

☐ Reduction of Sentence for Changed Circumstances (Fed. R. Crim. P. 35(b))

☐ Correction of Sentence by Sentencing Court (Fed. R.Crim. P. 35(a))

☐ Correction of Sentence for Clerical Mistake (Fed. R.Crim. P. 36)

☐ Modification of Supervision Conditions (18 U.S.C. § 3563(c) or 3583(e))

☐ Modification of Imposed Term of Imprisonment for Extraordinary and Compelling Reasons (18 U.S.C. § 3582(c)(1))

☐ Modification of Imposed Term of Imprisonment for Retroactive Amendment(s)to the Sentencing Guidelines (18 U.S.C. § 3582(c)(2))

☒ Direct Motion to District Court Pursuant to
   ☒ 28 U.S.C. § 2255 or        ☐ 18 U.S.C. § 3559(c)(7)
   ☐ Modification of Restitution Order (18 U.S.C. § 3664)

\*On August 2, 2023, the United States District Court for the Southern District of Indiana granted the defendant's petition for writ of habeas corpus and vacated his conviction under 18 U.S.C. § 924(c) and his death sentence. *See* Doc. 450-1 of the case file. The case was then remanded to this Court for retrial of the penalty phase. On October 10, 2023, the United States notified the Court that it no longer intended to seek the death penalty for the defendant's conviction for aiding and abetting first-degree murder. *See* Doc. 458 of the case file. Accordingly, the only sentence the Court may impose pursuant to 18 U.S.C. §§ 2 and 1111(b) is life imprisonment. Both the defendant and the United States advised the Court in an email that they agreed no formal re-sentencing hearing was either desired or required prior to the entry of an amended judgment.



Jeffery Paul [illegible]
reg. # 10517 042
USP Terre Haute, IN.
Po Box 33
Terre Haute, IN.
        47808

INDIANAPOLIS 46206
MON 30 OCT 2023 PM

Legal Mail

( In Rem: Capital Case ) —
Office of The Clerk of the Court
80 - S. 6th Street — Room 1038
Fort Smith, AR.
              72901-2437

UNITED STATES
POSTAL SERVICE

USPS TRACKING #