IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA RESPONDENT

v. Crim. No. 6:96-cr-60022-TLB

JEFFERY WILLIAM PAUL MOVANT

**ORDER**

**BEFORE** the Court is the "Petition for Writ of *Habeas Corpus*" filed herein by JEFFERY WILLIAM PAUL, (hereinafter referred to as "PAUL") an inmate currently confined in the Federal Bureau of Prisons.[1] This Petition was automatically referred to the undersigned upon filing. The Court has considered the Petition and finds as follows:

**1. Procedural Background**:

On June 23, 1997, in the United States District Court for the Western District of Arkansas, PAUL was convicted of killing a man in Hot Springs National Park, Hot Springs, Arkansas. His co-defendant was sentenced to life in a separate trial. On June 25, 1997, Paul was sentenced to death. ECF No. 238.[2] On June 27, 2000, the United States Court of Appeals for the Eighth Circuit affirmed Paul's conviction and death sentence. *See United States v. Paul*, 217 F.3d 989 (8th Cir. 2000). A Petition for a Writ of Certiorari was denied on October 1, 2001. *See Paul v. United States*, 534 U.S. 829 (2001). A motion to rehear the denial of certiorari was denied on February

1The Clerk of this Court inadvertently designated the Petition as one filed pursuant to 28 U.S.C. Sec. 2254 and opened a new case. *See, Paul v. Secretary*, No. 6:24-cv-06034. This mistake is addressed below.

[2]Documents from the Court's file are referred to by docket number and referenced "ECF. No. __."

19, 2002. *See Paul v. United States*, 534 U.S. 1156 (2002).

PAUL filed a Motion for a New Trial and to Vacate, Set Aside or Correct Judgment pursuant to 28 U.S.C. § 2255 on December 17, 2002. ECF No. 271. This Court denied the motion on January 31, 2005. ECF No. 322. The Eighth Circuit remanded with instructions to consider the motion in light of *Tiedeman vs. Benson,* 122 F.3d 518 (8th Cir. 1997). ECF No. 341. On remand this Court denied PAUL's request for a Certificate of Appealability. ECF No. 345. The U.S. Court of Appeals for the Eighth Circuit then granted a Certificate of Appealability and denied relief. *See Paul v. United States*, 534 U.S. 832 (8th Cir. 2008). Paul petitioned the United States Supreme Court for writ of certiorari on February 20, 2009. The United States Supreme Court denied his petition, October 5, 2009. ECF No. 361.

PAUL filed various other motions and petitions over the ensuing years. All were denied until August 2, 2022, when the United States District Court for the Southern District of Indiana, granted PAUL's petition for habeas relief, vacated the sentence of death, subject to a retrial for sentencing in this Court.[3] ECF No. 450. PAUL was resentenced to life imprisonment on October 18, 2023, by the entry of an Amended Judgment. ECF No. 459.

On March 19, 2024, PAUL filed the instant Petition seeking relief from the Amended Judgment imposing a life sentence. In Order to correct the filing mistake made by the Clerk and to further assist the Court in its consideration of the instant Petition the Court enters the following order:

**IT IS ORDERED:**

**1.** The Clerk of this Court shall close the case of *Jeffery Paul v. Secretary, Department*

---

[3] Honorable Jane Magnus-Stinson, United States District Judge.

*of Corrections*, No. 6:24-cv-06034.

2. The Petition for Writ of *Habeas Corpus*, filed on March 19, 2024, in Cause No. 6:24-cv-06034, shall be filed *nunc pro tunc* in this case and designated as a Motion to Modify, Correct or Vacate Sentence pursuant to 28 U.S.C. Sec. 2255.
3. The Government shall not respond to the Motion until ordered to do so by the Court.
4. PAUL, was last represented by Mr. Shawn Nolan, of the Federal Defender's Office for the Eastern District of Pennsylvania. Mr. Nolan represented PAUL by appointment from this Court. ECF No. 453. Mr. Nolan is **ORDERED** to notify this Court of the status of his or his office's representation of PAUL no later than April 10, 2024.
5. If Mr. Nolan, or his office currently represents PAUL, Mr. Nolan is **ORDERED** to file an Amended Motion on behalf of PAUL on or before April 24, 2024. This Amended Motion shall take the place of the *pro se* Petition filed on March 19, 2024.
6. The Clerk of this Court is **DIRECTED** to send a copy of this **ORDER** to PAUL. Further the Clerk is **DIRECTED** to forward a copy of this **ORDER** to all counsel of record as of the date of the Amended Judgment on October 18, 2023.
7. PAUL is **ORDERED** to file no further *pro se* pleadings in this matter until further Order of this Court allowing him to do so. The Clerk of this Court is directed to return to PAUL, any *pro se* pleading submitted until further **ORDER** of this Court allowing same.

**DATED** this **25th day of March 2024**.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE