IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JEFFERY WILLIAM PAUL,<br>Defendant. | CRIMINAL ACTION<br>6:96-cr-60022-TLB |

**NOTICE OF STATUS OF REPRESENTATION AND UNOPPOSED MOTION FOR A NINETY DAY EXTENSTION TO FILE AMENDED PETITION**

Defendant Jeffery William Paul, through undersigned counsel, hereby responds to the Court's March 25, 2024, order and states as follows:

1. On March 25, 2024, following the filing of a *pro se* petition for a writ of habeas corpus, the Court ordered undersigned counsel to notify the Court of the status of representation in this matter. As undersigned counsel was previously appointed by this Court, counsel is willing to remain on the case as appointed counsel.

2. The Court also ordered that, in the event undersigned counsel does represent Mr. Paul, an amended Motion to Modify, Correct, or Vacate Sentence under 28 U.S.C. § 2255 must be filed by April 24, 2024. Mr. Paul requests an additional ninety days, until July 23, 2024, to file an amended § 2255 motion.

3. Mr. Paul is currently incarcerated at the Federal Correctional Facility in Coleman, Florida. Counsel needs additional time to schedule a trip to Coleman to discuss these matters

with Mr. Paul. Additionally, counsel needs additional time to assess what, if any, viable claims may be available to Mr. Paul at this time.

4. Undersigned counsel corresponded with Kenneth Elser, counsel for the Government in this matter. Mr. Elser indicates that the Government does not oppose this request for an extension of time.

WHEREFORE, Mr. Paul respectfully requests that the Court grant his request to extend the time for the filing of an amended Motion to Modify, Correct or Vacate Sentence pursuant to § 2255 up to and including July 23, 2024. A proposed order is attached.

Respectfully submitted,

/s/ Shawn Nolan
Shawn Nolan
Pa. Bar No. 56535
Capital Habeas Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Shawn_Nolan@fd.org

Dated: April 10, 2024

**CERTIFICATE OF SERVICE**

I, Shawn Nolan, Esq., hereby certify that on this 10th day of April, 2024, a copy of the foregoing was served via the Electronic Case Filing system on the following counsel of record:

Kenneth P. Elser
Assistant U.S. Attorney
United States Attorney's Office
Western District of Arkansas
414 Parker Avenue
Fort Smith, AR 72901

/s/ Shawn Nolan
Shawn Nolan