IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| Plaintiff, | : | |
| v. | : | 6:96-cr-60022-TLB |
| JEFFERY WILLIAM PAUL, | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this ______ day of __________________________, 2024, upon consideration of Defendant's Notice of Status of Representation and Motion for an Extension to File Amended Petition, it is hereby ORDERED that the said Motion is GRANTED. Defendant's counsel shall file an Amended Motion to Modify, Vacate, or Correct Sentence under 28 U.S.C. § 2255 by July 23, 2024.

BY THE COURT:

________________________________ J.