IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA PLAINTIFF

v. Crim. No. 6:96:-cr-60022-TLB-BAB

JEFFREY WILLIAM PAUL DEFENDANTS

**ORDER**

By Order entered on March 25, 2024, Mr. Shawn Nolan was advised to update the Court on the status of his representation of Mr. Jeffrey W. Paul. (ECF No. 461). On April 10, 2024, Mr. Nolan indicated his willingness to continue to represent Mr. Paul. (ECF No. 465). For this reason, Mr. Nolan is **APPOINTED** to continue to represent Mr. Paul for purposes of the current Motion to Modify, Correct, or Vacate sentence under 28 U.S.C. § 2255.

Mr. Nolan's request for an extension of time to file an Amended Motion to Modify, Correct or vacate sentence is **GRANTED.** The Amended § 2255 Motion is due by no later than **July 23, 2024.**

Mr. Paul is reminded that since he is represented by counsel, he may not file any *pro se* pleadings. The Clerk of Court is directed to return to Mr. Paul any *pro se* pleading submitted until further **ORDER** of this Court allowing the same.

IT IS SO ORDERED this 11th day of April 2024.

/s/ Barry A. Bryant

HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE