UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
30 S. 6TH STREET, ROOM 1038
FORT SMITH, ARKANSAS 72901-2437

OFFICIAL BUSINESS

INDIANAPOLIS IN 460
23 APR 2024 PM 1 L

$0.640
US POSTAGE
FIRST-CLASS
FROM 72901
03/26/2024
stamps
endicia
062S0001443176

[redacted]
JEFFERY WILLIAM PAUL
FEDERAL CORRECTIONAL COMPLEX
TERRE HAUTE, INDIANA

**RETURN TO SENDER**

NOT AT THIS INSTITUTION X
NEED CORRECT NAME AND NUMBER ____

INMATE LOCATIONS CAN BE FOUND ON OUR WEBSITE (WWW.BOP.GOV)

## Notices

6:96-cr-60022-TLB-BAB USA v. Paul

CASREF,CRT LV to FILE,SMG

**U. S. District Court**

**Western District of Arkansas**

**Notice of Electronic Filing**

The following transaction was entered on 3/26/2024 at 10:30 AM CDT and filed on 3/26/2024

**Case Name:** USA v. Paul
**Case Number:** 6:96-cr-60022-TLB-BAB
**Filer:**
**Document Number:** 464

**Docket Text:**
**Magistrate Notice/Consent Form (jlm)**

**6:96-cr-60022-TLB-BAB-1 Notice has been electronically mailed to:**

Mark W. Webb mark.webb@usdoj.gov, Candace.Taylor@usdoj.gov, CaseView.ECF@usdoj.gov, cindy.mckinney@usdoj.gov, elizabeth.shearburn@usdoj.gov, kimberly.brooks@usdoj.gov

Kenneth P. Elser kenny.elser@usdoj.gov, CaseView.ECF@usdoj.gov, Jodi.Butler@usdoj.gov, Mandy.Salazar@usdoj.gov, kathleen.d.hogan@usdoj.gov

Clay Fowlkes Clay.Fowlkes@usdoj.gov, CaseView.ECF@usdoj.gov, Nicole.M.Times@usdoj.gov

Peter Konrad Williams pete_williams@fd.org

Shawn Nolan shawn_nolan@fd.org, alisa_berenato@fd.org, angelica_melendez@fd.org, tina_decandia@fd.org

**6:96-cr-60022-TLB-BAB-1 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1094675213 [Date=3/26/2024] [FileNumber=2430616-0

# UNITED STATES DISTRICT COURT

Western District of Arkansas

Jeffery William Paul

Petitioner
V.

USA

Respondent

NOTICE AND CONSENT —
EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

Case Number: 6:96-cr-60022

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), and Fed.R.Civ.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Do not file this form electronically. Please return form with original signature(s) to:**

**United States District Clerk**
**30 South 6th Street, Room 1038**
**Fort Smith, Arkansas 72901**