**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JEFFERY WILLIAM PAUL,<br>Defendant. | CRIMINAL ACTION<br><br>6:96-CR-60022-TLB-BAB |

**UNOPPOSED MOTION FOR THIRTY-DAY EXTENSION OF TIME TO FILE AMENDED MOTION TO VACATE OR SET ASIDE SENTENCE UNDER 28 U.S.C. § 2255**

Petitioner, Jeffery William Paul, through counsel, respectfully submits this Motion for Thirty-Day Extension of Time to File Motion to Vacate or Set Aside Sentence under 28 U.S.C. § 2255, and avers as follows:

1. Mr. Paul was convicted of murder and the use of a firearms in a crime of violence under 18 U.S.C. §§ 1111 and 924(c) before this Court, and sentenced to death on June 25, 1997. On August 2, 2022, Judge Jane Magnus-Stinson granted Mr. Paul's petition for a writ of habeas corpus under 28 U.S.C. § 2241 in the United States District Court for the Southern District of Indiana. *See Paul v. Superintendent*, 2:13-cv-00304, 2022 WL 3043526 (S.D. Ind. Aug,. 2, 2022). Judge Magnus-Stinson vacated Mr. Paul's conviction under § 924(c) as inconsistent with *Borden v. United States*, 593 U.S. 420 (2021), and also vacated his death sentence as it could have been based on the invalid firearms conviction. *Id.* at *8-9.

2. Mr. Paul was resentenced to a term of life without parole on his remaining conviction under § 1111 on October 18, 2023. ECF No. 459. On March 19, 2024, Mr. Paul filed

a *pro se* Petition for Writ of Habeas Corpus with this Court, which was re-designated as a motion to modify, correct, or vacate sentence under 28 U.S.C. § 2255. ECF No. 461. Mr. Paul's counseled, amended § 2255 motion is currently due on July, 23, 2024.

3. While counsel have made substantial progress on the motion thus far, additional time is needed for counsel to provide this Court with a professionally adequate § 2255 motion. Since Mr. Paul was first convicted in 1997 in this District, challenges have been raised concerning multiple aspects of his conviction and sentence. This litigation has generated a dense and multi-jurisdictional record. *See, e.g.*, *United States v.* Paul, 217 F.3d 989 (8th Cir. 2000); Paul *v. United States*, No. 05-3431 (8th Cir.2008); *United States v. Paul*, No. 6:96-cr-60022 (W.D. Ark. 2021); *Paul v. Superintendent*, No. 2:13-cv-00304 (S.D. Ind. 2022). It has been necessary for counsel review this record to ensure all claims presented to the court are viable and appropriately pled.

4. Additionally, undersigned counsel Shawn Nolan has been involved in end-stage litigation concerning a capital defendant who was scheduled to be executed on July 16, 2024, until a stay of execution was issued by the Supreme Court of the United States that same day. Undersigned counsel Peter Williams, meanwhile, has been engaged in extensive pretrial motions practice, trial preparation, and plea negotiations in an eight-homicide RICO case until the case was resolved in a guilty plea on July 10, 2024.

5. On July 18, 2024, Assistant United States Attorney Kenneth Elser, counsel for the government, indicated that he had no objection to this request.

6. Accordingly, counsel respectfully request a thirty-day extension (until August 22, 2024) within which to submit the amended § 2255 motion on Mr. Paul's behalf.

For the foregoing reasons, Mr. Paul respectfully requests that his motion for a thirty-day extension within which to file his amended § 2255 motion be granted. (A proposed order is attached.)

Respectfully submitted,

/s/ Peter Williams
SHAWN NOLAN
Chief, Capital Habeas Unit
PETER WILLIAMS
Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street Suite 545 West
Philadelphia, PA 19106
(215) 928-0520

Dated: July 19, 2024

**CERTIFICATE OF SERVICE**

I, Peter Williams, hereby certify that on this 19th day of July, 2024, a copy of the foregoing was served via the Electronic Case Filing system on the following counsel of record:

Kenneth P. Elser
Assistant U.S. Attorney
United States Attorney's Office
Western District of Arkansas
414 Parker Avenue
Fort Smith, AR 72901

/s/ Peter Williams
PETER WILLIAMS