IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JEFFERY WILLIAM PAUL,<br>Defendant. | CRIMINAL ACTION<br>6:96-cr-60022-TLB-BAB |

**ORDER**

AND NOW, this ______ day of _________________________, 2024, upon consideration of Defendant's Unopposed Motion for Thirty-Day Extension of Time to File Amended Motion to Vacate or Set Aside Sentence under 28 U.S.C. § 2255, it is hereby ORDERED that the said Motion is GRANTED. Defendant's counsel shall file an Amended Motion to Modify, Vacate, or Correct Sentence under 28 U.S.C. § 2255 by August 22, 2024.

BY THE COURT:

______________________________
Hon. Barry A. Bryant
United States Magistrate Judge