IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA PLAINTIFF

v. Crim. No. 6:96-cr-60022 TLB-BAB

JEFFREY WILLIAM PAUL DEFENDANT

**ORDER**

Jeffrey William Paul ("Paul") filed a *pro se* Motion to Vacate under 28 U.S.C. § 2255 on March 19, 2024. ECF No. 462.

Before the Court is Paul's, through counsel, Unopposed Motion for a Seven-Day Extension of Time to File Amended Motion to Vacate or Set Aside Sentence Under 28 U.S.C. § 2255. ECF No. 470. The motion is **GRANTED. The deadline to file an Amended Motion to Vacate or Set Aside Sentence Under 28 U.S.C. § 2255 is now August 29, 2024.**

Mr. Paul is reminded that since he is represented by counsel, he may not file any pro se pleadings. The Clerk of the Court is directed to return to Mr. Paul any pro se pleading submitted until further ORDER of this Court allowing the same.

**DATED this 21st day of August 2024.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE