**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFERY WILLIAM PAUL,<br><br>Defendant. | CRIMINAL ACTION<br><br>6:96-CR-60022-TLB-BAB |

**UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED MOTION TO VACATE OR SET ASIDE SENTENCE UNDER 28 U.S.C. § 2255 AND APPENDIX UNDER SEAL**

Defendant, Jeffery William Paul, through counsel, respectfully submits this Unopposed Motion for Leave to File Amended Motion to Vacate or Set Aside Sentence under 28 U.S.C. § 2255, and Appendix under Seal. Mr. Paul avers as follows:

1. Mr. Paul was convicted of murder and the use of a firearms in a crime of violence under 18 U.S.C. §§ 1111 and 924(c) before this Court and sentenced to death on June 25, 1997. On August 2, 2022, Judge Jane Magnus-Stinson granted Mr. Paul's petition for a writ of habeas corpus under 28 U.S.C. § 2241 in the United States District Court for the Southern District of Indiana. *See Paul v. Superintendent*, 2:13-cv-00304, 2022 WL 3043526 (S.D. Ind. Aug. 2, 2022). Judge Magnus-Stinson vacated Mr. Paul's conviction under § 924(c) as inconsistent with *Borden v. United States*, 593 U.S. 420 (2021), and also vacated his death sentence as it could have been based on the invalid firearms conviction. *Id.* at *8-9.

2. Mr. Paul was resentenced to a term of life without parole on his remaining conviction under § 1111 on October 18, 2023. ECF No. 459. On March 19, 2024, Mr. Paul filed a *pro se* Petition for Writ of Habeas Corpus with this Court, which was re-designated as a motion

to modify, correct, or vacate sentence under 28 U.S.C. § 2255. ECF No. 461. Mr. Paul's § 2255 motion is currently due on August 29, 2024. ECF No. 469 (granting Mr. Paul's previous request for a thirty-day extension of time).

3. During Mr. Paul's § 2241 proceedings, counsel for Mr. Paul were granted access to Bureau of Prisons records for Mr. Paul that were governed by a protective order. The protective order requires that any pleading that either referred to the contents of the records in question or included those records must be filed under seal. *See* Order for Information Discovered by the Defendant, *Paul v. Superintendent*, 2:13-cv-304 (S.D. Ind. Sept. 14, 2015) (attached as Exhibit A) Mr. Paul's § 2255 motion will cite records covered by the protective order. Counsel for Mr. Paul also plan on submitting an appendix of supporting documentation, which will also include records covered by the protective order.

4. To remain compliant with the previously issued protective order, counsel for Mr. Paul seeks leave to file the amended § 2255 motion and accompanying appendix under seal.

5. On August 28, 2024, Assistant United States Attorney Kenneth Elser, counsel for the government, indicated that the government has no objection to this request.

For the foregoing reasons, Mr. Paul respectfully requests that his request to file his amended § 2255 motion and appendix under seal be granted. (A proposed order is attached.)

Respectfully submitted,

/s/ Peter Williams
SHAWN NOLAN
Chief, Capital Habeas Unit
PETER WILLIAMS
Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street Suite 545 West
Philadelphia, PA 19106
(215) 928-0520

Dated: August 28, 2024

**CERTIFICATE OF SERVICE**

I, Peter Williams, hereby certify that on this 28th day of August, 2024, a copy of the foregoing was served via the Electronic Case Filing system on the following counsel of record:

Kenneth P. Elser
Assistant U.S. Attorney
United States Attorney's Office
Western District of Arkansas
414 Parker Avenue
Fort Smith, AR 72901

/s/ Peter Williams
PETER WILLIAMS