IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JEFFERY WILLIAM PAUL, Defendant. | CRIMINAL ACTION 6:96-cr-60022-TLB-BAB |

**ORDER**

AND NOW, this ______ day of __________________________, 2024, upon consideration of Defendant's Unopposed Motion for Leave to File Amended Motion to Vacate or Set Aside Sentence under 28 U.S.C. § 2255, and Appendix under Seal, it is hereby ORDERED that the said Motion is GRANTED. Defendant's counsel shall be permitted to file the Defendant's amended § 2255 motion and appendix under seal.

BY THE COURT:

______________________________
Hon. Barry A. Bryant
United States Magistrate Judge