IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA PLAINTIFF

v. Crim. No. 6:96-cr-60022 TLB-BAB

JEFFREY WILLIAM PAUL DEFENDANT

**ORDER**

Jeffrey William Paul ("Paul") filed a *pro se* Motion to Vacate under 28 U.S.C. § 2255 on March 19, 2024. ECF No. 462. On August 29, 2024, Movant, through counsel, filed his Amended Motion to Modify, Correct, or Vacate Sentence pursuant to 28 U.S.C. § 2255. ECF No. 474. The Court has reviewed the Amended Motion and finds that Response from the United States should be submitted.

**IT IS THEREFORE ORDERED**, the United States, by and through the United States Attorney for the Western District of Arkansas, is ordered to answer or otherwise respond to the issues raised by the Amended Motion on or before December 7, 2024.

Movant's Counsel may file a reply to the Response on or before January 7, 2025.

**DATED this 7th day of October 2024.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE