IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 6:96-CR-60022-001 |
| | ) | |
| | ) | |
| JEFFREY WILLIAM PAUL | ) | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

I am authorized to practice in this Court, and I appear in this case as counsel for the Plaintiff, United States of America.

DATED this 5th day of December, 2024.

Respectfully submitted,

David Clay Fowlkes
United States Attorney

By: /s/ Kimberly D. Harris
Kimberly D. Harris
Assistant U. S. Attorney
Arkansas Bar No. 2000152
414 Parker Avenue
Fort Smith, AR 72901
(479) 783-5125

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of December, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing.

/s/ Kimberly D. Harris
Kimberly D. Harris
Assistant U.S. Attorney