IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 6:96-CR-60022-001 |
| | ) | |
| JEFFERY WILLIAM PAUL | ) | |

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITIONER'S AMENDED MOTION TO MODIFY, CORRECT, OR VACATE SENTENCE PURSUANT TO 28 U.S.C. § 2255**

Comes now the United States of America, by and through David Clay Fowlkes, United States Attorney for the Western District of Arkansas, and for its motion filed herein, states:

1. The Government's response to Petitioner's Motion to Vacate is due to be filed on December 7, 2024. The undersigned Assistant United States Attorney has not previously sought an extension of time to respond to said petition.

2. That due to undersigned Assistant United States Attorney's caseload and to numerous issues raised in petitioner's filing, counsel has not had sufficient time to finish drafting its response.

3. That the United States is seeking a 14-day extension of time within which to file its response in the above-captioned matter.

4. That this extension is requested for good cause and in the best interests of justice.

WHEREFORE, premises considered, the United States of America prays that the time for filing the Government's response in the above-styled cause be extended from December 7, 2024, until and including December 21, 2024; and for all other just and proper relief to which it may be entitled.

Respectfully submitted,

David Clay Fowlkes
United States Attorney

By: /s/ Kimberly D. Harris
Kimberly D. Harris
Assistant U.S. Attorney
Arkansas Bar No. 2000152
414 Parker Avenue
Fort Smith, AR 72901
Telephone: (479) 783-5125
E-mail: kimberly.harris@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/EMF System which will send notification of such filing to the following:

Peter Williams, attorney for the Petitioner.

/s/ Kimberly D. Harris
Kimberly D. Harris
Assistant U.S. Attorney