IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA PLAINTIFF

v. Crim. No. 6:96-cr-60022 TLB-BAB

JEFFREY WILLIAM PAUL DEFENDANT

**ORDER**

Jeffrey William Paul ("Paul") filed a *pro se* Motion to Vacate under 28 U.S.C. § 2255 on March 19, 2024. ECF No. 462. On August 29, 2024, Movant, through counsel, filed his Amended Motion to Modify, Correct, or Vacate Sentence pursuant to 28 U.S.C. § 2255. ECF No. 474. On October 7, 2024, the Court directed the United States to respond to the issues raised by the Amended Motion on or before December 7, 2024. ECF No. 475.

Before the Court is the United States's Motion for Extension of Time to File Response. ECF No. 477. The United States requests the deadline for its response be extended until and including December 21, 2024. The motion is **GRANTED. The deadline to file a Response to the Amended Motion to Vacate or Set Aside Sentence Under 28 U.S.C. § 2255 is now December 21, 2024.**

**Paul shall have 30 days from the date the United States's Response is filed to file a Reply.**

**DATED this 6th day of December 2024.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE