**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JEFFERY WILLIAM PAUL,<br>Defendant. | CRIMINAL ACTION<br><br>6:96-CR-60022-TLB-BAB |

**UNOPPOSED MOTION FOR THIRTY-DAY EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF AMENDED MOTION TO VACATE OR SET ASIDE SENTENCE UNDER 28 U.S.C. § 2255**

Defendant, Jeffery William Paul, through counsel, respectfully submits this Unopposed Motion for Thirty-Day Extension of Time to File Reply in Support of Amended Motion to Vacate or Set Aside Sentence under 28 U.S.C. § 2255. In support thereof, he avers as follows:

1. Mr. Paul was convicted of murder and the use of a firearm in a crime of violence under 18 U.S.C. §§ 1111 and 924(c) before this Court, and sentenced to death on June 25, 1997. On August 2, 2022, Judge Jane Magnus-Stinson granted Mr. Paul's petition for a writ of habeas corpus under 28 U.S.C. § 2241 in the United States District Court for the Southern District of Indiana. *See Paul v. Superintendent*, 2:13-cv-00304, 2022 WL 3043526 (S.D. Ind. Aug. 2, 2022). Judge Magnus-Stinson vacated Mr. Paul's conviction under § 924(c) as inconsistent with *Borden v. United States*, 593 U.S. 420 (2021), and also vacated his death sentence as it could have been based on the invalid firearms conviction. *Id.* at *8-9.

2. Mr. Paul was resentenced to a term of life imprisonment without parole on his remaining conviction under § 1111 on October 18, 2023. ECF No. 459. On March 19, 2024, Mr.

Paul filed a *pro se* Petition for Writ of Habeas Corpus with this Court, which was re-designated as a motion to modify, correct, or vacate sentence under 28 U.S.C. § 2255. ECF No. 461. Mr. Paul filed his counseled § 2255 motion under seal on August 29, 2024. ECF No. 474. The government filed its response on December 20, 2024. ECF No. 479. Mr. Paul's reply is currently due on January 21, 2025. ECF No. 478.

3. Additional time is needed for counsel to complete Mr. Paul's reply. The government raises a number of procedural issues to which counsel would like to respond. Counsel require additional time to conduct the research and drafting needed to adequately address these issues and provide this Court with a professionally adequate pleading. Counsel respectfully request a thirty-day extension (until February 20, 2025) to file a reply in support of the amended § 2255 motion.

4. First Assistant United States Attorney Kimberly D. Harris, counsel for the government, indicated to Mr. Paul's counsel that the government has no objection to this request.

For the foregoing reasons, Mr. Paul respectfully requests that his motion for a thirty-day extension of time (until February 20, 2025) within which to file a reply in support of his amended § 2255 motion be granted. (A proposed order is attached.)

Respectfully submitted,

/s/ Peter Williams
SHAWN NOLAN
Chief, Capital Habeas Unit
PETER WILLIAMS
Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street Suite 545 West
Philadelphia, PA 19106
(215) 928-0520

Dated: January 17, 2025

**CERTIFICATE OF SERVICE**

I, Peter Williams, hereby certify that on this 17th day of January, 2025, a copy of the foregoing was served via the Electronic Case Filing system on the following counsel of record:

Kimberly D. Harris
First Assistant U.S. Attorney
United States Attorney's Office
Western District of Arkansas
414 Parker Avenue
Fort Smith, AR 72901

/s/ Peter Williams
PETER WILLIAMS