IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

JEFFERY WILLIAM PAUL,

Defendant.

CRIMINAL ACTION

6:96-cr-60022-TLB-BAB

**ORDER**

AND NOW, this ______ day of __________________________, 2025, upon consideration of Defendant Jeffery William Paul's Unopposed Motion for Thirty-Day Extension of Time to File Reply in Support of Amended Motion to Vacate or Set Aside Sentence under 28 U.S.C. § 2255, it is hereby ORDERED that the said Motion is GRANTED. Defendant's counsel shall file a Reply in support of the amended § 2255 motion by February 20, 2025.

BY THE COURT:

______________________________
Hon. Barry A. Bryant
United States Magistrate Judge