**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JEFFERY WILLIAM PAUL,<br>Defendant. | CRIMINAL ACTION<br><br>6:96-CR-60022-TLB-BAB |

**MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF AMENDED 28 U.S.C. § 2255 MOTION UNDER SEAL**

Defendant, Jeffery William Paul, through counsel, respectfully submits this Motion for Leave to File a Reply in Support of Amended 28 U.S.C. § 2255 Motion under Seal. Mr. Paul avers as follows:

1. Mr. Paul was convicted of murder and the use of a firearms in a crime of violence under 18 U.S.C. §§ 1111 and 924(c) before this Court and sentenced to death on June 25, 1997. On August 2, 2022, Judge Jane Magnus-Stinson granted Mr. Paul's petition for a writ of habeas corpus under 28 U.S.C. § 2241 in the United States District Court for the Southern District of Indiana. *See Paul v. Superintendent*, 2:13-cv-00304, 2022 WL 3043526 (S.D. Ind. Aug. 2, 2022).

2. Mr. Paul was resentenced to a term of life without parole on his remaining conviction under § 1111 on October 18, 2023. ECF No. 459. On March 19, 2024, Mr. Paul filed a *pro se* Petition for Writ of Habeas Corpus with this Court, which was re-designated as a motion to modify, correct, or vacate sentence under 28 U.S.C. § 2255. ECF No. 461. Mr. Paul filed a counseled, amended § 2255 motion on August 29, 2024. ECF No. 474. The Government filed its

response on December 20, 2024. ECF No. 479. Mr. Paul's reply in support of his § 2255 motion is currently due on February 27, 2025. ECF No. 483.

3. During Mr. Paul's § 2241 proceedings, counsel for Mr. Paul were granted access to Bureau of Prisons records for Mr. Paul that were governed by a protective order. The protective order, which is attached as Exhibit A, requires that any pleading that either referred to the contents of the records in question or included those records must be filed under seal. Mr. Paul's reply will refer to the contents of records covered by this order.

4. To remain compliant with the previously issued protective order, counsel for Mr. Paul seek leave to file his upcoming reply under seal.

5. Counsel for Mr. Paul emailed the Government yesterday afternoon at approximately 3:30 pm EST to obtain the Government's position as to Mr. Paul's request. As of the filing of this motion, counsel for Mr. Paul have not yet received a response.

For the foregoing reasons, Mr. Paul respectfully requests that his request to file his reply in support of his amended § 2255 motion under seal be granted. (A proposed order is attached.)

Respectfully submitted,

/s/ Peter Williams
SHAWN NOLAN
Chief, Capital Habeas Unit
PETER WILLIAMS
Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street Suite 545 West
Philadelphia, PA 19106
(215) 928-0520

Dated: February 27, 2025

**CERTIFICATE OF SERVICE**

I, Peter Williams, hereby certify that on this 27th day of February, 2025, a copy of the foregoing was served via the Electronic Case Filing system on the following counsel of record:

Kimberly D. Harris
First Assistant U.S. Attorney
United States Attorney's Office
Western District of Arkansas
414 Parker Avenue
Fort Smith, AR 72901

/s/ Peter Williams
PETER WILLIAMS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JEFFERY WILLIAM PAUL,<br>Defendant. | CRIMINAL ACTION<br>6:96-cr-60022-TLB-BAB |

**ORDER**

AND NOW, this ______ day of ___________________________, 2025, upon consideration of Defendant Jeffery Paul's Motion for Leave to File a Reply in Support of Amended 28 U.S.C. § 2255 Motion under Seal, it is hereby ORDERED that the said Motion is GRANTED. Defendant's counsel shall be permitted to file the Defendant's reply in support of his amended § 2255 motion under seal.

BY THE COURT:

________________________________
Hon. Barry A. Bryant
United States Magistrate Judge