**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JEFFERY WILLIAM PAUL,<br>Defendant. | CRIMINAL ACTION<br><br>6:96-CR-60022-TLB-BAB |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY AFTER MOTION FOR LEAVE TO FILE REPLY UNDER SEAL HAS BEEN ADJUDICATED**

Defendant, Jeffery William Paul, through counsel, respectfully requests that he be granted an extension of time so that he can file his reply in support of his § 2255 motion within twenty-four hours of when the Court rules on Mr. Paul's request to file the reply under seal. Mr. Paul avers as follows:

1. Mr. Paul was convicted of murder and the use of a firearms in a crime of violence under 18 U.S.C. §§ 1111 and 924(c) before this Court and sentenced to death on June 25, 1997. On August 2, 2022, Judge Jane Magnus-Stinson granted Mr. Paul's petition for a writ of habeas corpus under 28 U.S.C. § 2241 in the United States District Court for the Southern District of Indiana. *See Paul v. Superintendent*, 2:13-cv-00304, 2022 WL 3043526 (S.D. Ind. Aug. 2, 2022). Mr. Paul was resentenced to a term of life without parole on his remaining conviction under § 1111 on October 18, 2023. ECF No. 459.

2. Mr. Paul is currently litigating a 28 U.S.C. § 2255 motion that challenges his § 1111 conviction. His reply in support of his § 2255 motion is currently due on February 27, 2025. ECF No. 483.

3. During Mr. Paul's § 2241 proceedings, counsel for Mr. Paul were granted access to Bureau of Prisons records for Mr. Paul that were governed by a protective order. The protective order, which has been previously filed as ECF No. 484-1, requires that any pleading that either referred to the contents of the records in question or included those records must be filed under seal. Mr. Paul's reply will refer to the contents of records covered by this order. To remain compliant with the previously issued protective order, counsel for Mr. Paul sought leave to file his upcoming reply under seal. ECF No. 484. This Court has not yet ruled on the motion to seal.

4. Counsel for Mr. Paul have completed his reply and are prepared to file it but must do so under seal to remain compliant with the protective order. Accordingly, counsel request that the deadline to file Mr. Paul's reply be extended so that counsel may file the reply within 24 hours of when the Court rules on the motion for leave to file Mr. Paul's reply under seal.

5. On February 27, 2025, First Assistant United States Attorney Kimberly D. Harris stated that the Government has no objection to the above request. Ms. Harris also indicated that the Government has no objection to Mr. Paul's pending request to file his reply under seal.

For the foregoing reasons, Mr. Paul respectfully requests that his motion be granted and the filing deadline be extended so that he can file his request to file his reply in support of the amended § 2255 motion within 24 hours of a ruling on the motion to file under seal. (A proposed order is attached.)

Respectfully submitted,

/s/ Peter Williams
SHAWN NOLAN
Chief, Capital Habeas Unit
PETER WILLIAMS
Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street Suite 545 West
Philadelphia, PA 19106
(215) 928-0520

Dated: February 27, 2025

**CERTIFICATE OF SERVICE**

I, Peter Williams, hereby certify that on this 27th day of February, 2025, a copy of the foregoing was served via the Electronic Case Filing system on the following counsel of record:

Kimberly D. Harris
First Assistant U.S. Attorney
United States Attorney's Office
Western District of Arkansas
414 Parker Avenue
Fort Smith, AR 72901

/s/ Peter Williams
PETER WILLIAMS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JEFFERY WILLIAM PAUL,<br>Defendant. | CRIMINAL ACTION<br>6:96-cr-60022-TLB-BAB |

**ORDER**

AND NOW, this ______ day of __________________________, 2025, upon consideration of Defendant Jeffery Paul's Unopposed Motion for Extension of Time to File Reply after Motion for Leave to File Reply under Seal Has Been Adjudicated, it is hereby ORDERED that the said Motion is GRANTED. Defendant's counsel shall be permitted to file the Defendant's reply within twenty-four hours of when his pending Motion for Leave to File Reply in Support of Amended 28 U.S.C. § 2255 Motion under Seal (ECF No. 484) is adjudicated.

BY THE COURT:

______________________________
Hon. Barry A. Bryant
United States Magistrate Judge