**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JEFFERY WILLIAM PAUL,<br>Defendant. | CRIMINAL ACTION<br>6:96-CR-60022-TLB-BAB |

**UNOPPOSED MOTION FOR LEAVE TO FILE OBJECTIONS TO THE REPORT AND RECOMENDATIONS UNDER SEAL**

Defendant, Jeffery William Paul, through counsel, respectfully submits this Unopposed Motion for Leave to File Objections to the Report and Recommendations under Seal. Mr. Paul avers as follows:

1. Mr. Paul was convicted of murder and the use of a firearms in a crime of violence under 18 U.S.C. §§ 1111 and 924(c) before this Court and sentenced to death on June 25, 1997. On August 2, 2022, Judge Jane Magnus-Stinson granted Mr. Paul's petition for a writ of habeas corpus under 28 U.S.C. § 2241 in the United States District Court for the Southern District of Indiana. *See Paul v. Superintendent*, 2:13-cv-00304, 2022 WL 3043526 (S.D. Ind. Aug. 2, 2022).

2. Mr. Paul was resentenced to a term of life without parole on his remaining conviction under § 1111 on October 18, 2023. ECF No. 459. On March 19, 2024, Mr. Paul filed a *pro se* Petition for Writ of Habeas Corpus with this Court, which was re-designated as a motion to modify, correct, or vacate sentence under 28 U.S.C. § 2255. ECF No. 461. Mr. Paul filed a counseled, amended § 2255 motion on August 29, 2024. ECF No. 474. The Government filed its response on December 20, 2024. ECF No. 479. Mr. Paul filed his reply in support of the § 2255

motion is currently due on February 25, 2025. ECF No. 488. Report and Recommendations were issued on April 22, 2025. ECF No. 489. Mr. Paul's objections to the Report and Recommendations are due on May 6, 2025.

3. During Mr. Paul's § 2241 proceedings, counsel for Mr. Paul were granted access to Bureau of Prisons records for Mr. Paul that were governed by a protective order. The protective order, which is attached as Exhibit A, requires that any pleading that either referred to the contents of the records in question or included those records must be filed under seal. While counsel are still drafting Mr. Paul's objections and have not yet finalized this pleading, these objections may refer to the contents of records covered by this order.

4. To remain compliant with the previously issued protective order, counsel for Mr. Paul seek leave to file his upcoming objections under seal should these objections refer to information encompassed by the protective order. Counsel are still drafting Mr. Paul's objections and do not know if a sealed filing will be necessary, but are making this request now so that they may file under seal if needed on May 6, 2025.

5. On May 2, 2025, First Assistant United States Attorney Kimberly Harris, who represents the Government in these proceedings, indicated that the Government has no objection to Mr. Paul's request.

For the foregoing reasons, Mr. Paul respectfully requests that his request for leave to file his under seal be granted, and that he be permitted to file his objections under seal should they refer to information covered by the protective order. (A proposed order is attached.)

Respectfully submitted,

/s/ Peter Williams
SHAWN NOLAN
Chief, Capital Habeas Unit
PETER WILLIAMS
Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street Suite 545 West
Philadelphia, PA 19106
(215) 928-0520

Dated: May 2, 2025

**CERTIFICATE OF SERVICE**

I, Peter Williams, hereby certify that on this 2nd day of May, 2025, a copy of the foregoing was served via the Electronic Case Filing system on the following counsel of record:

Kimberly D. Harris
First Assistant U.S. Attorney
United States Attorney's Office
Western District of Arkansas
414 Parker Avenue
Fort Smith, AR 72901

/s/ Peter Williams
PETER WILLIAMS