IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JEFFERY WILLIAM PAUL,<br>Defendant. | CRIMINAL ACTION<br>6:96-cr-60022-TLB-BAB |

**ORDER**

AND NOW, this ______ day of ___________________________, 2025, upon consideration of Defendant Jeffery Paul's Unopposed Motion for Leave to File Objections to the Report and Recommendations under Seal, it is hereby ORDERED that the said Motion is GRANTED. Defendant's counsel shall be permitted to file the Defendant's objections to the February 22, 2025 Report and Recommendations under seal should that filing refer to information encompassed by the protective order attached as Exhibit A to the defendant's Motion.

BY THE COURT:

_________________________________
J.