IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 6:96-CR-60022 |
| | ) | |
| | ) | |
| JEFFERY WILLIAM PAUL | ) | |

**NOTICE OF ATTORNEY WITHDRAW**

Comes now the United States of America through the undersigned United States Attorney, David Clay Fowlkes, and gives notice of withdraw of the undersigned in the above-captioned case, and states to the Court the following:

David Clay Fowlkes is no longer attorney of notice in the case of *United States of America v. Jeffery William Paul*, Case Number 6:96-CR-60022. He is to be removed as counsel of record for the government and should not receive any electronic or manual filings in this case.

Respectfully submitted,

DAVID CLAY FOWLKES
UNITED STATES ATTORNEY

/s/ David Clay Fowlkes

David Clay Fowlkes
United States Attorney
Arkansas Bar No. 2003191
414 Parker Avenue
Fort Smith, AR 72901
Phone: (479)783-5125
E-mail Clay.Fowlkes@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of December, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing.

/s/ David Clay Fowlkes
David Clay Fowlkes
United States Attorney