IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 6:96-CR-60022-001 |
| | ) | |
| | ) | |
| JEFFREY WILLIAM PAUL | ) | |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

I am authorized to practice in this court, and I appear in this case as counsel for the Plaintiff, United States of America.

DATED this 31st day of January, 2026.

Respectfully submitted,

DAVID CLAY FOWLKES
UNITED STATES ATTORNEY

By: /s/ Dustin Roberts

Dustin Roberts
Assistant U. S. Attorney
Arkansas Bar No. 2005185
414 Parker Avenue
Fort Smith, AR 72901
(479) 783-5125
E-mail Dustin.Roberts@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of January, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing.

/s/ Dustin Roberts
Dustin Roberts
Assistant U.S. Attorney