IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 6:96-CR-60022-001 |
| | ) | |
| JEFFERY WILLIAM PAUL | ) | |

UNITED STATES' MOTION FOR EXTENTION OF TIME TO FILE RESPONSE

COMES NOW the United States of America, by and through Dustin S. Roberts, Assistant United States Attorney for the Western District of Arkansas, and for its Motion filed herein, request that this Honorable Court grant an approximate thirty (30) day extension on the deadline set for the filing of supplemental briefing as directed by the Court. For all matters relevant, the United States asserts the following:

1. On December 4, 1996, a federal grand jury in the Western District of Arkansas returned a superseding indictment in Criminal No. 6:96CR60022 that charged the defendant, Jeffery William Paul (hereinafter Paul), with aiding and abetting murder within the special territorial jurisdiction of the United States (18 U.S.C. §§ 1111 & 2), and aiding and abetting firearm-use murder during and in relation to a crime of violence (18 U.S.C. §§ 924(j) & 2). (Doc. 86). Paul was ultimately convicted and sentenced to death.

2. Paul subsequently appealed his conviction and sentence, and the Eighth Circuit ultimately affirmed. Thereafter, Paul sought a *Writ of Certiorari* with the Supreme Court, which was ultimately denied. (see *Paul v United States*, 534 U.S. 829 (2001)).

3. Starting in approximately December 2002, Paul caused to be filed multiple Motions for New Trial or to Vacate Defendant's Conviction and Death Sentence Under 28 U.S.C. § 2255. After many iterations of his habeas petitions and subsequent appeals, the

Government eventually withdrew its intent to seek the death penalty. Paul was then resentenced to life imprisonment. (Amended Judgement, October 18, 2023, Doc. 459).

4. In March 2024, Paul filed another pro se 2255 petition, which, after briefing/objections from the parties, United States Magistrate Judge Barry Bryant issued a Report and Recommendation. On or about January 15, 2026, this Honorable Court declined to adopt Magistrate Judge Bryant's R&R and directed the Government to file a "Supplemental Briefing." (Doc. 495) on or before February 12, 2026.

5. At this time, the Government is in the process of fully briefing the issues as directed by the Court. However, the Government's undersigned lawyer has had multiple court appearances in ongoing criminal cases that have monopolized his time. Consequently, the Government needs additional time to fully address the issues presented and file its response. Therefore, the United States requests an extension of approximately thirty (30) days to file its supplemental briefing as directed herein.

6. In anticipation of the instant motion, the Government contacted opposing counsel of record, namely Peter Williams, who expressed no objection to the requested extension.

WHEREFORE, premises considered, the United States of America prays that the current response deadline of February 12, 2026, be extended for the reasons stated herein.

Respectfully submitted,

KIMBERLY D. HARRIS
INTERIM UNITED STATES ATTORNEY

By: /s/ Dustin Roberts

Dustin Roberts
Assistant U. S. Attorney
Arkansas Bar No. 2005185
414 Parker Avenue
Fort Smith, AR 72901
Telephone: (479) 783-5125
E-mail Dustin.Roberts@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Dustin Roberts, Assistant United States Attorney for the Western District of Arkansas, hereby certify that on February 10, 2026, a true and correct copy of the foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF System which will send notification of such filing and that a copy of the foregoing was also sent via email to the following:

Shawn Nolan (Retired)
Peter Williams, attorney at law, Pete_Williams@fd.org

/s/ *Dustin Roberts*
Dustin Roberts
Assistant United States Attorney