IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff/Respondent,<br>v.<br>JEFFERY WILLIAM PAUL,<br>Defendant/Movant. | CRIMINAL ACTION<br>6:96-cr-60022-TLB-BAB |

**ORDER**

AND NOW, this ______ day of __________________________, 2026, upon consideration of Defendant/Movant Jeffery Paul's Unopposed Motion for Leave to File Reply to Government's Response, it is hereby ORDERED that the said Motion is GRANTED. Mr. Paul's counsel shall be permitted to file a Reply to the Government's Response (ECF No. 499) by April 20, 2026.

BY THE COURT:

_______________________________
J.