**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| Plaintiff/Respondent, | : | |
| v. | : | 6:96-CR-60022-TLB-BAB |
| JEFFERY WILLIAM PAUL, | : | |
| Defendant/Movant. | : | |

**UNOPPOSED MOTION FOR THIRTY DAY**
**EXTENSION OF TIME TO FILE REPLY**

Defendant/Movant, Jeffery William Paul, through counsel, requests a thirty (30) day extension of time to file a reply to the Government's March 5, 2026, Response to his 28 U.S.C. § 2255 motion. Mr. Paul avers as follows:

1. Mr. Paul was convicted of murder and the use of a firearm in a crime of violence under 18 U.S.C. §§ 1111 and 924(c) before this Court and sentenced to death on June 25, 1997. After Mr. Paul's § 924(c) conviction and death sentence were vacated in 2022, he was resentenced to life imprisonment on the remaining murder charge in 2023. Mr. Paul filed an Amended Motion to Modify, Correct, or Vacate Sentence Pursuant to 28 U.S.C. § 2255 on August 29, 2024, which sought to overturn his life sentence and remaining conviction. ECF No. 474.

2. On December 20, 2024, the Government filed a response to Mr. Paul's § 2255 motion which advanced procedural arguments but largely did not address the merits of Mr. Paul's claims. ECF No. 479. After Mr. Paul replied (ECF No. 488), Magistrate Judge Barry A.

Bryant issued a Report and Recommendation that generally endorsed the Government's position and recommended dismissal of Mr. Paul's § 2255 motion on procedural grounds. ECF No. 489.

3. After Mr. Paul filed objections (ECF No. 492), this Court sustained Mr. Paul's objections, declined to adopt the Report and Recommendation, and directed the Government to file supplemental briefing addressing the merits of Mr. Paul's claims. ECF No. 495 at 10. The Government filed a supplemental response to the § 2255 motion on March 5, 2026. ECF No. 499. This Court granted Mr. Paul leave to file a reply to the Government's response, which is currently due on April 20, 2026. ECF No. 501.

4. Mr. Paul respectfully requests an additional thirty days, until May 20, 2026, to file his reply. As the Government's previous response focused on procedural issues and largely did not address the merits of Mr. Paul's claims, its March 2026 submission raises new arguments to which Mr. Paul has not had the opportunity to respond. Furthermore, undersigned counsel Williams recently had a medical issue requiring hospitalization, which impeded counsel's ability to complete Mr. Paul's reply. The requested extension of time will give counsel for Mr. Paul sufficient time to conduct the thorough research and careful briefing needed to provide this Court with professionally adequate briefing on these issues.

5. On April 15, 2026, Assistant United States Dustin S. Roberts, who represents the Government in these proceedings, indicated that the Government has no objection to Mr. Paul's request.

For the foregoing reasons, Mr. Paul respectfully requests that his request for a thirty-day extension of time to file a reply to the Government's March 5, 2026 response be granted and that he be permitted to file his reply by May 20, 2026. (A proposed order is attached.)

Respectfully submitted,

/s/ Peter Williams
PETER WILLIAMS
Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street Suite 545 West
Philadelphia, PA 19106
(215) 928-0520

Dated: April 15, 2026

**CERTIFICATE OF SERVICE**

I, Peter Williams, hereby certify that on this 15th day of April, 2026, a copy of the foregoing was served via the Electronic Case Filing system on the following counsel of record:

Dustin S. Roberts
Assistant U.S. Attorney
United States Attorney's Office
Western District of Arkansas
414 Parker Avenue
Fort Smith, AR 72901

/s/ Peter Williams
PETER WILLIAMS