IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| Plaintiff/Respondent, | : | 6:96-cr-60022-TLB-BAB |
| v. | : | |
| JEFFERY WILLIAM PAUL, | : | |
| Defendant/Movant. | : | |

**ORDER**

AND NOW, this ______ day of __________________________, 2026, upon consideration of Defendant/Movant Jeffery Paul's Unopposed Motion for Thirty Day Extension of Time to File Reply, it is hereby ORDERED that the said Motion is GRANTED. Mr. Paul's counsel shall file a Reply to the Government's Response (ECF No. 499) on or before May 20, 2026.

BY THE COURT:

______________________________
J.