IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JEFFERY WILLIAM PAUL,<br>Defendant. | CRIMINAL ACTION<br>6:96-cr-60022-TLB-BAB |

**ORDER**

AND NOW, this ______ day of __________________________, 2026, upon consideration of Defendant Jeffery Paul's Unopposed Motion for Twenty-Nine Day Extension of Time to File Reply to the Government's Response, it is hereby ORDERED that the said Motion is GRANTED. Mr. Paul's counsel shall be permitted to file a Reply to the Government's Response (ECF No. 499) by June 18, 2026.

BY THE COURT:

________________________________
J.