**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff/Respondent,<br>v.<br>JEFFERY WILLIAM PAUL,<br>Defendant/Movant. | CRIMINAL ACTION<br>6:96-CR-60022-TLB-BAB |

**MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF AMENDED 28 U.S.C. § 2255 MOTION UNDER SEAL**

Defendant/Movant Jeffery William Paul, through counsel, respectfully submits this Motion for Leave to File a Reply in Support of Amended 28 U.S.C. § 2255 Motion under Seal. Mr. Paul avers as follows:

1. Mr. Paul was convicted of murder and the use of a firearms in a crime of violence under 18 U.S.C. §§ 1111 and 924(c) before this Court and sentenced to death on June 25, 1997. On August 2, 2022, Judge Jane Magnus-Stinson granted Mr. Paul's petition for a writ of habeas corpus under 28 U.S.C. § 2241 in the United States District Court for the Southern District of Indiana. *See Paul v. Superintendent*, 2:13-cv-00304, 2022 WL 3043526 (S.D. Ind. Aug. 2, 2022).

2. Mr. Paul was resentenced to a term of life without parole on his remaining conviction under § 1111 on October 18, 2023. ECF No. 459. On March 19, 2024, Mr. Paul filed a *pro se* Petition for Writ of Habeas Corpus with this Court, which was re-designated as a motion to modify, correct, or vacate sentence under 28 U.S.C. § 2255. ECF No. 461. Mr. Paul filed a counseled, amended § 2255 motion on August 29, 2024. ECF No. 474.

3. On December 20, 2024, the Government filed a response to Mr. Paul's § 2255 motion which advanced procedural arguments but largely did not address the merits of Mr. Paul's claims. ECF No. 479. After Mr. Paul replied (ECF No. 488), Magistrate Judge Barry A. Bryant issued a Report and Recommendation that generally endorsed the Government's position and recommended dismissal of Mr. Paul's § 2255 motion on procedural grounds. ECF No. 489.

4. After Mr. Paul filed objections (ECF No. 492), this Court sustained Mr. Paul's objections, declined to adopt the Report and Recommendation, and directed the Government to file supplemental briefing addressing the merits of Mr. Paul's claims. ECF No. 495 at 10. The Government filed a supplemental response to the § 2255 motion on March 5, 2026. ECF No. 499. This Court granted Mr. Paul leave to file a reply to the Government's response, which is currently due on June 18, 2026. ECF Nos. 501, 505.

5. During Mr. Paul's § 2241 proceedings, counsel for Mr. Paul were granted access to Bureau of Prisons records for Mr. Paul that were governed by a protective order. The protective order, which is attached as Exhibit A, requires that any pleading that either referred to the contents of the records in question or included those records must be filed under seal. Mr. Paul's reply will refer to the contents of records covered by this order.

6. To ensure compliance with the protective order, counsel for Mr. Paul seek leave to file his upcoming reply under seal. Mr. Paul has sought and received leave to file his prior substantive, counseled pleadings under seal. *See* ECF Nos. 473, 486, 491 (granting leave to file amended § 2255 motion, reply, and objections to Report and Recommendation under seal).

7. On June 15, 2026, counsel for Mr. Paul consulted with Dustin Roberts, Chief of the Criminal Division of the United States Attorneys Office for the Western District of Arkansas, regarding this request. On behalf of the Government, Mr. Roberts indicated that he would prefer

not to provide a position at this time but would respond with his position if asked to do so by the Court.

8. For the foregoing reasons, Mr. Paul respectfully requests that his request to file his reply in support of his amended § 2255 motion under seal be granted. (A proposed order is attached.)

Respectfully submitted,

/s/ Peter Williams
PETER WILLIAMS
Assistant Federal Defender
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street Suite 545 West
Philadelphia, PA 19106
(215) 928-0520

Dated: June 16, 2026

**CERTIFICATE OF SERVICE**

I, Peter Williams, hereby certify that on this 16th day of June, 2026, a copy of the foregoing was served via the Electronic Case Filing system on the following counsel of record:

Dustin Roberts, Chief of Criminal Division
United States Attorney's Office
Western District of Arkansas
414 Parker Avenue
Fort Smith, AR 72901

/s/ Peter Williams
PETER WILLIAMS