IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff/Respondent,<br>v.<br>JEFFERY WILLIAM PAUL,<br>Defendant/Movant. | CRIMINAL ACTION<br>6:96-cr-60022-TLB-BAB |

**ORDER**

AND NOW, this ______ day of __________________________, 2026, upon consideration of Defendant/Movant Jeffery Paul's June 16, 2026, Motion for Leave to File a Reply in Support of Amended 28 U.S.C. § 2255 Motion under Seal, it is hereby ORDERED that the said Motion is GRANTED. Mr. Paul shall be permitted to file the reply in support of his amended § 2255 motion under seal.

BY THE COURT:

_______________________________
Hon. Timothy L. Brooks