IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>JEFFERY WILLIAM PAUL,<br>Defendant. | CRIMINAL ACTION<br>6:96-cr-60022-TLB-BAB<br>Hon. Timothy L. Brooks<br>United States District Judge |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby enters her appearance as counsel for Defendant Jeffery William Paul.

Respectfully submitted,

/s/ Sonali Shahi
SONALI SHAHI
Pa. Bar No. 319898
Capital Habeas Unit
Federal Community Defender Office
for the Eastern District of Pennsylvania
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Sonali_shahi@fd.org

Dated: June 18, 2026

**CERTIFICATE OF SERVICE**

I, Sonali Shahi, Esq., hereby certify that on this 18th day of June, 2026, a copy of the foregoing was served via the Electronic Case Filing system on the following counsel of record:

Dustin Roberts, Chief of the Criminal Division
United States Attorney's Office
Western District of Arkansas
414 Parker Avenue
Fort Smith, AR 72901

*/s/ Sonali Shahi*
SONALI SHAHI